AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00353 |
| THOMAS B. ADAMS, JR. | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 4/2/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)     THOMAS B. ADAMS, JR.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) (D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 1512(c)(2) - Obstruction of and Official Proceeding.

Date:  04/02/2021                                              _/s/ Robin M. Meriweather_
                                                                       Issuing officer's signature

City and state:     Washington, D.C.          Robin M. Meriweather, U.S. Magistrate Judge
                                                                   Printed name and title

---

### Return

This warrant was received on (date) 4/2/21, and the person was arrested on (date) 4/13/21
at (city and state) Springfield, IL

Date: 4/13/21                                   _Christopher Drabicki_
                                                       Arresting officer's signature

                                                Christopher Drabicki, Special Agent FBI
                                                       Printed name and title