**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Case No. : 21-CR-354 (APM)** |
| **THOMAS ADAMS JR.,** | : | |
| **Defendant.** | : | |

**NOTICE OF CHANGE IN COUNSEL**
**FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER**

The Office of the Federal Public Defender respectfully advises the Court that Assistant

Federal Public Defender Edward Smock has assumed responsibility for the defense of Thomas

Adams in the above-captioned case. Mr. Thomas' case had previously been assigned to Assistant

Federal Public Defender David Bos.

Respectfully submitted,


_____/s/_____

EDWARD SMOCK
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500