UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 21-cr-354 (APM) |
| THOMAS B. ADAMS, JR., | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Assistant Federal Public Defender Diane Shrewsbury on behalf of the defendant, Thomas Adams, Jr., in the above captioned matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
DIANE SHREWSBURY
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Diane_Shrewsbury@fd.org