# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 1:21-cr-00354-APM-1** |
| | : | |
| **THOMAS B. ADAMS, JR.,** | : | |
| | : | |
| Defendant. | : | |

## JOINT MOTION TO CONVERT TRIAL DATE TO STIPULATED TRIAL AND TO SUSPEND DEADLINES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Thomas B. Adams, with the concurrence of his attorney, move to suspend the currently imposed trial deadlines and to convert the January 30, 2023, motions date into a stipulated trial date.

Respectfully submitted,

FOR THE DEFENDANT

FOR THE UNITED STATES
MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/ Diane Shrewsbury*
Diane Aimee Shrewsbury
Public Defender
625 Indiana Avenue NW
Suite 550
Washington, DC 20004
202-208-7500
diane_shrewsbury@fd.org

By:  */s/ James D. Peterson*
James D. Peterson
Special Assistant United States Attorney
Bar No. VA 35373
United States Department of Justice
1331 F Street N.W. 6th Floor
Washington, D.C. 20530
Desk: (202) 353-0796
Mobile: (202) 230-0693
James.d.peterson@usdoj.gov

<table>
<tr><td>

/s/ Edward Smock
Public Defender
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208-7500
Email: ned_smock@fd.org

</td><td>

/s/ Carolina Nevin
Carolina Nevin
U.S. Attorneys Office
601 D Street NW
Washington, DC 20001
202-803-1612
Email: carolina.nevin@usdoj.gov

</td></tr>
</table>