IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )   CR No. 21-CR-354
                               )   Washington, D.C.
       vs.                     )   June 16, 2023
                               )   10:10 a.m.
THOMAS B. ADAMS, JR.,          )
                               )
          Defendant.           )
_____)


TRANSCRIPT OF SENTENCING PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:            James Dennis Peterson
                               DOJ-CRM
                               1331 F Street
                               6th Floor
                               Washington, D.C. 20530
                               (202) 353-0796
                               Email:
                               james.d.peterson@usdoj.gov

                               Carolina Nevin
                               UNITED STATES
                               ATTORNEY'S OFFICE
                               Criminal Section
                               601 D Street NW
                               Washington, D.C. 20001
                               (202) 803-1612
                               Email:
                               carolina.nevin@usdoj.gov

```
APPEARANCES CONTINUED:

For the Defendant:          Edward Smock
                            Diane Aimee Shrewsbury
                            OFFICE OF THE
                            FEDERAL PUBLIC DEFENDER
                            District of Columbia
                            625 Indiana Avenue, NW
                            Suite 550
                            Washington, D.C. 20004
                            (202) 208-7500
                            Email:
                            ned_smock@fd.org
                            Email:
                            diane_shrewsbury@fd.org

Probation Officer:          Crystal Lustig

Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
1                    P R O C E E D I N G S
2            COURTROOM DEPUTY:  Good morning, Your Honor.
3   This is Criminal Case No. 21-354, United States of America
4   versus Thomas B. Adams, Jr.
5            James Peterson and Carolina Nevin for the
6   government.
7            Edward Smock and Diane Shrewsbury for the defense.
8            Crystal Lustig on behalf of the probation office.
9            The defendant is appearing in person for these
10  proceedings.
11           THE COURT:  Okay.  Counsel, good morning.
12           Mr. Adams, good morning to you, sir.
13           All right.  We're here for sentencing this
14  morning.  Are we all ready to proceed?
15           MR. SMOCK:  Yes.
16           MS. NEVIN:  Yes, Your Honor.
17           THE COURT:  Okay.
18           So let me just preview how we'll proceed this
19  morning.
20           I'll just list what I have received and reviewed
21  from the parties.
22           I'll ask defense counsel to confirm that Mr. Adams
23  has reviewed and received the Presentence Investigation
24  Report.
25           We'll then talk about the various Guidelines
```

1    disputes.

2            And then I'll rule on those Guidelines issues,

3    provide the Guidelines calculation, and then we will hear

4    from the parties.  And if Mr. Adams wishes to be heard, I'll

5    hear from him as well.

6            So let me just start then with what I've received

7    and reviewed.  That would include the Presentence

8    Investigation Report at 64, the probation office's

9    recommendation at 65, the government's memorandum in aid of

10   sentencing at 64, as well as the video exhibits that were

11   submitted.

12           I requested from government counsel yesterday the

13   FBI 302 of Mr. Adams' interview, which I have reviewed.

14           And then there's the defendant's memorandum in aid

15   of sentencing at ECF No. 68-1, and the government's reply

16   sentencing memo at 70.

17           Was there anything I should have identified that

18   I did not?

19           MR. SMOCK:  No, Your Honor.

20           MS. NEVIN:  No, Your Honor.

21           THE COURT:  Okay.

22           All right.  Can I ask defense counsel to just

23   confirm that Mr. Adams has received and reviewed the

24   Presentence Investigation Report?

25           MR. SMOCK:  He has, Your Honor.

1          THE COURT:  All right.  Thank you.

2          All right.  So there are a number of disputes

3    concerning the Guidelines calculation.

4          Why don't we start with the administration of

5    justice -- or the administration of justice enhancement.

6          Probation is recommending a three-level

7    enhancement for substantial interference with the

8    administration of justice.  That's under 2J1.2(b)(2).

9          And the defense has objected to that enhancement,

10   essentially on the ground that the disruption of the

11   certification process is not -- does not rise to a -- the

12   interference with the administration of justice, that is

13   more limited to -- presumably the defense's position is that

14   it's limited to sort of judicial proceedings, as

15   Judge McFadden held in *Seefried*, I believe is the name of

16   the case.

17         Does anybody wish to add anything to the record on

18   that point?

19         MR. SMOCK:  Your Honor, I think the issue is

20   fairly well briefed.

21         I think Judge McFadden's opinion is very thorough,

22   and I think has the issue correctly, focusing first on the

23   definition of "administration of justice," both in legal

24   dictionaries and in statutes.

25         And the focus really is on judicial proceedings.

1    And you see that as it applies in the Guidelines.  And under

2    the Guidelines, the commentary talks about felony

3    investigations, indictment, verdict, judicial determination,

4    et cetera.

5          The government focuses on this last clause that

6    talks about unnecessary expenditures of substantial

7    government or court resources.  That is clearly not intended

8    to cover something like law enforcement expenditures related

9    to the electoral certifications.  It's in the context of a

10   discussion of judicial proceedings.  And the reference to

11   the government there is certainly the way that we always

12   refer to the government in criminal cases:  The government.

13         And then talks about court resources.  Again, this

14   goes to the way that it's always talked about:  Government

15   and the Court.

16         There's nothing in here in the Guidelines that

17   suggests that "administration of justice" should be

18   interpreted more broadly to cover something that does not

19   involve judicial proceedings.  So I think that issue is

20   fairly clear.

21         We talked about the way that courts in this

22   district have talked about official proceedings, but that --

23   I think this is a fairly clear-cut issue, and so

24   I don't have anything more to add about that.

25               THE COURT:  Okay.

1       Does the government wish to be heard any further?

2       MS. NEVIN:  Just very briefly, Your Honor.

3       As Your Honor is obviously aware, this Court has

4  ruled on this issue previously in the case of *Matthew Wood*

5  and *U.S. v. Gardner*, and has found that the plus-three

6  enhancement does, indeed, apply.

7       Your Honor referred to the definition in Black's

8  for obstructing the administration of justice and

9  interfering with the administration of justice and found

10  that to be persuasive and ruled that the administrative --

11  administration of justice does include the certification,

12  because the definition is, indeed, broader than judicial and

13  quasi-judicial proceedings, and it's our position that this

14  Court should apply the same reasoning here.

15       THE COURT:  Okay.

16       So I have, most recently, addressed this very

17  issue at the sentencing in *United States versus Rhodes*,

18  22-CR-15, hearing on May the 24th of 2023.

19       I think for the benefit of Mr. Adams' counsel, let

20  me explain -- I'll essentially just read what I read into

21  the record or what I ruled in *Rhodes*.

22       And I've actually studied the issue fairly

23  closely.  I've read Judge McFadden's opinion and have

24  different thoughts than he does.  I understand where he's

25  coming from, but let me just sort of read into the record

1    what I wrote -- what I said in *Rhodes*.

2            So what I said there beginning on page 168 -- just

3    for purposes of this record, that ruling, I'm going to

4    incorporate it fully here into this proceeding.

5            I just noted at the outset that there is a

6    disagreement among the judges in this court, including in

7    written opinions, as to Judge McFadden's decision in

8    *Seefried* and the application of the three-level enhancement

9    for substantial administration of justice.

10           Judge Kollar-Kotelly, in *United States versus*

11   *White*, which is 213 WL 23878 -- I'm sorry, 237816,

12   I believe, in which she expressly disagrees with

13   Judge McFadden's decision in *Seefried*, and she explains why

14   and I share her assessment.  But let me explain why and in

15   what way that I have looked at the issue.

16           So beginning with the text of the Guideline, and

17   that is the term "administration of justice," Judge McFadden

18   looked to Black's Law Dictionary, which defines

19   "administration of justice" as the "maintenance of right

20   within a political community by means of the physical force

21   of" a state -- "the state's application of the sanction of

22   force to the rule of right."

23           I noted in *Rhodes* that it's not at all clear to me

24   how useful it is to use Black's in these circumstances.  And

25   the reason is that if you look at the definition of

1    administration of justice, it also includes a parenthetical

2    about the time of the -- the time derivative of the

3    definition.  And, for example, for "administration of

4    justice," it's followed by a notation to the 16th century.

5            And the notes that accompany Black's indicate

6    that's what that means is that is the earliest time when the

7    phrase, in this case, appears.

8            So it's not clear to me, when Black's provides

9    this definition of "administration of justice," it means

10   administration of justice in a modern context or it means

11   administration of justice in the 16th century context.

12           So I am, as I said in *Rhodes*, hesitant to rely

13   fully on the dictionary definitions that are set forth in

14   Black's.

15           But even if one looks at the definitions from that

16   resource, there are other interpretations that I think --

17   excuse me, other definitions that suggest a broader

18   interpretation that would include the certification

19   proceeding.

20           So just beginning with the phrase "maintenance of

21   right" that's used in the definition of "administration of

22   justice," that is actually defined.  The primary definition

23   of "right" in Black's is that which is proper under law,

24   morality, or ethics.  When one pairs that definition with

25   the phrase "by means of physical force of the state," it's

```
 1    not entirely apparent to me why the term "administration of
 2    justice" is limited to judicial or quasi-judicial
 3    proceedings, as Judge McFadden concluded.
 4              Also take Black's definition of "rule of right,"
 5    which is included in that definition of "administration of
 6    justice."
 7              Black's traces that phrase to the 17th century to
 8    mean "the source of a right, the rule that gives rise to a
 9    right."  Again, it's not apparent to me why that definition,
10    when paired with the state's application of the sanction of
11    force, excludes a proceeding before Congress.
12              Also as I've noticed before, Black's actually
13    includes, as a term of art, obstructing the administration
14    of justice and equates that with the term "perverting the
15    course of justice," which, in turn, is defined to mean, "the
16    skewing of the disposition of legal proceedings as by
17    fabricating or destroying evidence, witness tampering, or
18    threatening or intimidating a judge."
19              It's perhaps notable that the term that's used
20    there is "legal proceedings," and that perhaps is broader
21    than "judicial proceedings."
22              And Black's uses the term "as by" in terms of
23    after the clause "the skewing of the disposition of legal
24    proceedings as by."  And "as by" as used in Black's is
25    signaling not an exhaustive list, but, rather, a list of
```

 1    examples.

 2           So even the term "perverting the course of

 3    justice" arguably could be read in a way that includes

 4    proceedings before Congress.

 5           But let me share with you what I really think

 6    matters here, and that's the history and context of this

 7    Guideline and the context in which it has evolved.

 8           First and foremost, in 1982, Congress passed the

 9    Victim and Witness Protection Act of 1982, which is Public

10    Law 97-291.

11           That law included the pre Sarbanes-Oxley Section

12    1512, that is 18 U.S.C. 1512, and the definitional section

13    at 1515.

14           What is important to note is that the 1982 act

15    made tampering with a witness or victim appearing before an

16    official proceeding unlawful, and that's also true in 1512

17    today.

18           And when in 1982 that was enacted, the official

19    proceeding included a proceeding before Congress as it does

20    today.

21           It was five years later that the

22    Sentencing Commission in October of 1987 issued the first

23    Sentencing Guidelines Manual.  That Manual included a

24    Guideline, as it does today, for obstruction of justice

25    under 2J1.2.

1      The original Guideline contained the eight-level

2  enhancement for obstructing or attempting to obstruct the

3  administration of justice by causing or threatening to cause

4  physical injury to a person or property.  It also included

5  the three-level enhancement of substantial administration of

6  justice -- interference with substantial administration of

7  justice.

8      Also, when originally promulgated, the commentary,

9  as it does again today, provided that this section addresses

10 offenses involving the obstruction of justice generally,

11 prosecuted under the above-referenced statutory provisions.

12 And the statutory provisions identified in the original

13 Guideline were 1503 through 1513, which obviously includes

14 1512.

15      The Guideline, as originally conceived, also

16 included the definition of "substantial interference with

17 the administration of justice" that is in the Guidelines

18 today, which includes, as part of its definition,

19 "unnecessary expenditure of substantial government or court

20 resources."

21      So from that history, I have drawn three

22 interpretative conclusions.

23      One is that first, 2J1.2, as originally

24 promulgated, clearly encompassed 1512, which included

25 obstructive conduct directed at a witness or victim in

1    connection with an official proceeding.  And "official

2    proceedings" was not limited to judicial proceedings, but

3    included a proceeding before Congress as Congress had, in

4    fact, defined it under 1515.

5            Second, in January 2J1.2, the Commission was

6    clearly attempting to capture a broad range of conduct.  How

7    do we know that?  Because that's what the Commission said.

8    They had in the commentary that, "The conduct that gives

9    rise to a violation may, therefore, range from a mere threat

10   to an act of extreme violence."

11           Third, the enhancements, that is, the eight-level

12   and three-level enhancements, were included to address the

13   most serious conduct, including obstructive conduct before

14   an official proceeding, which, as I said, would include a

15   proceeding before Congress.

16           In other words, because this Guideline covered

17   obstruction before an official proceeding, an "official

18   proceeding" was clearly defined by Congress at that time to

19   include a proceeding before Congress.

20           It would seem very odd to me that the Guidelines

21   would be promulgated in a way to carve out a type of

22   proceeding that Congress expressly held would be subject to

23   and the object of obstructive conduct before it without

24   expressly saying so; that is, without expressly carving out

25   any proceeding before Congress as not being subject to those

enhancements.

So I think the much more natural reading of this is that Congress intended essentially -- excuse me, that the Sentencing Guidelines -- Sentencing Commission intended essentially for this original Guideline to be co-extensive with the conduct that is captured in 1503 through 1513. There's nothing in the history of that statute or the Guideline to suggest any other intent.

There's certainly -- there's more to be said about the history of the Guideline. When Congress passed Sarbanes-Oxley in 2002, which included what is now 15(c)(2), it also directed the Sentencing Commission in Section 805 of the Sarbanes-Oxley Act to ensure that the Base Offense Level and the existing enhancements contained in U.S. Sentencing Guideline 2J1.2 relating to obstruction of justice are sufficient to deter and punish that activity.

Section 805 also directed the Sentencing Commission to ensure that the enhancements and specific offense characteristics were adequate in cases involving large amounts of evidence, a large number of participants, or as otherwise extensive and involved more than minimal planning.

The Sentencing Commission responded to Congress's directive in Sarbanes-Oxley with Amendment 653. That Amendment did two things as relevant here. One, it

1   increased the Base Offense Level from a 12 to a 14.  And,

2   two, it added the two-level enhancement under what is now

3   (b)(3) for extensive-in-scope planning or preparation.

4           There's nothing in either Section 805 of

5   Sarbanes-Oxley or the amendment of -- or Amendment 653 to

6   suggest that either Congress or the Commission intended to

7   narrow the scope of the original eight-level and three-level

8   enhancement.  If anything, Congress's directive, certainly

9   in response to the Supreme Court's *Arthur Andersen* decision,

10  was to tighten the penalties for acts of obstruction that

11  were covered by those particular statutes, which, again,

12  covers conduct before Congress.

13          So when you pull all of it together, it seems to

14  me that the proper intent of the Commission and meaning of

15  2J1.3 in 1987, as I said, was to create a Guideline that

16  captured a wide range of obstructive conduct, including

17  before an official proceeding.

18          Also, when promulgated, the commentary stated --

19  again, it identified the statutory provisions that included

20  1512 and then went on to say that this section addresses

21  offenses involving obstruction of justice generally

22  prosecuted above the above-referenced statutory provisions.

23          So the Commission clearly would have understood

24  that conduct subject to 1512, which would include

25  obstruction of an official proceeding before Congress, would

1    be subject to punishment under this Guideline.

2              Now, to be sure, the commentary provides a list of

3    examples, as counsel has just noted, none of which include a

4    proceeding before Congress.  But that isn't dispositive

5    because it's not an exhaustive list.

6              The definition for "substantial interference with

7    administration of justice" includes, among other

8    definitions, "a premature or improper termination of a

9    felony investigation, an indictment, verdict, or any

10   judicial determination based upon perjury, false testimony,

11   or other false evidence, or the unnecessary expenditure of

12   substantial government or court resources."

13             It is true that a proceeding before Congress is

14   not expressly listed in that definition; however, that is

15   because the list is not meant to be exhaustive.  In fact,

16   that series of examples is preceded by the word "includes."

17   And the Guidelines specifically define the word

18   "includes" -- and this is -- if one looks at 1B1.1, Note 2,

19   that the word "includes" means that the list is not

20   exhaustive, it is "merely illustrative."

21             Further, if you look at the Supreme Court's

22   opinion in *Yates*, that is 574 U.S. 52, and this is actually

23   in the dissenting opinion at 563, Note 5, it actually notes

24   that with respect to a different definition, that is,

25   records, documents, or tangible things under 2J1.2, that the

1    inclusion of the term "including" -- or actually

2    "includes" -- the Supreme Court, or at least the dissent in

3    that case said it is meant to be expansive and not an

4    exhaustive list.  And so, again, if one is reading the word

5    "includes" not to be limiting, it does not restrict the

6    possibility of a substantial interference with the

7    administration of justice before a congressional proceeding.

8    So that is my reasoning.

9            Let me just address one more argument that has

10   been made in Mr. Adams' brief, and that is quoting from the

11   opposition -- excuse me, the sentencing memorandum, which is

12   that "2J1.2 was designed to sentence offenses under 1503,

13   and 1503 contains the phrase 'administration of justice,'

14   which, I believe, has been defined to refer to judicial

15   proceedings, and, therefore, there should be some

16   parallelism between the Guideline and the understanding of

17   that term used in 1503."

18           But I disagree with that interpretation because

19   1503 is not the only statute that is, in fact, covered by

20   2J1.1, but, rather, includes the range of statutes, to

21   include 1512(c)(2).

22           And so I don't see that there's any particular

23   reason why the Guidelines should be interpreted only to be

24   consonant with the "administration of justice" term as used

25   in one of those statutes, but, rather, I think, is more

1    naturally read against its history, to include a broader set

2    of proceedings, to include proceedings before Congress, and

3    in this case the certification proceedings on January 6th.

4         So for those reasons, I do think that the

5    certification proceedings on January 6th qualify as

6    administration of justice.  I do think that Mr. Adams was

7    responsible for a substantial interference with the

8    administration of justice in two respects:

9         One is that it stopped the proceedings in their

10   entirety or assisted in stopping the proceedings in their

11   entirety for a period of time.  Of course, he was not the

12   only person to participate, but, nevertheless, I don't think

13   the fact that he was one of many -- I think the causation

14   requirement is met when he is a contributing factor, even

15   though he wouldn't be a sole factor or even a but-for factor

16   in causing the proceedings themselves to be adjourned for as

17   long as he did.  And that's particularly so with Mr. Adams,

18   because he actually, for some period of time, was on the

19   Senate floor.

20        Secondly, I do think the reference to substantial

21   government or court resources and the unnecessary

22   expenditure of substantial government and court resources

23   applies here, because I think it applies not to the cost

24   associated with the prosecution of Mr. Adams or anyone else,

25   but, rather, the cost associated with resuming the

1    proceedings themselves that were interfered with or

2    obstructed.

3            And I think the record is clear that there was

4    additional expenditure in terms of police resources, at a

5    minimum, police resources, both MPD police officers that

6    came in from Virginia, additional FBI agents that were

7    called, for example, to the Capitol that day that would

8    represent the additional expenditure -- or the unnecessary

9    expenditure of substantial government resources in order to

10   meet that definition of "substantial interference with the

11   administration of justice."  So I do think that three-level

12   enhancement does apply in this case, and the Guidelines

13   calculation will reflect that.  So thank you, all, for

14   bearing with me while I made the record clear about that

15   issue.

16           All right.  The next issue concerns acceptance.

17   And the probation office has recommended that I not grant

18   the three-level acceptance reduction because of Mr. Adams'

19   post-stipulated-trial statements to a local media source.

20   These were statements that were made on or about

21   February 1st by Mr. Adams after he returned from Washington,

22   D.C. and the Stipulated Trial proceedings.

23           Among other statements that Mr. Adams made, this

24   was an article titled, "*I Wouldn't Change Anything I Did*:"

25   "Springfield man convicted in breach of U.S. Capitol."

1    Written by a journalist by the name of Steven Spearie.

2    He is a writer for the State Journal-Register.

3            And among other things, Mr. Adams was quoted as

4    saying, "I wouldn't change anything I did.  I didn't do

5    anything.  I still to this day, even though I had to admit

6    guilt in the stipulation, don't feel like I did what the

7    charge is.  I did go there, I was in the building, I didn't

8    refuse to leave, because no one ever told me specifically to

9    get out.  I was never asked to get out until a group of

10   officers came on the Senate floor and told everybody in

11   there it was time to go.  We all lined up and walked out."

12           Mr. Adams further said in the article, as relevant

13   here, that, "I had no criminal intent.  I had no malicious

14   intent.  I took no weapons except the pocket knives I carry

15   with me on a daily basis.  I had no desire to do anything

16   malicious, vicious, or anything."

17           He further said that, you know, "I noticed the

18   door was opened."  And said, 'Hey, guys, the door is open.

19   The crowd is going in.  I think it's time for us to go in.'"

20   And he described -- so those are the extent of his

21   statements that I think are pertinent to the issue.

22           So Probation has recommended not granting the

23   three -- or the two-level reduction, and the government

24   similarly is not moving for the additional point.  So I'm

25   happy to hear from either side if you want to be heard

1    further.

2              MR. SMOCK:  Thank you, Your Honor.

3              So I think just to be clear about kind of what the

4    issue here and the considerations that the Court takes into

5    account under 3E1.1, I think it's important to remember that

6    what the commentary says about determining whether a person

7    has demonstrated acceptance of responsibility is whether the

8    defendant truthfully admitted the conduct comprising the

9    offense of conviction.  That's the first sort of issue that

10   the commentary directs the Court to consider.  And I don't

11   see any other issues on that list that apply to Mr. Adams.

12   And what is undebatable is that, in fact, Mr. Adams has,

13   throughout, truthfully admitted the conduct comprising the

14   offense of conviction.

15             From the moment he was interviewed by the FBI, he

16   acknowledged that he went into the Capitol; that he -- and

17   that he acknowledged everything that he did in that

18   building.  And he has, to this day, acknowledged that he

19   should not have gone into the Capitol, and that's been

20   consistent throughout.  There's been no allegation by the

21   government or by Probation that Mr. Adams somehow denied the

22   conduct that he engaged in.

23             So under the Guideline and under the commentary

24   about what qualifies as acceptance of responsibility, even

25   if you accept as true the statements attributed to him

1    during that interview, which I'm going to get to, there is

2    no basis to deny him acceptance of responsibility,

3    particularly given the fact that that Guideline is largely

4    aimed at giving people credit for acceptance and not going

5    to trial and not using court resources, not requiring the

6    government to prepare for trial.

7              THE COURT:  So if I can interrupt you, Counsel.

8              I don't think anything you've said is inaccurate.

9    I think it's, however, slightly incomplete in that comment 3

10   does say the following, which is:  "Entry of a plea of

11   guilty prior to the commencement of trial, combined with

12   truthfully admitting the conduct comprising the offense of

13   conviction, will constitute significant evidence of

14   acceptance of responsibility for the purposes of subsection

15   A.  However, this evidence may be outweighed by conduct of

16   the defendant that is inconsistent with such acceptance of

17   responsibility.  A defendant who enters a guilty plea is not

18   entitled to an adjustment under this section as a matter of

19   right."

20             And I don't have all the cases in front of me, but

21   we've taken a look, and every Circuit has recognized that a

22   defendant's post-plea statements or conduct that is

23   inconsistent with the admissions made in connection with a

24   plea, although this is, of course, a Stipulated Trial, but

25   I think the concept is the same, can be the basis for

1    denying the adjustment.  And I think the question here is,

2    does Mr. Adams' statements rise to that level.

3            And I think of the statements that he made that

4    day, what, I think, is most concerning to me is essentially

5    denying that he had any criminal intent.  Now, maybe these

6    are the words of a layperson, but, you know, 1512(c)(2)

7    requires a degree of mens rea that is more than just acting

8    voluntarily, right?  Of course he has to act corruptly.  And

9    while he didn't expressly admit to acting corruptly or

10   acting with corrupt intent as part of a Stipulated Trial, he

11   did stipulate to facts that would establish corrupt intent

12   beyond a reasonable doubt.  And so I think that is my

13   primary concern, in addition to other statements in there

14   that seem to sort of diminish the nature of the conduct.

15   And so I'll leave it at that.

16           MR. SMOCK:  Yeah.  So let me address each of those

17   things.

18           And I think, first of all, what I want to make

19   sure that we're conveying to the Court is who Mr. Adams is,

20   how we've gotten to know him.  We've gotten to know him very

21   well over the last year.  And what I can say to the Court

22   is, number one, throughout all of our interactions,

23   Mr. Adams has been nothing but respectful, nothing but

24   appreciative, and he's been really a pleasure to work with.

25           That said, Mr. Adams does have things that he

1    feels very strongly about.  And those are things that

2    I think influence some of the words he said.  And I'm going

3    to get into that, but I also want the Court to understand

4    the context of this interview.

5           Mr. Adams drove here from Illinois.  He had driven

6    all the way back after court and had gotten stuck on the

7    side of the road at one point.  Hadn't -- didn't have a way

8    to find gas, and ultimately had a friend help him to get

9    gas.

10          He arrives home exhausted, and there's a reporter

11   essentially there asking him questions on the spot at a time

12   when he's exhausted, agitated, frustrated.

13          That taken in combination with a couple of things

14   that I think have -- we've learned have been central

15   concerns for Mr. Adams throughout, and we've spent a great

16   deal of time talking to him about them.

17          The first one is that Mr. Adams has said -- and

18   from the beginning to us and he also said in his interview

19   to the FBI and I think the Court saw that because I think

20   the government provided the 302 -- that he feels strongly

21   that the violence that people engaged in on January 6th was

22   wrong.  He's talked to us, and I think he talked to the FBI,

23   about how people who did that were idiots, that that was not

24   what he was there to do.

25          And his concern throughout has been being grouped

1     in with people who engaged in violent conduct.  And so his

2     concern has always been, yes, I shouldn't have gone into the

3     building, but I was not among these people who engaged in

4     violent conduct.  And I can tell the Court that that has

5     been a central concern throughout in our discussions with

6     him.

7             And so when you see a statement from him about not

8     having malicious intent, not having criminal intent, that's

9     a layperson talking about the fact that he did not intend to

10    harm anyone, he wasn't trying to do anything malicious to

11    anyone, he wasn't trying to harm anybody or anything in that

12    building.

13            That's consistent with what Mr. Adams has told us

14    from day one.  It's not him saying, I did not have the

15    intent to commit the offenses that are part of this

16    stipulated-facts bench trial.  It's him talking about an

17    intent to harm anyone.  And I can tell the Court that's

18    consistent with what he's told us all along.

19            And so we, as his counsel, having spoken to him

20    for hours and hours over the last year or more, that's

21    consistent, essentially, with sort of a concept that he's

22    conveyed to us throughout, and is not reflecting a lack of

23    acceptance of responsibility for what he did, which he's

24    been consistently honest about since day one when he was

25    interviewed by law enforcement.

1      THE COURT:  I mean, I guess -- I appreciate the

2  context.

3      I guess what I just find disheartening, I think,

4  is the word that I would use, if you sort of take all these

5  statements collectively -- and I can appreciate where he was

6  at the time in terms of his state of mind.  I get it.  But,

7  you know, here he is two days later, he's saying he wouldn't

8  "change anything I did."  He "didn't do anything."  "I still

9  to this day, even though I had to admit guilt, don't feel

10  like I did what the charge is."

11      And then he goes on to sort of minimize the nature

12  of his conduct by saying -- you know, essentially just

13  suggesting that he noticed the door was open and said, "Hey,

14  let's go in.  The crowd is going in.  I think it's time for

15  us to go in too."

16      I mean, that's not what the facts he admitted to

17  establish.  And, frankly, he told the FBI that he was

18  prepared to occupy the building.  You know, that's very

19  different than the thoughts and sentiments that he's

20  conveyed in this article.

21      MR. SMOCK:  So with respect to the "I wouldn't

22  change anything I did," I think, number one, we don't

23  concede that those are the exact words he used in his

24  conversation with this reporter, and I haven't seen a

25  recording or anything of this interview.

1          But when we've talked to Mr. Adams about it, what

2     he has said is that he believed strongly, number one, in

3     what President Trump was saying, and I'll get to that, but

4     he also believes in how important it was to make his voice

5     heard.

6          So he has said to us, if I had to do it again, I

7     would have gone to the Capitol and participated in a lawful

8     protest, but he would not have gone into the building, gone

9     into the Senate chamber.

10         THE COURT:  That's not what he says.

11         I don't want -- I mean, he says, "I wouldn't

12    change anything I did."  That's pretty broad.  And I assume

13    that includes his conduct once he went inside.

14         MR. SMOCK:  And we're not conceding that he said

15    those words, and it's not consistent with what he said to us

16    throughout.

17         He has been adamant that he thinks protesting what

18    happened in the election was something that was appropriate,

19    and he still believes that.  This Court obviously is not

20    going to count that against him.

21         THE COURT:  I don't disagree with him.

22         MR. SMOCK:  Right.  Exactly.

23         But he's not saying, and did not say to this

24    reporter, that he would have, again, gone into the Capitol

25    and gone into the Senate chamber.

1          And it is crucial for this Court to understand how

2     seriously Mr. Adams takes the fact that he did not have any

3     intention to engage in violence.  He did not want anybody to

4     engage in violence.  And when he saw that that was

5     occurring, it made him angry and he tried to stop people

6     from doing it, and that's really what motivates a great deal

7     of these statements.

8          The other thing is, and this Court is aware of

9     this, that we've litigated the issue of whether 1512, and

10    that subprovision of 1512, applies to the conduct in this

11    case.  That's an issue that we've discussed with him at

12    great length.  That's an issue that remains open for appeal

13    because of the stipulated-facts bench trial.

14         There's no requirement under 3E1.1 that a

15    defendant essentially be happy with the potential sentence

16    that he's facing or the nature of the way the criminal

17    justice system has treated him.  You know, no client of mine

18    feels happy about the criminal justice system and the way

19    that they are being treated, and I think many criminal

20    defense lawyers feel the same.

21         So 3E1.1 isn't requiring him to say more than

22    that.  And what we're focused now on is his statements about

23    his feelings, statements that are made to a reporter under

24    very unusual circumstances.  So there's -- this is a

25    situation where, number one, his statements alone don't

1  disqualify him from treatment under 3E1.1.

2          And, finally, not applying that reduction would

3  deny him any credit for what amounted to basically making it

4  so that the government had to do no preparations for a

5  trial, didn't take any of this Court's time for what would

6  have been probably a week-long trial, and acknowledging the

7  truth of what he did, which is the main focus of 3E1.1.

8          And denying him acceptance of responsibility

9  points would ignore that.  He would be treated as if he had

10 gone to trial and denied the facts of what he did.  And

11 that's the reason that it's crucially important that the

12 reduction be applied.

13         I think that's what I have.

14         THE COURT:  All right.  Thank you, Counsel.

15         Does the government wish to be heard further?

16         MS. NEVIN:  No, Your Honor.

17         THE COURT:  Okay.

18         Let me just reserve on that for a moment.

19         Let me turn to the next issue and that is, the

20 defense has requested essentially a downward departure under

21 4A1.3(b)(1), on the ground that the Criminal History

22 Category substantially over-represents the seriousness of

23 the defendant's criminal history or the likelihood that the

24 defendant will commit other crimes.

25         Specifically, the defense has argued that the

1    upcoming Sentencing Guidelines amendments, which are to go

2    into effect in November of this year, as applied to

3    Mr. Adams, were he to be sentenced under those Guidelines as

4    amended, would impact his criminal history status in two

5    important ways.

6           One is that the Guideline amendment, as proposed,

7    would not apply a two-point increase in what are referred to

8    as status points; that is, the fact that he was on

9    supervision while the present offense conduct was committed.

10   This is at pages 77 to 78 of the Guidelines amendments that

11   are proposed and posted on the Commission's website as a PDF

12   file.

13          The two-point enhancement that traditionally has

14   applied, regardless of criminal history points, would be

15   amended to only reflect that persons with criminal history

16   points of 7 or greater at the time they committed the

17   offense would be eligible for the two-point enhancement.

18   That's one.

19          Two, the Guidelines are proposing an amendment to

20   4A1.3 to include the following language:  "A downward

21   departure may be warranted if the defendant received

22   criminal history points from a sentence for possession of

23   marijuana for personal use without an intent to sell or

24   distribute it to another person."

25          Mr. Adams notes rightly that two of his four

1    pre-status points, that is, the two of the four points he

2    has accumulated for prior convictions, are essentially

3    attributable to possessory marijuana offenses, one for

4    actual marijuana possession, and the other for possession of

5    marijuana-related paraphernalia.  And I think the facts of

6    that offense also involved his possession of a small amount

7    of marijuana that was consistent with personal use.  So even

8    though the proposed amendment doesn't specify paraphernalia

9    possession, I think the spirit of it would certainly extend

10   to that kind of offense.

11          And so because of those upcoming amendments, what

12   the defense has asked me to do in this case under the

13   current Guidelines is to essentially depart in such a way

14   that reflects that Mr. Adams' criminal history, which, at

15   present, is calculated as a level three because he would

16   have six points, essentially be treated as a two-point

17   criminal history, which would place him in Category II.  So

18   I hope I've adequately summarized it.  And if anybody wishes

19   to be heard further, I'm happy to hear from you.

20          I guess the one thing I also should note,

21   I thought you all know, but there was the Circuit decision,

22   I can't remember the name of it, but it was on a different

23   set of facts, but a case in which the Circuit held that the

24   defense counsel was ineffective for failing to seek a

25   continuance of the sentencing date to a time when a lower

1  mandatory minimum would apply to a drug offense.  And the

2  Circuit said that the failure to do that, along with a

3  misunderstanding of the law, constituted ineffective

4  assistance of counsel.

5      Now, counsel here clearly has not been ineffective

6  because they've raised the issue, it seems to me, and have

7  noted it.  And so I think that's an important consideration

8  to take into account here, is what the Circuit's view is of

9  counsel that failed to, at least at a minimum, raise the

10  issue; an amendment that could positively impact a Criminal

11  History score, or in this case, the ultimate Guidelines

12  calculation; and, two, seeking to continue the sentencing so

13  that the defendant could benefit from that amendment.  So

14  with that added, anybody else like to say anything more?

15      MS. NEVIN:  No, Your Honor.

16      MR. SMOCK:  No, Your Honor.  I think you've

17  accurately summarized our argument.

18      I think the only other point I would make is

19  simply that, as the Court is well-aware, you could also

20  address this as a variance.

21      THE COURT:  Of course.  Of course.

22      All right.  Could I just -- if you all just would

23  just bear with me, I want to take about five minutes.

24  I want to think through these last two issues and how I'd

25  like to address them and then I'll be back and we'll proceed

1    with the allocutions, all right?  Thank you, everyone.

2              COURTROOM DEPUTY:  All rise.

3              This Court stands in recess.

4              (Recess from 10:54 a.m. to 11:05 a.m.)

5              THE COURT:  Okay.

6              So with respect to the acceptance points, what

7    3E1.1 provides is that if a defendant clearly demonstrates

8    acceptance of responsibility for his offense, to decrease

9    the offense level by two levels.

10             In this case, the primary -- I shouldn't say the

11   primary, but the main reason the defense is seeking the

12   acceptance-of-responsibility points is because Mr. Adams did

13   enter into a -- participate in a Stipulated Trial, and by

14   doing so, he admitted to the facts that underlie his offense

15   convictions and also save the government resources in terms

16   of avoiding a trial, and the Court as well.

17             And as I noted earlier, it is true that accepting

18   responsibility in the fashion that Mr. Adams has is evidence

19   of, in fact, significant evidence of acceptance of

20   responsibility, according to Comment 3, that the evidence

21   can be outweighed by conduct of the defendant that is

22   inconsistent with such acceptance of responsibility.  And

23   that somebody who enters, in this case, a Stipulated Trial,

24   is not entitled to an adjustment under this section as a

25   matter of right.

1          And I think on the whole, that I'm not going to

2    grant the three levels for acceptance.  And the reason is

3    the following:  I think Mr. Adams' statements, regardless of

4    the context in which they were made, whether it was after a

5    long drive or after he soon arrived at home after the

6    stipulated bench trial, they reflect a general attitude of

7    an unwillingness to accept responsibility for the criminal

8    nature of his conduct.

9          Yes, he participated in a Stipulated Trial, yes,

10   he agreed that those facts would establish guilt beyond a

11   reasonable doubt.  But in terms of actually accepting

12   responsibility and clearly doing so, when somebody two days

13   later says, "I wouldn't change anything I did.  I didn't do

14   anything.  I still to this day, even though I had to admit

15   guilt in the stipulation, don't feel like I did what the

16   charge is," you know, we can parse those words in a way that

17   would suggest that he was simply reflecting his state of

18   mind that he wasn't there to do violence or that his

19   sensibility is that this was not criminal conduct, but it's

20   broader than that.

21         I mean, not only -- he said:  "I would not change

22   anything I did," are words, that although he's denied saying

23   them, you know, it's his burden to establish that there were

24   different words spoken.  And he hasn't denied saying

25   anything else in the article, so I'm not sure why I would

1   conclude that those words were inaccurately reported by the

2   reporter.

3          You know, he denies having criminal intent.  And

4   certainly we have had a fair amount of litigation already in

5   the Circuit about what the requisite criminal intent has to

6   be in order for somebody to be convicted of 1512(c)(2).

7          And, you know, some of the statements simply,

8   although perhaps factually accurate, you know, clearly

9   minimize the culpability.  You know, "I noticed the door was

10  opened and said, 'Hey, guys, the door is open.  The crowd is

11  going in.  I think it's time for us to go in.'"

12         You know, that is somewhat inconsistent, or

13  I think is at odds at least with what he told the FBI, which

14  is that they went in prepared to occupy the building.  Now,

15  it may have been for peaceful-protest purposes, but it

16  wasn't as simple as, Hey, the door was open, everybody is

17  going in, let's join them.  And that suggests a degree of --

18  that suggests an absence of wilfulness in my mind that

19  clearly was not present for Mr. Adams that day, and,

20  frankly, he's admitted to it, at least in terms of his

21  behavior.

22         So I do think the statements are inconsistent with

23  and outweigh the stipulated bench trial, the fact that he

24  stipulated at a bench trial to certain facts, although,

25  truth be told when you go back to the stipulated facts, and

1   there's really not much he could have disputed at trial in

2   terms of what he stipulated as facts.  I mean, he didn't,

3   for example, stipulate to his state of mind in those facts,

4   he just stipulated to being the person in the various images

5   where he, in fact, was at the Capitol Building.

6          But the other thing I think I just -- what

7   troubles me about this is, if I were to grant Mr. Adams'

8   points for accepting responsibility, when two days after he

9   does so or at least attempts to do so, he makes the kind of

10  statements he does, I think it reflects a disrespect for the

11  process, it reflects a suggestion that this really is not

12  something anybody should be taking seriously, and that

13  essentially Mr. Adams is suggesting that, I had no other

14  choice but to admit guilt.  You know, he says, "I had to

15  admit guilt in the stipulation.  I don't feel like I did

16  what the charge is."

17         You know, it's a communication to the public or

18  anybody that reads this two days after he's entered into a

19  stipulated bench trial, that I can say what I want to to a

20  judge and turn around and essentially deny responsibility or

21  mitigate my conduct.  And that sort of message is just

22  really problematic.  And I think it would not be appropriate

23  to grant someone a reduction of responsibility -- excuse me,

24  a reduction for acceptance of responsibility in those

25  circumstances.  So I'm in agreement with Probation and the

1   government that the three-level enhancement ought not to

2   apply and will not apply.

3          Insofar as the requested departure under

4   4A1.3(b)(1), I'm not going to grant the formal departure

5   because I don't think it meets the terms of the departure as

6   presently crafted.

7          3A1.3 includes an example of where a departure

8   might be appropriate in Comment 3.  And it says, "a downward

9   departure from the defendant's Criminal History Category may

10  be warranted if, for example, the defendant had two minor

11  misdemeanor convictions close to ten years prior to the

12  instant offense and no other evidence of prior criminal

13  behavior in the intervening period."

14         And in Mr. Adams' case, it's true that the two

15  marijuana-related offenses date back to 2012 and 2014.

16  These are paragraphs 63 and 64 of the PSR.  But he also has

17  had, you know, a driving under the influence since then also

18  in 2014, and a driving under the influence more recently in

19  2019.

20         And, of course, during pretrial supervision in

21  this case, Mr. Adams had consistently tested positive for

22  illicit substances.  And while I could perhaps see past the

23  regular marijuana testing -- regular marijuana use, there

24  were multiple uses of cocaine, and so I don't think the

25  Guidelines strictly applies.

1          That said, I do think, for purposes of determining

2     the sentence and considering whether a variance is

3     appropriate, I am going to treat Mr. Adams as a Category II

4     offender, because I do think it's unfair fundamentally to

5     Mr. Adams that, just by virtue of the timing here, that he

6     would not be entitled to the Sentencing Commission's current

7     thinking about how criminal history should be calculated for

8     someone like him.

9          And that someone who ends up with, you know, as he

10    does in Category III with six criminal history points,

11    driven largely by older misdemeanors involving marijuana

12    possession and a status enhancement of two levels that the

13    Commission no longer thinks is appropriate for all

14    offenders, that he ought to get the benefit of that.  And so

15    I will think about what the ultimate sentence is in terms of

16    a lower Guidelines Range, although formally I am not

17    granting the departure request, which I think I can do,

18    consistent with my discretion.

19          So the Guidelines calculations will be as follows:

20          For Count 1, which is a violation of 15(c)(2) and

21    (2), the Guideline is 2J1.1, the Base Offense Level is a 14.

22    Because of substantial interference, as I noted, Mr. Adams

23    not only entered the building but made his way to the Senate

24    floor that resulted in the inability of Congress, or at

25    least the Senate, to resume proceedings.  And then, of

1    course the cost associated with the removal of people like

2    Mr. Adams in order to allow those proceedings to resume

3    warrants the three-level enhancement.  So an adjusted

4    offense level of 17 for Count 2.  That's 18 U.S.C.

5    1752(a)(1).

6            For disorderly and disruptive conduct in a

7    restricted building or grounds, I have a slight parting of

8    the ways with Probation.  Although I've talked to them about

9    it, I think the applicable Guideline's actually 2B2.3 for

10   trespass.  Sorry.  Hold on.

11           So as I said, I do think the applicable

12   Guideline's 2B2.3 for trespass.  Under that Guideline, the

13   Base Offense Level would be a 4.  Because it involved a

14   restricted building, it would be a 2, for an adjusted

15   offense level of 6.

16           However, under 2B2.3(c)(1), when the offense, in

17   this case of trespass, was committed with the intent to

18   commit a felony offense, and in Mr. Adams' case, that would

19   be the 1512(c)(2) offense, the Court is directed to

20   2X1.1(a).  And 2X1.1(a) directs the Court back to 2J1.2.  So

21   it all comes back to the same Guideline.  And so for

22   Count 2, the offense level will also be a 17.  Those two

23   counts group because it involves the same victim and same

24   act or transaction.

25           So the adjusted offense -- I'm sorry, the total

1    offense level -- excuse me.  The final offense level will be

2    a 17.  Because Mr. Adams has six criminal history points --

3    four for the convictions, two for the status of having been

4    on supervision -- his Guidelines Range will be 30 to 37

5    months and a fine of 10,000 to $95,000 since he is a

6    category offense level 17.

7           Now, that said, I will, for purposes of thinking

8    of the ultimate sentence, actually begin, for purposes of a

9    variance, with a 27 to 33 Guidelines Range, because that

10   would reflect the reduction in the Criminal History Category

11   by four levels, two for the marijuana-related convictions

12   and two for the reduction in status points, which would end

13   up giving him a Criminal History Category -- total Criminal

14   History points of II and a Criminal History Category of II.

15          All right.  With that, is there anything else

16   before we turn to the parties' allocutions?

17          All right.  Why don't we hear first from the

18   government.

19          MS. NEVIN:  Your Honor, our sentencing memo lays

20   out --

21          THE COURT:  Sorry, can I interrupt you for one

22   second?

23          MS. NEVIN:  Yes, Your Honor.

24          THE COURT:  I should have said one other thing.

25          One is, with respect to the acceptance, I should

1    have noted, the defense makes some additional arguments in

2    the memo that go beyond the article.  Those arguments

3    include that Mr. Adams admitted his conduct to the FBI

4    agents that interviewed him.  And I actually do agree with

5    that, he did.  That's why I asked for the 302.

6            The defense notes he attended drug counseling.

7    That is also true; however, as I just noted, he has tested

8    positive consistently, both for marijuana and occasionally

9    for cocaine, and ultimately so much so that Pretrial

10   requested that we just cease drug testing altogether, which

11   I granted.

12           The defense has also said he's expressed a

13   willingness to plead guilty.  I'm not quite sure what the

14   defense is referring to there.  Perhaps there's some

15   communication with government counsel that I'm not aware of.

16   But there's not anything I'm aware of that is an expressed

17   willingness of a guilty plea, as opposed to a Stipulated

18   Trial.

19           He did waive his right to a jury trial and he did

20   proceed by stipulated bench trial.  But as I said, on

21   balance, I think, given the nature of the statements in the

22   article, that those essentially override his other acts of

23   acceptance, such that he hasn't clearly demonstrated an

24   acceptance of responsibility.  So let me just add that to

25   the record, and now I'll hear from government counsel.

1          MS. NEVIN:  Your Honor, our memo lays out our

2    position on why we believe the 3553(a) factors support our

3    recommendation, but I want to focus on the nature and

4    circumstances of the offense and the need for specific

5    deterrence.

6          The evidence shows that the defendant was a

7    proactive rioter on January 6th.  He came to the Capitol

8    with an express plan to occupy it.  He brought a tent with

9    him because he didn't know how long that occupation was

10   going to take.

11         And even though he said he assumed it was going to

12   be a peaceful occupy, he nevertheless entered the building

13   with a chanting mob, walking over broken glass to get

14   inside.

15         And when confronted with a police line, which was

16   clearly trying to prevent the rioters from advancing

17   forward, he didn't turn around, he made a decision to stay

18   at the front of the crowd, holding the line against the

19   police officers.

20         He told *Insider*, the news outlet, that police were

21   waiting to see if "we'd try to push past them."

22         Eventually, the crowd became so large that they

23   were able to overwhelm the police and make their way further

24   into the building.  He described this later in a text

25   message as, "breaking through the line."  That is not a

1    peaceful action.

2          And although the defense is correct that Mr. Adams

3    didn't engage in violence against police officers, he still

4    blatantly disregarded their commands and used his advantage

5    as a member of the mob to get past them and to get to the

6    Senate floor.  It was the strength in numbers that left the

7    police unable to control the crowd.

8          Once the defendant was on the Senate floor, he was

9    recording everything that was going on, cheering and holding

10   up his sign.  Perhaps this is what he was referring to when

11   he told the news outlet in February 2023, when he told the

12   news outlet on January 6th that it was fun.

13         He was clearly relishing having gotten into this

14   inner sanctum where our elected representatives and

15   Electoral College ballots were supposed to be.

16         He had traveled to the Capitol to get Congress to

17   listen to him, and now he was inside an actual House of

18   Congress.

19         While he was in there, he saw people rifling

20   through the Senators' desks, and he saw another rioter

21   leading a prayer.  He only left because the police ejected

22   all the rioters inside the chamber and escorted him out.

23         His statements to the press, both after having

24   left the building and then in February of 2023, demonstrate

25   the defendant's lack of remorse for both his individual

1    conduct and his lack of reckoning with the effect of the

2    riot on our country as a whole.  And as a result, these

3    speak to the need for a sentence that will afford specific

4    deterrence.

5              Calling a riot a fun time and hilarious is not

6    just crass, it totally negates the reality of what happened,

7    which is that thousands of people were trespassing into the

8    seat of government to try to overturn the results of a

9    Presidential election.

10             And saying things like, "Other than going inside a

11   building that I wasn't legally granted access to, I didn't

12   do anything wrong," and "I wouldn't change anything I did,"

13   minimize the scope and significance of his conduct as part

14   of that riot.  And it's clear that the defendant has not

15   used the past two years to reflect on the consequences of

16   the day and his role in it.

17             Your Honor, I want to touch briefly on the cases

18   that the defense cites in their memo regarding sentencing

19   disparities.

20             THE COURT:  Yeah, I'm glad you raised that because

21   I did want to ask you about that.

22             MS. NEVIN:  Is there a specific one?

23             THE COURT:  No.

24             I just -- I mean, in particular, the defense has

25   cited three cases that involve individuals, or, really,

1   four, who actually made -- who made their way to the Senate

2   floor like Mr. Adams and arguably engaged in more serious

3   conduct while inside the Senate than Mr. Adams.  And

4   so this is *Hodgkins* at 21-CR-188.  *United States versus*

5   *Morrison* and *Stottlemyre* -- or *Stottlemyre* -- at 21-CR-334.

6   And then by way of comparison, *U.S. versus Allan*, 21-CR-64.

7           And just so the record is fulsome, you know,

8   *Hodgkins*, the defendant entered the Senate chambers with

9   goggles and stood at the dais with a flag, took photos after

10  putting on latex gloves.  He was an offense level 14, 15 to

11  21 months.  He got eight months.

12          *Morrison* and *Stottlemyre*, who, I believe, both

13  were for women, they entered the Senate chamber and actually

14  rifled through desks, took pictures, they lied to the FBI.

15          And *Stottlemyre* actually saw her husband assault a

16  police officer outside.  She then went in the Senate

17  chamber, rifled through desks, took photos of the papers

18  after she came out -- I'm sorry, took photos of papers.

19  Also, both of them received eight months.  I know they were

20  both Category I Criminal History.

21          And then *Allan*, the individual actually stole the

22  flag, so he also had a theft-of-government-property

23  charge -- and I should note that all of these are 1512(c)(2)

24  felony charges -- stole papers from the front desk, as well

25  as from Senator McConnell's desk, waved papers around after

taking them out.  Was on Facebook Live.  Then deleted the

account.  Destroyed documents that he had stolen and then

got rid of his cell phone.  You know, he was offense level

16, 21 to 27 months, and he got 21 months.

So the government is asking for a lot more than

even 21 months.

MS. NEVIN:  Yes, Your Honor.

I would say that first with respect to *Hodgkins*,

certainly his Criminal History was Category I, and the Court

also granted the acceptance-of-responsibility points for

that defendant.

As for *Stottlemyre*, I know that the defense said

in their memo that she did not express remorse.  And I would

argue that not expressing remorse is not the same as saying

that it was fun -- as affirmatively saying it was fun and

hilarious.  I think that that is certainly an aggravating

factor with respect to Mr. Adams.

I also -- and then with respect to *Allan*, Allan

also was a Criminal History I.  He got acceptance of

responsibility.  He was sentenced in his Guidelines Range.

I think that Mr. Adams, his entry into this

building and his participation in overwhelming that police

line at the north door Appointment Desk denotes his intent,

his unwillingness to be deterred from reaching -- to

reaching the Senate chamber.  And it's the government's

```
 1    position that that is an aggravating factor that should be

 2    considered and why we are recommending a higher sentence

 3    than we were in both -- than in the three of these cases.

 4              THE COURT:  But would you agree with me that in

 5    those three cases -- really, four, *Hodgkins*, *Morrison*,

 6    *Stottlemyre*, and *Allan* -- that the conduct on January 6th

 7    was more substantial than Mr. Adams?

 8              MS. NEVIN:  I would agree with you as to Mr. Allan

 9    certainly.

10              But, again, I come back to the acceptance of

11    responsibility and the different Criminal History.

12              But, yes, I take your point, Your Honor, I agree.

13              THE COURT:  Okay.

14              Go ahead.

15              And I have one other area I want to talk to you

16    about.

17              MS. NEVIN:  Sure.

18              I defer to you, Your Honor.

19              THE COURT:  No, no.  If there's more you want to

20    say and then I'll ask my question.

21              MS. NEVIN:  I don't have anything more to say

22    about the comparison cases.

23              THE COURT:  Okay.

24              So what weight does the government think I ought

25    to give to what I think can only be described as a
```

1    challenging upbringing and the real-life consequences of

2    that in a way that clearly have manifested themselves on a

3    daily basis for Mr. Adams even during supervision, and the

4    potential impact of the statement from the drug counselor

5    who suggested that, you know, a jail sentence would only

6    hurt Mr. Adams and any effort to recover and move forward.

7    What does the government think about that and how, if at

8    all, I ought to think about those factors?

9        MS. NEVIN:  Your Honor, the government has

10   absolutely no reason to dispute the veracity of those

11   statements; we take them to be the truth.

12       I think that obviously when the Court makes its

13   calculus as to what is an appropriate sentence, it cannot

14   divorce, like, who the person actually is, and obviously

15   that is something that the Court should take into

16   consideration.

17       But our focus is certainly on the crime that the

18   defendant committed and what is fair in this universe of

19   January 6th cases, what reflects both the severity of his

20   conduct, his criminal history, and the person that he is.

21       So we're certainly not asking the Court to

22   discount his personal history, his personal struggles.  But

23   for the government, it -- for us, we are asking the Court to

24   weigh more heavily what his conduct was on the day of and

25   his comments subsequently.

1          THE COURT:  Okay.  That's fair.

2          Anything else, Counsel?

3          MS. NEVIN:  Yes, Your Honor.  Just briefly.

4          Finally, the defense has argued in their memo, and

5  Mr. Smock made reference to it earlier today, that the

6  defendant was influenced by former President Trump's

7  statements and also statements in the media and sincerely

8  believed that the election had been stolen and that he was

9  being patriotic in coming to Washington, D.C.

10          And obviously the defendant is entitled to believe

11  whatever he wants to believe.  And if he wants to

12  participate in a legal protest, he certainly should do so.

13  But the Court should not give the defendant any credit for

14  the strength of that supposed belief, that he was acting as

15  a patriot.

16          Your Honor, when you look at the defendant's

17  actions and listen to his words, it's clear that he wasn't

18  purporting to act on behalf of our country that day.  His

19  actions show us that anyone who was not on his side, like

20  the police, needed to be disregarded and overwhelmed.  And,

21  Your Honor, that's not patriotism, and it's our position

22  that this Court should not treat his beliefs, whether they

23  are sincere or not, as a mitigating factor.

24          On January 6th, Mr. Adams made a series of choices

25  and at any time could have stopped his criminal conduct.

1    And instead of being turned off by what he saw, he made the

2    choice to purposefully move closer and closer to the chaos,

3    and it's our position that that conduct merits a sentence of

4    34 months of incarceration.  Thank you.

5            THE COURT:  All right.  Thank you, Counsel.

6            All right, Mr. Smock.

7            MR. SMOCK:  Your Honor, I think I want to start

8    from where the government ended.  It wasn't sort of my plan

9    about the order of things.  But I think that it's important

10   as we sort of think about what the appropriate sanction in

11   this case is.

12           And we're, of course, acknowledging that

13   punishment is appropriate here, we're not shying away from

14   that.  But I think it's really important that, as we

15   determine how much time a person should spend behind bars,

16   we have to come to terms with why we are at this point.

17           And what I am saying about that isn't suggesting

18   to the Court that Mr. Adams is not guilty or doesn't bear

19   any responsibility for his conduct, but we can't ignore the

20   involvement of the President of the United States and how we

21   got to this point.

22           I just want to talk first about what happened

23   prior to January 6th and how the President -- if you can put

24   the display up.  Is it available?  Somehow I'm not seeing

25   it.

1    So in the days after the election, the President

2    and his team talked about the election results being

3    fraudulent and talked about inviting people to Washington,

4    D.C. and said, "It will be wild."  This was -- the Court is

5    well aware, this was part of a drumbeat of statements by the

6    President and his team talking about coming to the Capitol

7    to protest what he described as a fraudulent election, and

8    using language that encouraged folks to engage in conduct

9    that was not going to be legal.

10    And I'll talk about this more.  And the government

11    has focused over and over again in these cases on one word

12    that the President used during his speech on January 6th

13    when he at one point said the word "peaceful."  They focused

14    on that over and over again.

15    But what you see the President doing over and over

16    again in the days leading up to January 6th and on

17    January 6th is using incendiary language to his followers,

18    talking about this being the biggest scam in our nation's

19    history.  Never give up.  See you in D.C. on January 6th.

20    So then we get to January 6th.  And Mr. Adams has

21    chosen to come, at the invitation of the President of the

22    United States, in reaction to the language that he has used

23    up to that point.  And Mr. Adams watches Mr. --

24    President Trump's speech.

25    And, you know, this is not Mr. Adams listening to

1   a gang leader or a drug lord.  This is Mr. Adams listening

2   to the President of the United States.  He's speaking from

3   behind the Presidential podium.  He's got the seal.  He's

4   got Plexiglass.  Bulletproof glass.  He's got teleprompters.

5   This is the President of the United States, and I think we

6   sometimes forget that.

7           And the President did several things during that

8   speech.  The first thing that he did was he talked to the

9   crowd about the fact that there was a mistake; that this

10  election was wrongly decided.  And he said that over and

11  over again, about how the votes were counted incorrectly.

12          (Video played)

13          MR. SMOCK:  That's the President of the

14  United States telling Mr. Adams and others that what has

15  happened is a national security issue.

16          Then the President talked at length, citing

17  statistics and data about why the election was wrongly

18  decided, and cited over and over again information that he

19  described as fact about why the violation was wrongly

20  decided.

21          (Video played)

22          MR. SMOCK:  It went on for 20 minutes or more,

23  citing statistics and facts about how the election was

24  incorrectly decided.

25          And the next thing that the President did was

1   talked about how there was a way, under the Constitution, a

2   legal way that Vice President Pence was required by the

3   Constitution to intervene to correct what he's referred to

4   as a national security issue, a scam, and a fraud.

5           (Video played)

6           MR. SMOCK:  The last thing that the President of

7   the United States does during that speech, as the Court is

8   aware, is encourage his followers to go to the Capitol to

9   make their voices heard.  He uses language like "to fight,"

10  "to use strength."

11          And what he's doing is creating an atmosphere in

12  which folks understand that boundaries can be pushed; that

13  he wants people to respond to this national security issue,

14  this issue that is a scam, to address it.  And the President

15  of the United States is telling them this, and we can't

16  ignore that in determining what an appropriate sentence to

17  prison is in response to that.

18          (Video played)

19          MR. SMOCK:  It's not subtle, Your Honor, it's not

20  subtle.  And we can't hide from that fact.  Him using the

21  word "peaceful" at some point sprinkled into that speech

22  doesn't take away from the impact it had on people like

23  Mr. Adams.  And it's really important that we not forget the

24  words that were spoken by the President of the United States

25  prior to what happened that day.

1        And I raise that because, again, we're not asking

2   the Court to say that what Mr. Adams did was totally

3   forgivable; he's going to be in custody for this.  What

4   we're asking the Court to consider is, given what -- I'll

5   talk to you about his history and characteristics.  Given

6   what happened in the days in advance of January 6th, how

7   much time should a man spend in custody after hearing that

8   speech and after hearing the President of the United States

9   say the things he did which were not subtle whatsoever:  "We

10  need to fight," "we need to use strength," things of that

11  nature.  So that, I think, is a backdrop to what happened

12  next.

13        You know, Mr. Adams, after hearing that speech,

14  went to the Capitol, as did tens of thousands of other

15  people.

16        And one thing we do know for sure is that

17  Mr. Adams didn't have any plan at that time to engage in

18  violence, and we've talked about the fact that he never did.

19        But he didn't go to the Capitol, like many people,

20  wearing bulletproof vests, wearing helmets, wearing goggles

21  like Mr. Hodges [sic], I think, with rope, with latex

22  gloves.

23        When he packed his stuff quickly, he threw a tent

24  in the car because he thought that he might "occupy."

25  He didn't have a tent with him on January 6th when he went

1    to the Capitol.  There's really no clear plan on his part.

2    He certainly wasn't planning to set up a tent inside the

3    Capitol; he didn't bring it with him that day.  So he had no

4    plan whatsoever.  He goes to the Capitol.  People are going

5    into the Capitol.  And he made the tremendous mistake of

6    going in with them.

7            What I want to focus on then is what

8    differentiates Mr. Adams from the dozens and dozens of

9    defendants in these cases who got pleas to parading, is

10   that -- as he's walking through the Capitol, he happens upon

11   the door to the Senate.  This isn't a man who was seeking

12   out the Senate chamber.  This isn't a man who had a plan

13   once he got into the Senate chamber.  And we know that

14   because when he got into the Senate chamber, you see on the

15   video he essentially walks around with his camera taking

16   videos.  He's not going through documents as some people

17   were.  He's not doing -- destroying anything within that

18   chamber.  He's essentially observing what that room looks

19   like.

20           So when you think about how Mr. Adams should be

21   treated in this case, that's where I think actually probably

22   the most useful comparators are the ones that I cited in a

23   footnote, which are the two people that this Court has

24   sentenced on parading counts.

25           Zachary Wilson is a person who entered the Capitol

1    by building -- by jumping through a broken window.  He went

2    into Speaker Pelosi's office.  He was celebrating his

3    conduct on social media.  Then he lied to the FBI.  That's a

4    person who received a sentence of two years of probation and

5    45 days of home detention.  I don't think anyone could

6    honestly say that if Mr. Wilson, when wandering through the

7    Capitol as Mr. Adams did, happened upon the door to the

8    Senate chamber, would have said, no way, I'm not going in

9    there.  It's not a situation where there's any proof that

10   Mr. Adams had any specific intent to get into that room.

11   And he did, he went in there, and that's certainly something

12   that the Court should take into account.

13           But when you're thinking about what the

14   appropriate sentence is, we have to take into account the

15   fact that folks were wandering around that building with no

16   particular aim, and Mr. Adams came upon the door to the

17   Senate chamber.  He shouldn't have gone in.  But that

18   doesn't mean that as opposed to someone like Mr. Wilson, who

19   engaged in more serious conduct in other ways and got a

20   sentence of 45 days of home detention, is somehow much less

21   culpable -- so much less culpable than Mr. Adams that he be

22   -- got 45 days of home detention, and the government is

23   talking about years in prison for Mr. Adams.

24           Same with Mr. Rebegila, who was also cited in that

25   footnote, who entered the Capitol two separate times after

1  getting kicked out one time, bragged about it on social

2  media, deleted evidence on his phone, and the sentence this

3  Court imposed in that case was two years of probation and

4  30 days of home detention.

5       The government talked about statements that are

6  attributed to Mr. Adams to a reporter on January 6th itself.

7  And I want to be clear:  We don't acknowledge that he made

8  those statements.  And it's also clear that, to the extent

9  any conversation occurred, it was literally that day, the

10 afternoon after he had just left the building.

11      Mr. Adams at that point was not aware of the level

12 of violence that occurred in the Capitol that day, and only

13 saw reports about the level of violence that occurred after

14 the fact.  So even if one were to assume that he made

15 statements like that, which he did not, it's not reflecting

16 some sort of indication on his part that he thought that

17 this was just some sort of joke.

18      And actually quite the opposite.  You saw in the

19 text messages that the government cited in its sentencing

20 memorandum, that he was very concerned about the violence

21 that occurred that day, and certainly wouldn't have made any

22 comments making light of any of this under those

23 circumstances.

24      So I've made absolutely clear, you know, Mr. Adams

25 didn't engage in violence.  And the comparators we provided

1    of folks who were in the Senate chamber, those folks all

2    engaged in conduct that was more serious than Mr. Adams, you

3    know, and a number of those folks actually had serious

4    Criminal History.  I actually represented Christopher

5    Moynihan.  And I obviously won't talk in detail about his

6    case, but I know that his Criminal History was Category V.

7    In all the examples that we cited, the folks who were in the

8    Senate chamber engaged in more serious conduct.

9              So when we talk about President Trump's comments

10   and what they led to, I think it also ties into a

11   consideration of my client's history and characteristics,

12   because I think, in some ways, he was particularly

13   susceptible to some of the things that the President of the

14   United States was saying at that time.

15             I provided a great deal of detail about Mr. Adams'

16   life.  And I appreciate the fact that the Court has absorbed

17   it.  He endured a tremendous amount of trauma as a child,

18   and that trauma continued into adulthood.

19             We talked about the number of moves that he was

20   subjected to.  And this is something that I've seen in a

21   number of my clients, where they've moved several times

22   during their childhood without any prior warning, and it's

23   absolutely clear that that lack of stability has a serious

24   impact on people.

25             And I'm not going to get into detail about the

1    abuse that he suffered, but that's very significant and

2    something that a psychologist, who actually is provided by

3    Pretrial Service, has confirmed as something that Mr. Adams

4    continues to deal with the ramifications of.

5            He has also, as I stated, dealt with loss as an

6    adult.  His newborn child passed away, and that's something

7    that I can't imagine ever dealing with.  And Mr. Adams, to

8    this day, cries when he talks to us about it.  It's not

9    something that any of us could ever imagine having to deal

10   with, and it's horrible.

11           It's not really a surprise, given the amount of

12   trama that he's endured, that Mr. Adams really has a hard

13   time trusting people and forming relationships with people,

14   and that, I think, is something that has manifested itself.

15           But, again, when we have talked with Mr. Adams,

16   and we talked with him at great length, he has been nothing

17   but respectful to us.  He is not a person who has been

18   hostile to us in any way.  In fact, he's nothing but

19   appreciative to us; he's a good person.

20           And I would also -- the Court also noted, with

21   respect to the psychologist, that he has talked about the

22   fact that Mr. Adams has benefited from having one-on-one

23   counseling, and that's something that Mr. Adams has himself

24   told us.

25           And he would benefit from ongoing counseling.

1   Sometimes when we talk to Mr. Adams, I feel as if we don't

2   have the expertise to address many of the issues that are

3   really driving what's agitating him.  And that's why I think

4   it's really important that we received an indication from

5   that treatment provider of how committed he is to getting

6   treatment and how much it has helped him, and I think that

7   bodes very well for his future.

8          What I think is really the most defining aspect of

9   Mr. Adams is his commitment to hard work.  He's a man who

10  feels very strongly about the importance of work; he talks

11  to us about that all the time.  He works 60 to 70 hours a

12  week.

13         I can tell the Court that it's often difficult for

14  Ms. Shrewsbury and I to get through to him and have a long

15  conversation because he's constantly working.  A number of

16  our conversations have occurred while he was on a lawnmower,

17  because we can't -- because he's working so many hours.  And

18  that's something that he takes very seriously and I think is

19  really commendable.

20         So ultimately what we've been trying to do is come

21  up with a proposed sentence that addresses all of the

22  3553(a) factors.  And I've talked about his history and

23  characteristics.  I've talked about the nature and

24  circumstances of the offense.  I've talked about the fact

25  that we can't shy away from the role that President Trump

1    played on that day.

2           And also what we necessarily are taking into

3    account is Mr. Adams' circumstances.

4           Mr. Adams works long hours to support himself, and

5    he lives alone with his dog.  He's very concerned about,

6    number one, losing his house.  He's very concerned about

7    losing his dog.

8           Mr. Adams is alone essentially in life; he doesn't

9    have support from family or friends.  And so, for example,

10   he -- we learned this morning that he brought his dog in the

11   car with him today.  They slept in the car last night.  He

12   doesn't have resources.  And his concern is that were he to

13   get a sentence of longer than 60 days, he would essentially

14   be homeless, and that, as reflected in the comments of the

15   treatment provider, would be extremely detrimental to him.

16          So our recommendation of 60 days, plus ten months

17   of home detention, is an effort to provide punishment but

18   also not essentially, you know, destroy his life in terms of

19   having housing and a job and things of that nature.

20          And our view is that under the circumstances, a

21   sentence of that nature is significant, it addresses the

22   seriousness of the conduct, it reflects a need to avoid

23   disparities in light of what I've talked about with the

24   parading convictions, and it certainly is sufficient and not

25   greater than necessary.

```
 1              THE COURT:  Mr. Smock, thank you.
 2              All right, Counsel -- well, does Mr. Adams wish to
 3  be heard?
 4              THE DEFENDANT:  Do I, sir?
 5              THE COURT:  Do you wish to be heard, Mr. Adams?
 6              THE DEFENDANT:  Yes.
 7              THE COURT:  You can come on up, sir.
 8              THE DEFENDANT:  The thing I've always wanted to
 9  make clear to everyone, aside from a perception of people's
10  own views of the things I've said:  I did not support or
11  condone the violence or the damage that occurred; I've
12  always wanted to make that very clear.  I was not involved
13  in any violence that day.
14              I should not have gone into the Capitol building,
15  and I know I should not have gone into the Senate chamber.
16  I was not aware of where we were going that day, had no
17  clue.  I know ignorance is no excuse for the law or any
18  representation of it.
19              I've taken responsibility for these actions since
20  the beginning, and I still take responsibility to this day.
21              I'm sorry that if my words to the media or to
22  anyone else has made anyone doubt my sincerity of this
23  situation.
24              Thank you, sir.
25              THE COURT:  Thank you, Mr. Adams.
```

1    All right, everyone.  Give me a few minutes to

2    think things over and I'll be back momentarily.

3    COURTROOM DEPUTY:  All rise.

4    This Court stands in recess.

5    (Recess from 11:57 a.m. to 12:08 p.m.)

6    THE COURT:  All right, everyone.

7    So just to reiterate, the Guidelines as I've

8    ultimately determined them to be, are 30 to 37 month;

9    however, for purposes of contemplating the ultimate sentence

10   and varying from that sentence as appropriate, I'm

11   contemplating a Guidelines Range of 27 to 33 months to

12   reflect what is an overstatement, in my view, of the

13   Criminal History score, in light of what the

14   Sentencing Commission intends to do.

15   So in addition to the Guidelines, of course I must

16   consider all the factors that are set forth in 18 U.S.C.

17   3553(a) and impose a sentence that's sufficient but not

18   greater than necessary to achieve the objectives of

19   sentencing set forth in the statute.

20   The factors I must consider are the nature and

21   circumstances of the offense and the history and

22   characteristics of the defendant; the need for the sentence

23   imposed to reflect the seriousness of the offense; to

24   promote respect for the law; and to provide just punishment

25   for the offense; to afford adequate deterrence; to protect

1    the public; and to provide the defendant with any needed

2    educational/vocational training or medical care.  I should

3    also consider the kinds of sentences available and the need

4    to avoid unwarranted disparities.

5            Let me just begin with the history and

6    characteristics of the defendant.

7            Mr. Adams is now 41 years old.  I think it is, in

8    some sense, a disservice to say that he's had a traumatic

9    life.  There are experiences that he has had in his

10   childhood that I won't repeat on the record but are well and

11   duly reflected in the Presentence Investigation Report,

12   including the trauma he has suffered as an adult that

13   counsel alluded to that have made for a very difficult life

14   for Mr. Adams.

15           Not surprisingly, that trauma has translated into

16   both mental health and substance abuse issues.  And he has

17   had a very long history of substance abuse, primarily with

18   marijuana but also occasionally with more serious drugs,

19   including with cocaine, and that also was reflected on

20   pretrial supervision.  Some of that, no doubt, is his own

21   self-medicating for his mental health issues that seem to

22   be -- that seem untreated, perhaps by choice, perhaps from a

23   lack of resources, maybe a combination of the two.

24           You know, I think the statement of the treatment

25   counselor is spot on to say that, you know, if Mr. Adams is

1    going to benefit from treatment, he needs to -- it has to

2    include mental health treatment as a component; that he is

3    not going to benefit from just mere drug abuse treatment,

4    because he hasn't been, frankly.

5           That said, there are certainly many positive

6    aspects of what Mr. Adams does in his life.  As his counsel

7    has alluded to, he's worked very hard professionally.  He's

8    achieved the status of a crew chief for the work he does.

9    His employer speaks very highly of him.  And he's just had

10   steady employment.  And basically he seems like somebody

11   who's done what he can to get by, notwithstanding his

12   challenges.

13          I've acknowledged and understand the impact that a

14   long jail sentence would have on his life, I understand

15   that, and have taken that into account.

16          I'll turn to the nature and circumstances of the

17   offense.

18          You know, Mr. Adams comes to D.C., by his own

19   words, to -- with the intent to occupy the building, or at

20   least that's what he told the FBI.  I don't know if he had a

21   particular plan in mind other than perhaps envisioning

22   himself as a sort of occupy Wall Street but in Washington,

23   and so he brought a tent with him.  But, nevertheless,

24   reflects some intent to try and come to Washington to not

25   only be heard but disrupt the proceedings that were supposed

1    to take place that day.

2             You know, he enters the building around 2:28,

3    which is about six minutes after the rioters had broke

4    through the parliamentarian door.  At about 2:58, if my

5    timing -- I'm sorry -- my timing is a little off.

6             Soon after that, he comes across a line of police

7    officers at the north door Appointment Desk.  The videos --

8    his own videos, in fact, show him sort of approaching

9    officers who are blocking that hallway, and you actually can

10   see that the officers have arrested at least one, if not

11   two, people there on the grounds.  So Mr. Adams certainly

12   would have known that this was not somewhere he should have

13   been from visualizing and seeing other people being

14   arrested.

15            The government suggests that he had some kind of

16   physical altercation with a police officer around that time.

17   It's not clear to me that he did.  I tried to look very

18   closely at the video and I just couldn't make it out.  It

19   doesn't mean it didn't happen, I just couldn't make it out.

20            At 3:00, the rioters overwhelm that police line,

21   and Mr. Adams continues forward past the line himself, walks

22   past the ceremonial door, he goes upstairs to the second

23   floor, walks past the ceremonial door that was to Vice

24   President Pence's office.  I'm not suggesting he knew that,

25   in fact, where he was at the time.

1          And then a little bit after that at 3:04, he

2    enters the Senate chamber through the second-floor door and

3    can be seen in the recording, can be seen holding a Stop the

4    Steal sign.

5          He's yelling something we don't know up near the

6    dais, although he did give an interview afterwards in which

7    he said that what he was saying was, you know, the

8    government is corrupt and bullshit.  In that same interview,

9    he described the scene to be hilarious.

10          A few minutes later, the MPD officers arrive and

11    they began ejecting the rioters.  Mr. Adams is escorted out

12    of the building.  He leaves the Senate chamber around 3:09,

13    just five minutes after entry, and is escorted out of the

14    building at 3:11, does not return to the building.

15          You know, day-after messages do reflect the intent

16    to "occupy the building."  That's his word.  Does give the

17    interview to the magazine on January 6th, in which he

18    indicates that this was a fun time.

19          You know, to his credit, I think he did candidly

20    describe his conduct and admit to it to the FBI.  He did

21    identify himself in photographs.  He did explain what his

22    intent was that day and, in a sense, probably made the

23    government's cases a little easier if they had, in fact,

24    gone to trial if they were going to introduce those

25    statements.

1          You know, I am -- a few things the defense

2     emphasizes, and I think it's fair to emphasize, that there

3     wasn't sophistication in terms of the planning.  He didn't

4     seem to bring anything with him other than that tent.  And

5     it's, frankly, not clear to me what he was going to do with

6     that tent, that he knew what he was going to do with the

7     tent.

8          He was inside the Senate chamber for five minutes.

9     While he was inside, he was doing no more, it appears, than

10    videotaping and chanting, screaming something.  And that he

11    had no particular plan to enter the Senate chamber; he just

12    happened upon it, and I don't doubt that for a second.  On

13    the other hand, once he walked in, he should have understood

14    where he was, and it wasn't until the police showed up that

15    he actually left.

16         It's true he did not participate in any violence,

17    didn't insult or taunt any officers, didn't damage any

18    property, didn't encourage others to commit crimes of

19    violence, and he didn't celebrate violence.  And, in fact,

20    as he stood here today and has said earlier, he denounced

21    any violent conduct.

22         You know, I've certainly taken into account his

23    post Stipulated Trial statements.  And as I've already said,

24    I think they reflect a degree of lack of acceptance of

25    responsibility, that had he not made those statements, he

1   otherwise would have likely been credited with.

2           And whether you spoke out of frustration that day,

3   Mr. Adams, or those were your genuine views, the truth of

4   the matter is, when you leave a federal courthouse and then

5   turn around and make statements in which you essentially

6   communicate that you don't think you were criminally

7   responsible for what you just essentially admitted to, it

8   sends the wrong message.

9           It makes, in some sense, a mockery of the process

10  and causes people to wonder, you know, is there really

11  justice in what we're trying to accomplish here.  Are we

12  really trying to hold people to account when they themselves

13  aren't willing to acknowledge responsibility unless and

14  until they're standing in front of a judge and doing so.

15  That may not have been what was on your mind, Mr. Adams, but

16  I certainly think it -- when I first read those words,

17  certainly, it was the impression that I had and still have

18  that impression today.

19          I agree that you know, the defense has suggested a

20  long sentence may not have much of a chastening effect --

21  some of the studies in terms of length of sentence and

22  diminishing returns on general deterrence.

23          I don't know how specifically deterred Mr. Adams

24  needs to be.  I mean, he hasn't shown any real history of

25  political violence, and, frankly, any violence of any kind.

1    I mean, he had some issues when he was a younger man and

2    I'm -- you know, I put that to youth and challenges that

3    he's faced, so I'm not too worried about specific deterrence

4    as a major reason for the sentence.  But, you know, the

5    sentence does need to reflect the seriousness of the conduct

6    and to promote respect for the law and to provide just

7    punishment.

8            You know, this is not, Mr. Adams, a mere frolic, a

9    walk in the park.  It was, you know, entering the

10   Capitol building with thousands of other people on a day

11   that has a hallowed and special place in our democratic

12   process.

13           And, you know, that is not something that we can

14   ever lose sight of.  What I fear is that people ultimately

15   become desensitized to what happened that day, and they

16   shouldn't.  It was a meaningful day for the democracy, and

17   it's not one that we should all just sort of pass off as a

18   one-time event, because hopefully it is a one-time event.

19   But what that one-time event symbolized and what it meant

20   not only for us here but our image in the world, that is

21   damage that is going to take a long time from which to

22   recover, in my humble view.

23           Let me just say a few things about the defense's

24   presentation about Mr. Adams' vulnerability and the

25   President's words and conduct both before January 6th and on

1    that day.

2            I don't dispute Mr. Adams, in a sense, was

3    vulnerable.  Frankly, I think a lot of people that day were

4    vulnerable, vulnerable not only in their personality and

5    their makeup, but by the words that they had been hearing

6    for months and months and months.

7            I have expressed on the record and I will say it

8    here again:  I do think there is some mitigating quality to

9    it.  It doesn't absolve you of responsibility but I think

10   there's mitigating qualities to it, because at the end of

11   the day, you know, Thomas Adams is not on the Capitol steps

12   unless he had been encouraged to go there, and that's just a

13   sad fact.

14           I have tried in all of these sentencings to really

15   try and right-size the sentence consistent with how my

16   colleagues have been treating people.

17           I have considered the *Chansley* decision, the 41

18   months he received; however, he was at an offense level of

19   22.  And he was essentially -- was a leader and encouraged a

20   number of people, and frankly in some respects, became a

21   symbol of the events of that day.

22           Ms. Priola was a 1512(c)(2) case in which she

23   entered the Senate chamber, but while on the Senate floor

24   called somebody, or, I think -- either called somebody or

25   said to somebody essentially now or never, suggesting a

1    level of intention that arguably is greater than Mr. Adams'.

2    She did take a plea and got credit for acceptance.  She

3    received 15 months.

4              Mr. Moynihan, a Stipulated Trial, entered the

5    Senate chambers, rifled through papers.  That's conduct more

6    serious than I think that Mr. Adams is engaged in.  And then

7    he lied about having gotten rid of his cell phone.  He was

8    offense level 14, but because of his criminal history, had a

9    Guidelines Range of 33 to 41 months.  But Judge Cooper

10   varied there and gave him a sentence of 21 months.

11             The defense has cited some of my cases, that's

12   *Wilson*, *Rebegila* and *Wood*.

13             In *Wilson* and *Rebegila*, in terms of the conduct,

14   arguably are comparable; however, neither of those two

15   individuals got so far as to enter the Senate chamber, which

16   I think is a different level of responsibility.  And both

17   only were convicted of misdemeanors.  I mean, for whatever

18   reason the government did not charge them with 1512(c)(2).

19   Those were misdemeanor sentences.  And the home detention

20   sentences in those cases reflected it.  Mr. Adams, of

21   course, stands convicted of a felony.

22             Mr. Wood, in 21-CR-233, his conduct was felonious,

23   1512(c)(2).  But I decided to essentially -- Mr. Wood was a

24   very young man.  He was 19 years old at the time and

25   I thought that his age warranted the non-incarceral sentence

1    that I imposed.

2            As I've already reflected on the record, I've

3    considered the cases the defense has brought forward; that

4    is, *Hodgkins*, *Morrison*, *Stottlemyre*, and *Allan*.

5            I agree with the defense that in all of them, and

6    I appreciate the government's candor and acknowledging it,

7    that in all of those cases, the conduct was arguably more

8    substantial than Mr. Adams in terms of either preparation.

9            For example, Mr. Hodgkins came in with gloves,

10   latex gloves and goggles.  Others like Ms. Morrison and

11   Ms. Stottlemyre, you know, rifled through papers.  Mr. Adams

12   didn't do that.  And Mr. Allan, you know, actually deleted

13   the -- destroyed the papers that he stole and got rid of a

14   cell phone.  Mr. Adams didn't engage in that kind of

15   conduct.  And so I've taken all of those into account.

16           On the other hand, each of those defendants did

17   receive three levels for acceptance that Mr. Adams has not.

18   I am giving Mr. Adams some credit, the sentence will reflect

19   it, for absolving or relieving the government and the Court

20   of the resources that it would have taken to try him,

21   although, as I said, the full three levels I did not think

22   were appropriate but I am taking that into account in terms

23   of varying from the Guidelines.

24           And so the sentence of the Court will be as

25   follows:

1          It's the judgment of the Court that Mr. Adams will

2    be committed to the custody of the Bureau of Prisons for

3    concurrent terms of 14 months on Count 1 and 12 months on

4    Count 2.

5          He'll be further sentenced to serve a 36-month

6    term of supervised release as to Count 1 and 12 months as to

7    Count 2.  Those are to run concurrently.

8          In addition, you'll be ordered to pay a Special

9    Assessment of $100 for Count 1 and 25 for Count 2, for a

10   total of $125.

11         While on supervision, you shall abide by the

12   following mandatory conditions, as well as all the

13   discretionary conditions recommended by the probation office

14   in part D of the sentencing options of the Presentence

15   Report.  Those conditions are imposed to establish basic

16   expectations for your conduct while you are on supervision.

17   They include:

18         Not committing another federal, state, or local

19   crime;

20         Not unlawfully possessing a controlled substance;

21         Refraining from unlawful use of a controlled

22   substance;

23         You must submit to one drug test within 15 days of

24   placement on supervision and at least two periodic drug

25   tests thereafter as determined by the Court;

1       You must cooperate in the collection of DNA as

2   directed by the probation office;

3       And you have not objected to a restitution award

4   of $2,000 to be made to the Architect of the Capitol.

5       In addition, you shall comply with the following

6   special conditions:

7       Submit to substance abuse testing to determine if

8   you have used a prohibited substance.  You must not attempt

9   to obstruct or tamper with the testing methods;

10       Participate in inpatient or outpatient substance

11   abuse treatment and follow the rules and regulations of that

12   program.  The probation officer will supervise your

13   participation in the program;

14       Participate in mental health treatment and follow

15   the rules and regulations of that program.  The probation

16   officer, in consultation with the treatment provider, will

17   supervise your participation in the program;

18       You must take all mental health medications that

19   are prescribed by your treating physician;

20       In terms of the restitution payments, they will

21   commence upon release at a sum of $25 a month until such

22   time as that amount can be adjusted upwards;

23       You must provide the probation office access to

24   any requested financial information, authorize the release

25   of that financial information.  The probation office may

1  share financial information with the U.S. Attorney's Office.

2          The Court finds that you don't have the ability to

3  pay a fine and therefore waives imposition of a fine in this

4  case.

5          I am going to actually -- I will consent to the

6  transfer of jurisdiction of supervision.  So that means,

7  Mr. Adams, you'll be supervised where you live; however,

8  I will retain supervision over the case, because if there

9  are violations, I want to be the one that handles them

10  because of my familiarity with Mr. Adams' case and his

11  circumstances.

12          To that end, I will actually order a progress

13  hearing in this case, because I do think it's important to

14  keep -- to make sure that we're providing Mr. Adams the

15  resources that he's going to need to get back on his feet.

16  So within 45 days of his release, I'll ask the probation

17  office to please contact me and submit a progress report

18  within 30 days of release so that we can have a progress

19  hearing for Mr. Adams.

20          Mr. Adams, those progress hearings are not going

21  to be for the primary purpose of making more trouble for you

22  or to lay traps for you, but, rather, will be to make sure

23  that you're getting the resources that you need and are

24  entitled to so that you can have the smoothest transition of

25  re-entering the community as possible.

1          The probation office has the authority to release

2     the Presentence Investigation Report to all appropriate

3     agencies, which includes the U.S. Probation Office in the

4     approved district of residence, in order to execute the

5     sentence of the Court.  The treatment agencies shall return

6     the presentence report to the probation office upon the

7     defendant's termination from treatment.

8          Just so that the record is clear, let me be

9     abundantly clear why I varied.  I varied largely because of

10    ensuring that there not be disparities between other

11    defendants who had comparable conduct to Mr. Adams; however,

12    the sentence, in my view, does reflect his slightly higher

13    criminal history, as well as his less than 100 percent

14    acceptance of responsibility, and so those are the reasons

15    why I ended up where I did.

16         Mr. Adams, you do have the right to appeal your

17    convictions and the sentence that's been imposed.  You also

18    have the right to appeal if you believe you have not

19    received effective assistance of counsel in connection with

20    your sentencing or in connection with your representation.

21         If you wish to file an appeal, you shall file a

22    notice of appeal within 14 days after the Court enters

23    judgment.  If you cannot afford an appeal, you can ask the

24    Court of Appeals for permission to file an appeal without

25    cost to you.  If you cannot afford a lawyer for purposes of

1    such an appeal, you can ask the Court to appoint one for

2    you.

3            You also have the right, pursuant to 28 U.S.C.

4    2255, to challenge the conviction that's been entered or the

5    sentence that's been imposed, consistent with that statute

6    and the time limitations that it imposes for such a motion.

7            So that is the sentence of the Court.

8            I will permit Mr. Adams, notwithstanding the fact

9    that he's now been sentenced, to self-surrender.  I will

10   release him on the conditions that he currently is on.  I do

11   find that Mr. Adams does not pose a threat to the community

12   and he is not -- doesn't present the type of risk, either in

13   terms of the community, or flight, to self-surrender upon

14   his assignment.

15           All right.  Is there anything else anybody would

16   like to put on the record at this point?

17           MR. SMOCK:  Two quick things, Your Honor.

18           One is, I wanted to make a record of our objection

19   to the condition that the Court noted indicating that

20   Mr. Adams would be required to take all mental health

21   medications that are prescribed by his treating physician.

22           I have no objection to there being mental health

23   treatment and no objection to there being contemplation of

24   medication and that that could come up in a subsequent

25   violation proceeding if somehow there's a basis for

1    believing that he's not complying generally.  But my concern

2    is essentially just forcible medication.

3              THE COURT:  Okay.

4              I mean, I can remove that.  I mean, I think it's

5    generally encompassed in the mental health treatment

6    requirement.  And if there were to be a violation, I think

7    it probably would be attendant to other issues.

8              MR. SMOCK:  Thank you.

9              And then the only other thing is I would ask that

10   you include a recommendation to a facility as close as

11   possible to Springfield, Illinois.

12             THE COURT:  I'm happy to do that.

13             Okay.

14             MS. NEVIN:  Your Honor, I forgot to move our

15   sentencing exhibits into evidence.  We're offering

16   Sentencing Exhibits 1 through 4.

17             THE COURT:  Okay.  Those will be admitted into

18   evidence.

19             MS. NEVIN:  And, Your Honor, if the Court intends

20   to docket the 302, I would request permission to do a couple

21   more redactions.

22             THE COURT:  I don't.

23             MS. NEVIN:  Okay.  Thank you.

24             THE COURT:  Obviously if it becomes an issue on

25   the appeal, the Court of Appeals can ask for it.  But it's

1    part of the record.  I've reviewed it and taken it into

2    account.

3              MS. NEVIN:  Thank you.

4              THE COURT:  Okay?

5              All right.  Anything else, Counsel?

6              All right.  Mr. Adams, good luck to you, sir.  Be

7    well.

8              COURTROOM DEPUTY:  All rise.

9              This Court stands in recess.

10             (Proceedings concluded at 12:33 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__July 17, 2023_____   

William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [4] 3/2 33/2
63/3 80/8
MR. SMOCK: [17]
3/15 4/19 4/25 5/19
21/2 23/16 26/21 27/14
27/22 32/16 50/7 52/13
52/22 53/6 53/19 78/17
79/8
MS. NEVIN: [19] 3/16
4/20 7/2 29/16 32/15
40/19 40/23 42/1 44/22
46/7 47/8 47/17 47/21
48/9 49/3 79/14 79/19
79/23 80/3
THE COURT: [35]
3/11 3/17 4/21 5/1 6/25
7/15 22/7 26/1 27/10
27/21 29/14 29/17
32/21 33/5 40/21 40/24
44/20 44/23 47/4 47/13
47/19 47/23 49/1 50/5
62/1 62/5 62/7 62/25
63/6 79/3 79/12 79/17
79/22 79/24 80/4
THE DEFENDANT: [3]
62/4 62/6 62/8

**$**

$100 [1] 74/9
$125 [1] 74/10
$2,000 [1] 75/4
$25 [1] 75/21
$95,000 [1] 40/5

**'**

'administration [1]
17/13
'Hey [2] 20/18 35/10

**0**

0796 [1] 1/16

**1**

10,000 [1] 40/5
100 [1] 77/13
10:10 [1] 1/7
10:54 [1] 33/4
11:05 [1] 33/4
11:57 [1] 63/5
12 [3] 15/1 74/3 74/6
12:08 [1] 63/5
12:33 [1] 80/10
1331 [1] 1/15
14 [5] 15/1 38/21 45/10
72/8 74/3
14 days [1] 77/22
15 [6] 7/18 14/11 38/20
45/10 72/3 74/23
1503 [6] 12/13 14/6
17/12 17/13 17/17
17/19
1512 [17] 11/12 11/12
11/16 12/14 12/24
15/20 15/24 17/21 23/6
28/9 28/10 35/6 39/19
45/23 71/22 72/18

1513 [2] 12/13 14/6
1515 [2] 11/13 13/4
16 [2] 1/6 46/4
1612 [1] 1/21
168 [1] 8/2
16th [2] 9/4 9/11
17 [5] 39/4 39/22 40/2
40/6 81/7
1752 [1] 39/5
17th [1] 10/7
18 [2] 39/4 63/16
18 U.S.C [1] 11/12
188 [1] 45/4
19 [1] 72/24
1982 [4] 11/8 11/9
11/14 11/18
1987 [2] 11/22 15/15
1B1.1 [1] 16/18
1st [1] 19/21

**2**

20 [1] 52/22
20001 [2] 1/21 2/13
20004 [1] 2/5
2002 [1] 14/11
2012 [1] 37/15
2014 [2] 37/15 37/18
2019 [1] 37/19
202 [4] 1/16 1/21 2/6
2/13
2023 [5] 1/6 7/18 43/11
43/24 81/7
20530 [1] 1/16
208-7500 [1] 2/6
21 [5] 45/11 46/4 46/4
46/6 72/10
21-354 [1] 3/3
21-CR-188 [1] 45/4
21-CR-233 [1] 72/22
21-CR-334 [1] 45/5
21-CR-354 [1] 1/5
21-CR-64 [1] 45/6
213 [1] 8/11
22 [1] 71/19
22-CR-15 [1] 7/18
2255 [1] 78/4
233 [1] 72/22
237816 [1] 8/11
23878 [1] 8/11
24th [1] 7/18
25 [1] 74/9
27 [3] 40/9 46/4 63/11
28 [1] 78/3
291 [1] 11/10
2:28 [1] 66/2
2:58 [1] 66/4
2B2.3 [3] 39/9 39/12
39/16
2J1.1 [2] 17/20 38/21
2J1.2 [8] 5/8 11/25
12/23 13/5 14/15 16/25
17/12 39/20
2J1.3 [1] 15/15
2X1.1 [2] 39/20 39/20

**3**

30 [2] 40/4 63/8

302 [4] 4/13 24/20 41/5
79/20
3249 [1] 2/13
33 [3] 40/9 63/11 72/9
333 [1] 2/12
334 [1] 45/5
34 [1] 50/4
353-0796 [1] 1/16
354 [2] 1/5 3/3
354-3249 [1] 2/13
3553 [3] 42/2 60/22
63/17
36-month [1] 74/5
37 [2] 40/4 63/8
3:00 [1] 66/20
3:04 [1] 67/1
3:09 [1] 67/12
3:11 [1] 67/14
3A1.3 [1] 37/7
3E1.1 [6] 21/5 28/14
28/21 29/1 29/7 33/7

**4**

41 [3] 64/7 71/17 72/9
45 [4] 56/5 56/20 56/22
76/16
4A1.3 [3] 29/21 30/20
37/4

**5**

52 [1] 16/22
550 [1] 2/5
563 [1] 16/23
574 [1] 16/22

**6**

60 [1] 60/11
60 days [2] 61/13
61/16
601 [1] 1/20
625 [1] 2/4
63 [1] 37/16
64 [4] 4/8 4/10 37/16
45/6
65 [1] 4/9
653 [2] 14/24 15/5
68-1 [1] 4/15
6th [20] 1/15 18/3 18/5
24/21 42/7 43/12 47/6
48/19 49/24 50/23
51/12 51/16 51/17
51/19 51/20 54/6 54/25
57/6 67/17 70/25

**7**

70 [2] 4/16 60/11
7500 [1] 2/6
77 [1] 30/10
78 [1] 30/10

**8**

803-1612 [1] 1/21
805 [3] 14/12 14/17
15/4

**9**

97-291 [1] 11/10

**A**

a.m [4] 1/7 33/4 33/4
63/5
abide [1] 74/11
ability [1] 76/2
able [1] 42/23
about [81] 3/25 6/2 6/6
6/13 6/14 6/21 6/22
6/24 9/2 14/9 19/14
19/20 21/3 21/6 21/24
24/1 24/16 24/23 25/7
25/9 25/16 25/24 27/1
28/18 28/22 32/23 35/5
36/7 38/7 38/15 39/8
44/21 47/16 47/22 48/7
48/8 50/9 50/10 50/17
50/22 51/2 51/3 51/6
51/10 51/18 52/9 52/11
52/17 52/19 52/23 53/1
54/5 54/18 55/20 56/13
56/23 57/1 57/5 57/13
57/20 58/5 58/9 58/15
58/19 58/25 59/8 59/21
60/10 60/11 60/22
60/23 60/24 61/5 61/6
61/23 66/3 66/4 70/3
70/23 70/24 72/7
above [4] 12/11 15/22
15/22 81/4
above-referenced [2]
12/11 15/22
above-titled [1] 81/4
absence [1] 35/18
absolutely [3] 48/10
57/24 58/23
absolve [1] 71/9
absolving [1] 73/19
absorbed [1] 58/16
abundantly [1] 77/9
abuse [6] 59/1 64/16
64/17 65/3 75/7 75/11
accept [2] 21/25 34/7
acceptance [27] 19/16
19/18 21/7 21/24 22/2
22/4 22/14 22/16 25/23
29/8 33/6 33/8 33/12
33/19 33/22 34/2 36/24
40/25 41/23 41/24
46/10 46/19 47/10
68/24 72/2 73/17 74/14
accepting [3] 33/17
34/11 36/8
access [2] 44/11 75/23
accompany [1] 9/5
accomplish [1] 69/11
according [1] 33/20
account [12] 21/5 32/8
46/2 56/12 56/14 61/3
65/15 68/22 69/12
73/15 73/22 80/2
accumulated [1] 31/2
accurate [1] 35/8
accurately [1] 32/17
achieve [1] 63/18
achieved [1] 63/18
acknowledge [2] 57/7
69/13
acknowledged [4]

65/13
acknowledging [3]
29/6 50/12 73/6
across [1] 66/6
act [7] 11/9 11/14
13/10 14/13 23/8 39/24
49/18
acting [4] 23/7 23/9
23/10 49/14
action [1] 43/1
actions [3] 49/17 49/19
62/19
activity [1] 14/16
acts [2] 15/10 41/22
actual [2] 31/4 43/17
actually [26] 7/22 9/22
10/12 16/22 16/23 17/1
18/18 34/11 39/9 40/8
41/4 45/1 45/13 45/15
45/21 48/14 55/21
57/18 58/3 58/4 59/2
66/9 68/15 73/12 76/5
76/12
adamant [1] 27/17
ADAMS [113]
Adams' [54] 4/13 7/19
17/10 19/18 23/2 31/14
34/3 36/7 37/14 39/18
58/15 61/3 70/24 72/1
76/10
add [3] 5/17 6/24 41/24
added [2] 15/2 32/14
addition [4] 23/13
63/15 74/8 75/5
additional [5] 19/4
19/6 19/8 20/24 41/1
address [7] 13/12 17/9
23/16 32/20 32/25
53/14 60/2
addressed [1] 7/16
addresses [4] 12/9
15/20 60/21 61/21
adequate [2] 14/19
63/25
adequately [1] 31/18
adjourned [1] 18/16
adjusted [4] 39/3 39/14
39/25 75/22
adjustment [3] 22/18
23/1 33/24
administration [31]
5/4 5/5 5/8 5/12 5/23
6/17 7/8 7/9 7/11 8/9
8/17 8/19 9/1 9/3 9/9
9/10 9/11 9/21 10/1
10/5 10/13 12/3 12/5
12/6 12/17 16/7 17/7
17/24 18/6 18/8 19/11
administrative [1] 7/10
admissions [1] 22/23
admit [7] 20/5 23/9
26/9 34/14 36/14 36/15
67/20
admitted [8] 21/8
21/13 26/16 33/14
35/20 41/3 69/7 79/17
admitting [1] 22/12

Case 1:21-cr-00035-RC Document 303 Filed 02/21/24 Page 83 of 96

**A**

adult [2]  59/6 64/12
adulthood [1]  58/18
advance [1]  54/6
advancing [1]  42/16
advantage [1]  43/4
affirmatively [1]  46/15
afford [4]  44/3 63/25
77/23 77/25
after [25]  10/23 19/21
24/6 34/4 34/5 34/5
36/8 36/18 43/23 45/9
45/18 45/25 51/1 54/7
54/8 54/13 56/25 57/10
57/13 66/3 66/6 67/1
67/13 67/15 77/22
afternoon [1]  57/10
afterwards [1]  67/6
again [17]  6/13 10/9
12/9 15/11 15/19 17/4
27/6 27/24 47/10 51/11
51/14 51/16 52/11
52/18 54/1 59/15 71/8
against [4]  18/1 27/20
42/18 43/3
age [1]  72/25
agencies [2]  77/3 77/5
agents [2]  19/6 41/4
aggravating [2]  46/16
47/1
agitated [1]  24/12
agitating [1]  60/3
agree [6]  41/4 47/4
47/8 47/12 69/19 73/5
agreed [1]  34/10
agreement [1]  36/25
ahead [1]  47/14
aid [2]  4/9 4/14
aided [1]  2/15
aim [1]  56/16
aimed [1]  22/4
Aimee [1]  2/2
all [53]  3/13 3/14 4/22
5/1 5/2 8/23 15/13
19/13 19/16 20/11
22/20 23/18 23/22 24/6
25/18 26/4 29/14 31/21
32/22 32/22 33/1 33/2
38/13 39/21 40/15
40/17 43/22 45/23 48/8
50/5 50/6 58/1 58/7
60/11 60/21 62/2 63/1
63/3 63/6 63/16 70/17
71/14 73/5 73/7 73/15
74/12 75/18 77/2 78/15
78/20 80/5 80/6 80/8
All right [2]  50/6 62/2
Allan [8]  45/6 45/21
46/18 46/18 47/6 47/8
73/4 73/12
allegation [1]  21/20
allocutions [2]  33/1
40/16
allow [1]  39/2
alluded [2]  64/13 65/7
alone [3]  28/25 61/5
61/8
along [2]  25/18 32/2

73/2
also [41]  9/1 10/4
10/12 11/16 12/4 12/8
12/15 14/12 14/17
15/18 24/3 24/18 27/4
31/6 31/20 32/19 33/15
37/16 37/17 39/22 41/7
41/12 45/19 45/22
46/10 46/18 46/19 49/7
56/24 57/8 58/10 59/5
59/20 59/20 61/2 61/18
64/3 64/18 64/19 77/17
78/3
altercation [1]  66/16
although [9]  22/24
34/22 35/8 35/24 38/16
39/8 43/2 67/6 73/21
altogether [1]  41/10
always [5]  6/11 6/14
25/2 62/8 62/12
am [8]  9/12 38/3 38/16
50/17 68/1 73/18 73/22
76/5
amended [2]  30/4
30/15
amendment [9]  14/24
14/25 15/5 15/5 30/6
30/19 31/8 32/10 32/13
amendments [3]  30/1
30/10 31/11
AMERICA [2]  1/4 3/3
AMIT [1]  1/11
among [5]  8/6 16/7
19/23 20/3 25/3
amount [5]  31/6 35/4
58/17 59/11 75/22
amounted [1]  29/3
amounts [1]  14/20
Andersen [1]  15/9
angry [1]  28/5
another [3]  30/24
43/20 74/18
any [34]  7/1 13/25 14/8
16/9 17/22 21/11 23/5
28/2 29/3 29/5 48/6
49/13 49/25 50/19
54/17 56/9 56/10 57/9
57/21 57/22 58/22 59/9
59/18 62/13 62/17 64/1
68/16 68/17 68/17
68/21 69/24 69/25
69/25 75/24
anybody [8]  5/17 25/11
28/3 31/18 32/14 36/12
36/18 78/15
anyone [8]  18/24 25/10
25/11 25/17 49/19 56/5
62/22 62/22
anything [32]  4/17
5/17 6/24 15/8 19/24
20/4 20/5 20/15 20/16
22/8 25/10 25/11 26/8
26/8 26/22 26/25 27/12
32/14 34/13 34/14
34/22 34/25 40/15
41/16 44/12 44/12
47/21 49/2 55/17 68/4

apparent [2]  10/1 10/9
appeal [9]  28/12 77/16
77/18 77/21 77/22
77/23 77/24 78/1 79/25
Appeals [2]  77/24
79/25
APPEARANCES [2]
1/13 1/23
appearing [2]  3/9
11/15
appears [2]  9/7 68/9
applicable [2]  39/9
39/11
application [3]  8/8
8/21 10/10
applied [3]  29/12 30/2
30/14
applies [5]  6/1 18/23
18/23 28/10 37/25
apply [8]  7/6 7/14
19/12 21/11 30/7 32/1
37/2 37/2
applying [1]  29/2
appoint [1]  78/1
Appointment [2]  46/23
66/7
appreciate [4]  26/1
26/5 58/16 73/6
appreciative [2]  23/24
59/19
approaching [1]  66/8
appropriate [13]  27/18
36/22 37/8 38/3 38/13
48/13 50/10 50/13
53/16 56/14 63/10
73/22 77/2
approved [1]  77/4
Architect [1]  75/4
are [50]  3/14 5/2 9/13
9/16 14/15 20/20 20/21
23/6 24/1 25/15 26/23
28/19 28/23 30/1 30/7
30/11 30/19 31/2 34/22
35/22 37/16 45/23 47/2
48/23 49/23 50/16 55/4
55/22 55/23 57/5 60/2
61/2 63/8 63/16 63/20
64/9 64/10 65/5 66/9
69/11 72/14 74/7 74/15
74/16 75/19 76/9 76/20
76/23 77/14 78/21
area [1]  47/15
aren't [1]  69/13
arguably [5]  11/3 45/2
72/1 72/14 73/7
argue [1]  46/14
argued [2]  29/25 49/4
argument [2]  17/9
32/17
arguments [2]  41/1
41/2
around [9]  36/20 42/17
45/25 55/15 56/15 66/2
66/16 67/12 69/5
arrested [2]  66/10
66/14
arrive [1]  67/10

arrives [1]  24/10
art [1]  10/13
Arthur [1]  15/9
Arthur Andersen [1]
15/9
article [6]  19/24 20/12
26/20 34/25 41/2 41/22
as [125]
aside [1]  62/9
ask [9]  3/22 4/22 44/21
47/20 76/16 77/23 78/1
79/9 79/25
asked [3]  20/9 31/12
41/5
asking [6]  24/11 46/5
48/21 48/23 54/1 54/4
aspect [1]  60/8
aspects [1]  65/6
assault [1]  45/15
assessment [2]  8/14
74/9
assignment [1]  78/14
assistance [2]  32/4
77/19
assisted [1]  18/10
associated [3]  18/24
18/25 39/1
assume [1]  27/12
57/14
assumed [1]  42/11
atmosphere [1]  53/11
attempt [1]  75/8
attempting [2]  12/2
13/6
attempts [1]  36/9
attendant [1]  79/7
attended [1]  41/6
attitude [1]  76/9
ATTORNEY'S [2]  1/19
76/1
attributable [1]  31/3
attributed [2]  21/25
57/6
authority [1]  77/1
authorize [1]  75/24
available [2]  50/24
64/3
Avenue [2]  2/4 2/12
avoid [2]  61/22 64/4
avoiding [1]  33/16
award [1]  75/3
aware [9]  7/3 28/8
32/19 41/15 41/16 51/5
53/8 57/11 62/16
away [4]  50/13 53/22
59/6 60/25

**B**

back [9]  24/6 32/25
35/25 37/15 39/20
39/21 47/10 63/2 76/15
backdrop [1]  54/11
balance [1]  41/21
ballots [1]  43/15
Barrett [1]  2/12
bars [1]  50/15
Base [1]  14/13 15/1

based [1]  16/10
basic [1]  74/15
basically [2]  29/3
65/10
basis [5]  20/15 22/2
22/25 48/3 78/25
be [94]
bear [2]  32/23 50/18
bearing [1]  19/14
became [2]  42/22
71/20
because [41]  7/12 13/7
13/16 16/5 16/15 17/18
18/18 18/23 19/18 20/8
24/19 28/13 31/11
31/15 32/6 33/12 37/5
38/4 38/22 39/13 39/23
40/2 40/9 42/9 43/21
44/20 54/1 54/24 55/14
58/12 60/15 60/17
60/17 65/4 70/18 71/10
72/8 76/8 76/10 76/13
77/9
become [1]  70/15
becomes [1]  79/24
been [31]  17/10 17/14
21/19 21/20 23/23
23/24 24/14 24/25 25/2
25/5 25/24 27/17 29/6
32/5 35/15 40/3 49/8
59/16 59/17 60/20 65/4
66/13 69/1 69/15 71/5
71/12 71/16 77/17 78/4
78/5 78/9
before [22]  1/11 10/11
10/12 11/4 11/15 11/19
13/3 13/13 13/15 13/17
13/19 13/23 13/25
15/12 15/17 15/25 16/4
16/13 17/7 18/2 40/16
70/25
began [1]  67/11
begin [2]  40/8 64/5
beginning [5]  8/2 8/16
9/20 24/18 62/20
behalf [2]  3/8 49/18
behavior [2]  35/21
37/13
behind [2]  50/15 52/3
being [11]  13/25 24/25
28/19 36/4 49/9 50/1
51/2 51/18 66/13 78/22
78/23
belief [1]  49/14
beliefs [1]  49/22
believe [8]  5/15 8/12
17/14 42/2 45/12 49/10
49/11 77/18
believed [2]  27/2 49/8
believes [2]  27/4 27/19
believing [1]  79/1
bench [7]  25/16 28/13
34/6 35/23 35/24 36/19
41/20
benefit [6]  7/19 32/13
38/14 59/25 65/1 65/3
benefited [1]  59/22

84

**B**

**between [2]** 17/16 77/10
**beyond [3]** 23/12 34/10 41/2
**biggest [1]** 51/18
**bit [1]** 67/1
**Black's [12]** 7/7 8/18 8/24 9/5 9/8 9/14 9/23 10/4 10/7 10/12 10/22 10/24
**blatantly [1]** 43/4
**blocking [1]** 66/9
**bodes [1]** 60/7
**both [13]** 5/23 19/5 41/8 43/23 43/25 45/12 45/19 45/20 47/3 48/19 64/16 70/25 72/16
**boundaries [1]** 53/12
**bragged [1]** 57/1
**breach [1]** 19/25
**breaking [1]** 42/25
**brief [1]** 17/10
**briefed [1]** 5/20
**briefly [3]** 7/2 44/17 49/3
**bring [2]** 55/3 68/4
**broad [2]** 13/6 27/12
**broader [5]** 7/12 9/17 10/20 18/1 34/20
**broadly [1]** 6/18
**broke [1]** 66/3
**broken [2]** 42/13 56/1
**brought [4]** 42/8 61/10 65/23 73/3
**building [27]** 20/7 21/18 25/3 25/12 26/18 27/8 35/14 36/5 38/23 39/7 39/14 42/12 42/24 43/24 44/11 46/22 56/1 56/15 57/10 62/14 65/19 66/2 67/12 67/14 67/14 67/16 70/10
**bulletproof [2]** 52/4 54/20
**bullshit [1]** 67/8
**burden [1]** 34/23
**Bureau [1]** 74/2

**C**

**calculated [2]** 31/15 38/7
**calculation [4]** 4/3 5/3 19/13 32/12
**calculations [1]** 38/19
**calculus [1]** 48/13
**called [1]** 19/7 71/24 71/24
**Calling [1]** 44/5
**came [6]** 19/6 20/10 42/7 45/18 56/16 73/9
**camera [1]** 55/15
**can [29]** 4/22 22/7 22/25 23/21 25/4 25/17 26/5 33/21 34/16 36/19 38/17 40/21 47/25 50/23 53/12 60/13 62/7 65/11 66/9 67/3 67/3

76/24 77/23 78/1 79/4 79/25
**can't [7]** 31/22 50/19 53/15 53/20 59/7 60/17 60/25
**candidly [1]** 67/19
**candor [1]** 73/6
**cannot [3]** 48/13 77/23 77/25
**Capitol [26]** 19/7 19/25 21/16 21/19 27/7 27/24 36/5 42/7 43/16 51/6 53/8 54/14 54/19 55/1 55/3 55/4 55/5 55/10 55/25 56/7 56/25 57/12 62/14 70/10 71/11 75/4
**Capitol building [1]** 70/10
**capture [1]** 13/6
**captured [2]** 14/6 15/16
**car [3]** 54/24 61/11 61/11
**care [1]** 64/2
**Carolina [2]** 1/18 3/5
**carolina.nevin [1]** 1/22
**carry [1]** 20/14
**carve [1]** 13/21
**carving [1]** 13/24
**case [26]** 3/3 5/16 7/4 9/7 17/3 18/3 19/12 28/11 31/12 31/23 32/11 33/10 33/23 37/14 37/21 39/17 39/18 50/11 55/21 57/3 58/6 71/22 76/4 76/8 76/10 76/13
**cases [16]** 6/12 14/19 22/20 44/17 44/25 47/3 47/5 47/22 48/19 51/11 55/9 67/23 72/11 72/20 73/3 73/7
**category [12]** 29/22 31/17 37/9 38/3 38/10 40/6 40/10 40/13 40/14 45/20 46/9 58/6
**Category I [2]** 45/20 46/9
**Category II [2]** 31/17 38/3
**Category III [1]** 38/10
**causation [1]** 18/13
**cause [1]** 12/3
**causes [1]** 69/10
**causing [2]** 12/3 18/16
**cease [1]** 41/10
**celebrate [1]** 68/19
**celebrating [1]** 54/2
**cell [3]** 46/3 72/7 73/14
**central [2]** 24/14 25/5
**century [3]** 9/4 9/11 10/7
**ceremonial [2]** 66/22 66/23
**certain [1]** 35/24
**certainly [20]** 6/11 14/9 15/8 31/9 35/4 46/9

49/12 55/2 56/11 57/21 61/24 65/5 66/11 68/22 69/16 69/17
**certification [5]** 5/11 7/11 9/18 18/3 18/5
**certifications [1]** 6/9
**Certified [1]** 2/11
**certify [1]** 81/2
**cetera [1]** 6/4
**CH [1]** 2/12
**challenge [1]** 78/4
**challenges [2]** 65/12 70/2
**challenging [1]** 48/1
**chamber [21]** 27/9 27/25 43/22 45/13 45/17 46/25 55/12 55/13 55/14 55/18 56/8 56/17 58/1 58/8 62/15 67/2 67/12 68/8 68/11 71/23 72/15
**chambers [2]** 45/8 72/5
**change [8]** 19/24 20/4 26/8 26/22 27/12 34/13 34/21 44/12
**Chansley [1]** 71/17
**chanting [2]** 42/13 68/10
**chaos [1]** 50/2
**characteristics [6]** 14/19 54/5 58/11 60/23 63/22 64/6
**charge [6]** 20/7 26/10 34/16 36/16 45/23 72/18
**charges [1]** 45/24
**chastening [1]** 69/20
**cheering [1]** 43/9
**chief [1]** 65/8
**child [2]** 58/17 59/6
**childhood [2]** 58/22 64/10
**choice [2]** 36/14 50/2 64/22
**choices [1]** 49/24
**chosen [1]** 51/21
**Christopher [1]** 58/4
**Circuit [5]** 22/21 31/21 31/23 32/2 35/5
**Circuit's [1]** 32/8
**circumstances [11]** 8/24 28/24 36/25 42/4 57/23 60/24 61/3 61/20 63/21 65/16 76/11
**cited [7]** 44/25 52/18 55/22 56/24 57/19 58/7 72/11
**cites [1]** 44/18
**citing [2]** 52/16 52/23
**clause [2]** 6/5 10/23
**clear [20]** 6/20 6/23 8/23 9/8 19/3 19/14 21/3 44/14 49/17 55/1 57/7 57/8 57/24 58/23 62/9 62/12 66/17 68/5 77/8 77/9

**clearly [14]** 6/7 12/24 13/6 13/18 15/23 32/5 33/7 34/12 35/8 35/19 41/23 42/16 43/13 48/2
**client [1]** 28/17
**client's [1]** 58/11
**clients [1]** 58/11
**close [2]** 37/11 79/10
**closely [2]** 7/23 66/18
**closer [2]** 50/2 50/2
**clue [1]** 62/17
**co [1]** 14/5
**co-extensive [1]** 14/5
**cocaine [3]** 37/24 41/9 64/19
**colleagues [1]** 71/16
**collection [1]** 75/1
**collectively [1]** 26/5
**College [1]** 43/15
**COLUMBIA [2]** 1/2 2/4
**combination [2]** 24/13 64/23
**combined [1]** 22/11
**come [7]** 47/10 50/16 51/21 60/20 62/7 65/24 78/24
**comes [3]** 39/21 65/18 66/6
**coming [3]** 7/25 49/9 51/6
**commands [1]** 43/4
**commence [1]** 75/21
**commencement [1]** 22/11
**commendable [1]** 60/19
**comment [3]** 22/9 33/20 37/8
**commentary [8]** 6/2 12/8 13/8 15/18 16/2 21/6 21/10 21/23
**comments [4]** 48/25 57/22 58/9 61/14
**Commission [12]** 11/22 13/5 13/7 14/4 14/12 14/18 14/23 15/6 15/14 15/23 38/13 63/14
**Commission's [2]** 30/11 38/6
**commit [4]** 25/15 29/24 39/18 68/18
**commitment [1]** 60/9
**committed [6]** 30/9 30/16 39/17 48/18 60/5 74/2
**committing [1]** 74/18
**communicate [1]** 69/6
**communication [2]** 36/17 41/15
**community [4]** 8/20 76/25 78/11 78/13
**comparable [2]** 72/14 77/11
**comparators [1]** 55/22 57/25
**comparison [2]** 45/6

**comply [1]** 75/5
**complying [1]** 79/11
**component [1]** 65/2
**comprising [3]** 21/8 21/13 22/12
**computer [1]** 2/15
**computer-aided [1]** 2/15
**concede [1]** 26/23
**conceding [1]** 27/14
**conceived [1]** 12/15
**concept [2]** 22/25 25/21
**concern [6]** 23/13 24/25 25/2 25/5 61/12 79/1
**concerned [3]** 57/20 61/5 61/6
**concerning [2]** 5/3 23/4
**concerns [2]** 19/16 24/15
**conclude [1]** 35/1
**concluded [2]** 10/3 80/10
**conclusions [1]** 12/22
**concurrent [1]** 74/3
**concurrently [1]** 74/7
**condition [1]** 78/19
**conditions [5]** 74/12 74/13 74/15 75/6 78/10
**condone [1]** 62/11
**conduct [55]** 12/25 13/6 13/8 13/13 13/13 13/23 14/6 15/12 15/16 15/24 21/8 21/13 21/22 22/12 22/15 22/22 23/14 25/1 25/4 26/12 27/13 28/10 30/9 33/21 34/8 34/19 36/21 39/6 41/3 44/1 44/13 45/3 47/6 48/20 48/24 49/25 50/3 50/19 51/8 56/3 56/19 58/2 58/8 61/22 67/20 68/21 70/5 70/25 72/5 72/13 72/22 73/7 73/15 74/16 77/11
**confirm [2]** 3/22 4/23
**confirmed [1]** 59/3
**confronted [1]** 42/15
**Congress [22]** 40/11 11/4 11/8 11/19 13/3 13/3 13/15 13/18 13/19 13/22 13/25 14/3 14/10 15/6 15/12 15/25 16/4 16/13 18/2 38/24 43/16 43/18
**Congress's [2]** 14/23 15/8
**congressional [1]** 17/7
**connection [4]** 13/1 22/23 77/19 77/20
**consent [1]** 76/5
**consequences [2]** 44/15 48/1
**consider [5]** 21/10 54/4 63/16 63/20 64/3

**C**

consideration [3] 32/7 48/16 58/11
considerations [1] 21/4
considered [3] 47/2 71/17 73/3
considering [1] 38/2
consistent [9] 21/20 25/13 25/18 25/21 27/15 31/7 38/18 71/15 78/5
consistently [3] 25/24 37/21 41/8
consonant [1] 17/24
constantly [1] 60/15
constitute [1] 22/13
constituted [1] 32/3
Constitution [3] 2/12 53/1 53/3
consultation [1] 75/16
contact [1] 76/17
contained [2] 12/1 14/14
contains [1] 17/13
contemplating [2] 63/9 63/11
contemplation [1] 78/23
context [8] 6/9 9/10 9/11 11/6 11/7 24/4 26/2 34/4
continuance [1] 31/25
continue [1] 32/12
continued [2] 2/1 58/18
continues [1] 59/4 66/21
contributing [1] 18/14
control [1] 43/7
controlled [2] 74/20 74/21
conversation [3] 26/24 57/9 60/15
conversations [1] 60/16
conveyed [2] 25/22 26/20
conveying [1] 23/19
convicted [4] 19/25 35/6 72/17 72/21
conviction [4] 21/9 21/14 22/13 78/4
convictions [7] 31/2 33/15 37/11 40/3 40/11 61/24 77/17
Cooper [1] 72/9
cooperate [1] 75/1
correct [3] 43/2 53/3 81/3
correctly [1] 5/22
corrupt [3] 23/10 23/11 67/8
corruptly [2] 23/8 23/9
cost [4] 18/23 18/25 39/1 77/25
could [11] 11/3 32/10 32/13 32/19 32/22 36/1
78/24
couldn't [2] 66/18 66/19
counsel [22] 3/11 3/22 4/12 4/22 7/19 16/3 22/7 25/19 29/14 31/24 32/4 32/5 32/9 41/15 41/25 49/2 50/5 62/2 64/13 65/6 77/19 80/5
counseling [3] 41/6 59/23 59/25
counselor [2] 48/4 64/25
count [10] 27/20 38/20 39/4 39/22 74/3 74/4 74/6 74/7 74/9 74/9
Count 1 [4] 38/20 74/3 74/6 74/9
Count 2 [4] 39/4 39/22 74/4 74/7
counted [1] 52/11
country [2] 44/2 49/18
counts [2] 39/23 55/24
couple [2] 24/13 79/20
course [12] 10/15 11/2 18/11 22/24 23/8 32/21 32/21 37/20 39/1 50/12 63/15 72/21
court [65] 1/2 2/10 2/11 6/7 6/13 6/15 7/3 7/14 8/6 12/19 16/12 17/2 18/21 18/22 21/4 21/10 22/5 23/19 23/21 24/3 24/6 24/19 25/4 25/17 27/19 28/1 28/8 32/19 33/3 33/16 39/19 39/20 46/9 48/12 48/15 48/21 48/23 49/13 49/22 50/18 51/4 53/7 54/2 54/4 55/23 56/12 57/3 58/16 59/20 60/13 63/4 73/19 73/24 74/1 74/25 76/2 77/5 77/22 77/24 78/1 78/7 78/19 79/19 79/25 80/9
Court's [3] 15/9 16/21 29/5
courthouse [1] 69/4
courts [1] 6/21
cover [2] 6/8 6/18
covered [3] 13/16 15/11 17/19
covers [1] 15/12
CR [7] 1/5 1/5 7/18 45/4 45/5 45/6 72/22
crafted [1] 37/6
crass [1] 44/6
create [1] 15/15
creating [1] 53/11
credit [6] 22/4 29/3 49/13 67/19 72/2 73/18
credited [1] 69/1
crew [1] 65/8
cries [1] 59/8
crime [2] 48/17 74/19
crimes [2] 29/24 68/18
criminal [42] 1/20 3/3
28/16 28/18 28/19 29/21 29/23 30/4 30/14 30/15 30/22 31/14 31/17 32/10 34/7 34/19 35/3 35/5 37/9 37/12 38/7 38/10 40/2 40/10 40/13 40/13 40/14 45/20 46/9 46/19 47/11 48/20 49/25 58/4 58/6 63/13 72/8 77/13
criminally [1] 69/6
CRM [1] 1/14
crowd [7] 20/19 26/14 35/10 42/18 42/22 43/7 52/9
CRR [2] 81/2 81/8
crucial [1] 28/1
crucially [1] 29/11
Crystal [2] 2/9 3/8
Crystal Lustig [2] 2/9 3/8
culpability [1] 35/9
culpable [2] 56/21 56/21
current [2] 31/13 38/6
currently [1] 78/10
custody [3] 54/3 54/7 74/2
cut [1] 6/23

**D**

D.C [10] 1/6 1/16 1/21 2/5 2/13 19/2 49/9 51/4 51/19 65/18
daily [2] 20/15 48/3
dais [2] 45/9 67/6
damage [3] 62/11 68/17 70/21
data [1] 52/17
date [3] 31/25 37/15 81/7
day [33] 19/7 20/5 21/18 23/4 25/14 25/24 26/9 34/14 35/19 44/16 48/24 49/18 53/25 55/3 57/9 57/12 57/21 59/8 61/1 62/13 62/16 62/20 66/1 67/15 67/22 69/2 70/10 70/15 70/16 71/1 71/3 71/11 71/21
day-after [1] 67/15
days [17] 26/7 34/12 36/8 36/18 51/1 51/16 54/6 56/5 56/20 56/22 57/4 61/13 61/16 74/23 76/16 76/18 77/22
deal [5] 24/16 28/6 58/15 59/4 59/9
dealing [1] 59/7
dealt [1] 59/5
decided [5] 52/10 52/18 52/20 52/24 72/23
decision [6] 8/7 8/13 15/9 31/21 42/17 71/17
decrease [1] 33/8
defendant [25] 1/8 2/2
28/15 29/24 30/21 32/13 33/7 33/21 37/10 42/6 43/8 44/14 45/8 46/11 48/18 49/6 49/10 49/13 63/22 64/1 64/6 76/7
defendant's [7] 4/14 22/22 29/23 37/9 43/25 49/16 77/7
defendants [3] 55/9 73/16 77/11
DEFENDER [2] 2/3
defense [24] 3/7 3/22 4/22 5/9 28/20 29/20 29/25 31/12 31/24 33/11 41/1 41/6 41/12 41/14 43/2 44/18 44/24 46/12 49/4 68/1 69/19 72/11 73/3 73/5
defense's [2] 5/13 70/23
defer [1] 47/18
define [1] 16/17
defined [5] 9/22 10/15 13/4 13/18 17/14
defines [1] 8/18
defining [1] 60/8
definition [18] 5/23 7/7 7/12 8/25 9/3 9/9 9/21 9/22 9/24 10/4 10/5 10/9 12/16 12/18 16/6 16/14 16/24 19/10
definitional [1] 11/12
definitions [4] 9/13 9/15 9/17 16/8
degree [2] 23/7 35/17 68/24
deleted [3] 46/1 57/2 73/12
democracy [1] 70/16
democratic [1] 70/11
demonstrate [1] 43/24
demonstrated [2] 21/7 41/23
demonstrates [1] 33/7
denied [4] 21/21 29/10 34/22 34/24
denies [1] 35/3
Dennis [1] 1/14
denotes [1] 46/23
denounced [1] 68/20
deny [3] 22/2 29/3 36/20
denying [3] 23/1 23/5 29/8
depart [1] 31/13
departure [8] 29/20 30/21 37/3 37/4 37/5 37/7 37/9 38/17
derivative [1] 9/2
describe [1] 67/20
described [6] 20/20 42/24 47/25 51/7 52/19 67/9
desensitized [1] 70/15
designed [1] 17/12
desire [1] 20/15
desk [1] 45/24 45/25
desks [3] 43/20 45/14 45/17
destroy [1] 61/18
destroyed [2] 46/2 73/13
destroying [2] 10/17 55/17
detail [3] 58/5 58/15 58/25
detention [6] 56/5 56/20 56/22 57/4 61/17 72/19
deter [1] 14/16
determination [2] 6/3 16/10
determine [2] 50/15 75/7
determined [2] 63/8 74/25
determining [2] 21/6 38/1 53/16
deterred [2] 46/24 69/23
deterrence [5] 42/5 44/4 63/25 69/22 70/3
detrimental [1] 61/15
diane [3] 2/2 2/8 3/7
dictionaries [1] 5/24
dictionary [2] 8/18 11/5
did [55] 4/18 14/25 18/17 19/24 20/4 20/6 20/7 21/17 23/11 24/23 25/9 25/14 25/23 26/8 26/10 26/22 27/12 27/23 28/2 28/3 29/7 29/10 33/12 34/13 34/15 34/22 36/15 41/5 41/19 41/19 44/12 44/21 46/13 52/7 52/8 52/25 54/2 54/9 54/14 54/18 56/7 56/11 57/15 62/10 66/17 67/6 67/19 67/20 67/21 68/16 72/2 72/18 73/16 73/21 77/15
didn't [25] 20/4 20/7 23/9 24/7 26/8 29/5 34/13 36/2 42/9 42/17 43/3 44/11 54/17 54/19 54/25 55/3 57/25 66/19 68/3 68/17 68/17 68/18 68/19 73/12 73/14
different [7] 7/24 16/24 26/19 31/22 34/24 47/11 72/16
differentiates [1] 55/8
difficult [2] 60/13 64/13
diminish [1] 23/14
diminishing [1] 69/22
directed [5] 12/25 14/12 14/17 39/19 75/2
directive [1] 14/24 15/8
directs [2] 21/10 39/20
disagree [2] 17/18 27/21

**D**

disagreement [1] 8/6
disagrees [1] 8/12
discount [1] 48/22
discretion [1] 38/18
discretionary [1] 74/13
discussed [1] 28/11
discussion [1] 6/10
discussions [1] 25/5
disheartening [1] 26/3
disorderly [1] 39/6
disparities [4] 44/19 61/23 64/4 77/10
display [1] 50/24
disposition [2] 10/16 10/23
dispositive [1] 16/4
dispute [2] 48/10 71/2
disputed [1] 36/1
disputes [2] 4/1 5/2
disqualify [1] 29/1
disregarded [2] 43/4 49/20
disrespect [1] 36/10
disrupt [1] 65/25
disruption [1] 5/10
disruptive [1] 39/6
dissent [1] 17/2
dissenting [1] 16/23
disservice [1] 64/8
distribute [1] 30/24
district [6] 1/2 1/2 1/11 2/4 6/22 77/4
divorce [1] 48/14
DNA [1] 75/1
do [40] 13/7 18/4 18/6 18/20 19/11 20/4 20/15 24/24 25/10 26/8 27/6 29/4 31/12 32/2 34/13 34/18 35/22 36/9 38/1 38/4 38/17 39/11 41/4 44/12 49/12 54/16 60/20 62/4 62/5 63/14 67/15 68/5 68/6 71/8 73/12 76/13 77/16 78/10 79/12 79/20
Do you [1] 62/5
docket [1] 79/20
documents [3] 16/25 46/2 55/16
does [30] 5/11 5/17 6/18 7/1 7/6 7/11 7/24 11/19 11/24 12/9 17/5 19/12 22/10 23/2 23/25 29/15 36/9 36/10 38/10 47/24 48/7 53/7 62/2 65/6 65/8 67/14 67/16 70/5 77/12 78/11
doesn't [9] 31/8 50/18 53/22 56/18 61/8 61/12 66/19 71/9 78/12
dog [3] 61/5 61/7 61/10
doing [8] 28/6 33/14 34/12 51/15 53/11 55/17 68/9 69/14
DOJ [1] 1/14
DOJ-CRM [1] 1/14
don't [30] 5/4 6/24
22/8 22/20 26/9 26/22 27/11 27/21 28/25 34/15 36/15 37/5 37/24 40/17 47/21 56/5 57/7 60/1 65/20 67/5 68/12 69/6 69/23 71/2 76/2 79/22
done [1] 65/11
door [15] 20/18 20/18 26/13 35/9 35/10 35/16 46/23 55/11 56/7 56/16 66/4 66/7 66/22 66/23 67/2
doubt [5] 23/12 34/11 62/22 64/20 68/12
downward [3] 29/20 30/20 37/8
dozens [2] 55/8 55/8
drawn [1] 12/21
drive [1] 34/5
driven [2] 24/5 38/11
driving [1] 37/17 37/18 60/3
drove [1] 24/5
drug [8] 32/1 41/6 41/10 48/4 52/1 65/3 74/23 74/24
drugs [1] 64/18
drumbeat [1] 51/5
duly [1] 64/11
during [7] 22/1 37/20 48/3 51/12 52/7 53/7 58/22

**E**

each [2] 23/16 73/16
earlier [3] 33/17 49/5 68/20
earliest [1] 9/6
easier [1] 67/23
ECF [1] 4/15
educational [1] 64/2
educational/vocational [1] 64/2
Edward [2] 2/2 3/7
Edward Smock [1] 3/7
effect [3] 30/2 44/1 69/20
effective [1] 77/19
effort [2] 48/6 61/17
eight [5] 12/1 13/11 15/7 45/11 45/19
eight-level [3] 12/1 13/11 15/7
either [6] 15/4 15/6 20/25 71/24 73/8 78/12
ejected [1] 43/21
ejecting [1] 67/11
elected [1] 43/14
election [9] 27/18 44/9 49/8 51/1 51/2 51/7 52/10 52/17 52/23
electoral [2] 6/9 43/15
eligible [1] 30/17
else [8] 18/24 32/14 34/25 40/15 49/2 62/22 78/15 80/5
2/7
emphasize [1] 68/2
emphasizes [1] 68/2
employer [1] 65/9
employment [1] 65/10
enacted [1] 11/18
encompassed [2] 12/24 79/5
encourage [2] 53/8 68/18
encouraged [1] 51/8 71/12 71/19
end [3] 40/12 71/10 76/12
ended [2] 50/8 77/15
ends [1] 38/9
endured [1] 58/17 59/12
enforcement [2] 6/8 25/25
engage [7] 28/3 28/4 43/3 51/8 54/17 57/25 73/14
engaged [9] 21/22 24/21 25/1 25/3 45/2 56/19 58/2 58/8 72/6
enhancement [15] 5/5 5/7 5/9 7/6 8/8 12/2 12/5 15/2 15/8 19/12 20/13 30/17 37/1 38/12 39/3
enhancements [5] 13/11 13/12 14/1 14/14 14/18
ensure [2] 14/13 14/18
ensuring [1] 77/10
enter [3] 33/13 68/11 72/15
entered [10] 36/18 38/23 42/12 45/8 45/13 55/25 56/25 71/23 72/4 78/4
entering [2] 70/9 76/25
enters [5] 22/17 33/23 66/2 67/2 77/22
entirely [1] 10/1
entirety [2] 18/10 18/11
entitled [5] 22/18 33/24 38/6 49/10 76/24
entry [2] 22/10 46/21 67/13
envisioning [1] 65/21
equates [1] 10/14
escorted [2] 43/22 67/11 67/13
essentially [27] 5/10 7/20 14/3 14/5 23/4 24/11 25/21 26/12 28/15 29/20 31/2 31/13 31/16 36/13 36/20 41/22 55/15 55/18 61/8 61/13 61/18 69/5 69/7 71/19 71/25 72/23 79/2
establish [5] 23/11 26/17 34/10 34/23 74/15
et cetera [1] 6/4
ethics [1] 9/24
even [13] 9/15 11/2 18/14 18/15 20/5 21/24 26/9 31/7 34/14 42/11 46/6 48/3 57/14
event [3] 70/18 70/18 70/19
events [1] 71/21
Eventually [1] 42/22
ever [4] 20/8 59/7 59/9 70/14
every [1] 22/21
everybody [2] 20/10 35/16
everyone [4] 33/1 62/9 63/1 63/6
everything [2] 21/17 43/9
evidence [13] 10/17 14/20 16/11 22/13 22/15 33/18 33/19 33/20 37/12 42/6 57/2 79/15 79/18
evolved [1] 11/7
exact [1] 26/23
Exactly [1] 27/22
example [7] 9/3 19/7 36/3 37/7 37/10 61/9 73/9
examples [4] 11/1 16/3 16/16 58/7
except [1] 20/14
excludes [1] 10/11
excuse [6] 9/17 14/3 17/11 36/23 40/1 62/17
execute [1] 77/4
exhausted [2] 24/10 24/12
exhaustive [5] 10/25 16/5 16/15 16/20 17/4
exhibits [3] 4/10 79/15 79/16
existing [1] 14/14
expansive [1] 17/3
expectations [4] 74/16 79/9
expenditure [6] 12/19 16/11 18/22 19/4 19/8 19/9
expenditures [2] 6/6 6/8
experiences [1] 64/9
expertise [1] 67/22
explain [3] 7/20 8/14 67/21
explains [1] 8/13
express [2] 42/8 46/13
expressed [3] 41/12 41/16 71/7
expressing [1] 46/14
expressly [6] 8/12 13/22 13/24 13/24 16/14 23/9
extend [1] 31/9
extensive [3] 14/5 14/21 15/3
extent [2] 20/20 57/8
extreme [1] 13/10
extremely [1] 61/15

**F**

fabricating [1] 10/17
Facebook [1] 46/1
faced [1] 70/3
facility [1] 79/10
facing [1] 28/16
fact [28] 13/4 16/15 17/19 18/13 21/12 22/3 25/9 28/2 30/8 33/19 35/23 36/5 52/9 52/19 53/20 54/18 56/15 57/14 58/16 59/18 59/22 60/24 66/8 66/25 67/23 68/19 71/13 78/8
factor [6] 18/14 18/15 18/15 46/17 47/1 49/23 60/22 63/16 63/20
factors [5] 42/2 48/8 60/22 63/16 63/20
facts [14] 23/11 25/16 26/16 28/13 29/10 31/5 31/23 33/14 34/10 35/24 35/25 36/2 36/3 52/23
factually [1] 35/8
failed [1] 32/9
failing [1] 31/24
failure [1] 32/2
fair [4] 35/4 48/18 49/1 68/2
fairly [4] 5/20 6/20 6/23 7/22
false [2] 16/10 16/11
familiarity [1] 76/10
family [1] 61/9
far [1] 72/15
fashion [1] 33/18
FBI [12] 4/13 19/6 21/15 24/19 24/22 26/17 35/13 41/3 45/14 56/3 65/20 67/20
fd.org [2] 2/7 2/8
fear [1] 70/14
February [3] 19/21 43/11 43/24
February 1st [1] 19/21
federal [3] 2/3 69/4 74/18
feel [6] 20/6 26/9 28/20 34/15 36/15 60/1
feelings [1] 28/23
feels [4] 24/1 24/20 28/18 60/10
feet [1] 76/15
felonious [1] 72/22
felony [5] 6/2 16/9 39/18 45/24 72/21
few [4] 63/1 67/10 68/1 70/23
fight [2] 53/9 54/10
file [4] 30/12 77/21 77/21 77/24
final [1] 40/1
finally [2] 29/2 49/4
financial [3] 75/24 75/25 76/1

**F**

find [3] 24/8 26/3 78/11
finds [1] 76/2
fine [3] 40/5 76/3 76/3
first [12] 5/22 11/8
11/22 12/23 21/9 23/18
24/17 40/17 46/8 50/22
52/8 69/16
five [4] 11/21 32/23
67/13 68/8
flag [2] 45/9 45/22
flight [1] 78/13
floor [10] 1/15 18/19
20/10 38/24 43/6 43/8
45/2 66/23 67/2 71/23
focus [5] 5/25 29/7
42/3 48/17 55/7
focused [3] 28/22
51/11 51/13
focuses [1] 6/5
focusing [1] 5/22
folks [7] 51/8 53/12
56/15 58/1 58/1 58/3
58/7
follow [2] 75/11 75/14
followed [1] 9/4
followers [2] 51/17
53/8
following [5] 22/10
30/20 34/3 74/12 75/5
follows [2] 38/19 73/25
footnote [2] 55/23
56/25
force [4] 8/20 8/22 9/25
10/11
forcible [1] 79/2
foregoing [1] 81/3
foremost [1] 11/8
forget [2] 52/6 53/23
forgivable [1] 54/3
forgot [1] 79/14
formal [1] 37/4
formally [1] 38/16
former [1] 49/6
forming [1] 59/13
forth [3] 9/13 63/16
63/19
forward [4] 42/17 48/6
66/21 73/3
found [2] 7/5 7/9
four [6] 30/25 31/1
40/3 40/11 45/17 47/5
frankly [7] 26/17 35/20
65/4 68/5 69/25 71/3
71/20
fraud [1] 53/4
fraudulent [2] 51/3
51/7
friend [1] 24/8
friends [1] 61/9
frolic [1] 70/8
front [4] 22/20 42/18
45/24 69/14
frustrated [1] 24/12
frustration [1] 69/2
full [1] 73/21
fully [2] 8/4 9/13
fulsome [1] 45/7

fun [1] 54/4
46/15 46/15 67/18
fundamentally [1] 38/4
further [9] 7/1 16/21
20/12 20/17 21/1 29/15
31/19 42/23 74/5
future [1] 60/7

**G**

gang [1] 52/1
Gardner [1] 7/5
gas [2] 24/8 24/9
gave [1] 72/10
general [2] 34/6 69/22
generally [4] 12/10
15/21 79/1 79/5
genuine [1] 69/3
get [19] 20/9 20/9 21/2
24/3 24/8 26/6 27/3
38/14 42/13 43/5 43/5
43/16 51/20 56/10
58/25 60/14 61/13
65/11 76/15
getting [3] 57/1 60/5
76/23
give [6] 47/25 49/13
51/19 63/1 67/6 67/16
given [5] 22/3 41/21
54/4 54/5 59/11
gives [2] 10/8 13/8
giving [3] 22/4 40/13
73/18
glad [1] 44/20
glass [2] 42/13 52/4
gloves [4] 45/10 54/22
73/9 73/10
go [13] 20/7 20/11
20/19 26/14 26/15 30/1
35/11 35/25 41/2 47/14
53/8 54/19 71/12
Go ahead [1] 47/14
goes [4] 6/14 26/11
55/4 66/22
goggles [3] 45/9 54/20
73/10
going [33] 8/3 20/19
22/1 22/4 24/2 26/14
27/20 34/1 35/11 35/17
37/4 38/3 42/10 42/11
43/9 44/10 51/9 54/3
55/4 55/6 55/16 56/8
58/25 62/16 65/1 65/3
67/24 68/5 68/6 70/21
76/5 76/15 76/20
gone [12] 21/9 25/2
27/7 27/8 27/8 27/24
27/25 29/10 56/17
62/14 62/15 67/24
good [5] 3/2 3/11 3/12
59/19 80/6
good morning [2] 3/11
3/12
got [16] 45/11 46/3
46/4 46/19 50/21 52/3
52/4 52/4 55/9 55/13
55/14 56/19 56/22 72/2
72/15 73/13
gotten [5] 23/20 23/20

government [42] 1/14
3/6 4/12 6/5 6/7 6/11
6/12 6/12 6/14 7/1
12/19 16/12 18/21
18/22 19/9 20/23 21/21
22/6 24/20 29/4 29/15
33/15 37/1 40/18 41/15
41/25 44/8 45/22 46/5
47/24 48/7 48/9 48/23
50/8 51/10 56/22 57/5
57/19 66/15 67/8 72/18
73/19
government's [5] 4/9
4/15 46/25 67/23 73/6
grant [5] 19/17 34/2
36/7 36/23 37/4
granted [3] 41/11
44/11 46/10
granting [2] 20/22
38/17
great [5] 24/15 28/6
28/12 58/15 59/16
greater [4] 30/16 61/25
63/18 72/1
ground [2] 5/10 29/21
grounds [2] 39/7 66/11
group [2] 20/9 39/23
grouped [1] 24/25
guess [3] 26/1 26/3
31/20
Guideline [20] 8/16
11/7 11/24 12/1 12/13
12/15 13/16 14/5 14/8
14/10 14/15 15/15 16/1
17/16 21/23 22/3 30/6
38/21 39/12 39/21
Guideline's [2] 39/9
39/12
Guidelines [31] 3/25
4/2 4/3 5/3 6/1 6/2 6/16
11/23 12/17 13/20 14/4
16/17 17/23 19/12 30/1
30/3 30/10 30/19 31/13
32/11 37/25 38/16
38/19 40/4 40/9 46/20
63/7 63/11 63/15 72/9
73/23
Guidelines Range [4]
38/16 40/9 63/11 72/9
guilt [6] 20/6 26/9
34/10 34/15 36/14
36/15
guilty [5] 22/11 22/17
41/13 41/17 50/18
guys [2] 20/18 35/10

**H**

had [48] 13/3 13/8 20/5
20/13 20/13 20/15 23/5
24/5 24/6 24/8 26/9
27/6 29/4 29/9 34/14
35/4 36/13 36/14 37/10
37/17 37/21 43/16
45/22 46/2 49/8 53/22
55/3 55/12 56/10 57/10
58/3 62/16 64/8 64/9
64/17 65/9 65/20 66/3

68/25 69/17 70/1 71/5
71/12 72/8 77/11
Hadn't [1] 24/7
hallowed [1] 70/11
hallway [1] 66/9
hand [2] 68/13 73/16
handles [1] 76/9
happen [1] 66/19
happened [10] 27/18
44/6 50/22 52/15 53/25
54/6 54/11 56/7 68/12
70/15
happens [1] 55/10
happy [5] 20/25 28/15
28/18 31/19 79/12
hard [3] 59/12 60/9
65/7
harm [3] 25/10 25/11
25/17
has [75] 3/23 4/23 4/25
5/9 5/22 7/3 7/5 11/7
16/3 17/9 17/14 19/17
20/22 21/7 21/12 21/18
22/21 23/8 23/23 24/17
24/25 25/2 25/4 25/13
27/2 27/6 27/17 28/17
29/20 29/25 30/13 31/2
31/12 32/5 33/18 35/5
37/16 40/2 41/7 41/12
44/14 44/24 48/9 49/4
51/11 51/20 51/22
52/14 55/23 58/16
58/23 59/3 59/5 59/12
59/14 59/16 59/17
59/21 59/22 59/23 60/6
62/22 64/9 64/12 64/15
64/16 65/1 65/7 68/20
69/19 70/11 72/11 73/3
73/17 77/1
hasn't [1] 34/24 41/23
65/4 69/24
have [77] 3/20 4/13
4/17 6/22 6/24 7/16
7/23 8/15 12/21 15/23
21/19 22/20 23/25 24/7
24/14 24/14 25/2 25/14
27/7 27/8 27/24 28/2
29/6 29/13 31/16 32/6
35/4 35/15 36/1 39/7
40/24 41/1 47/15 47/21
48/2 49/25 50/16 54/17
54/25 56/8 56/14 56/17
57/21 59/15 60/2 60/14
60/16 61/9 61/12 62/14
62/15 64/13 65/14
65/15 66/10 66/12
66/12 68/13 69/1 69/15
69/17 69/20 71/7 71/14
71/16 71/17 73/20 75/3
75/8 76/2 76/18 76/24
77/16 77/18 77/18 78/3
78/22
haven't [1] 26/24
having [11] 25/8 25/8
25/19 35/3 40/3 43/13
43/23 59/9 59/22 61/19
72/7

He [269]

he didn't [5] 42/9
42/17 54/19 54/25
68/19
He is [1] 20/2
he said [4] 27/14 27/15
42/11 67/7
He'll [1] 74/5
he's [43] 7/24 23/24
24/12 24/22 25/18
25/21 25/23 26/7 26/19
27/23 28/16 34/22
35/20 36/18 41/12 52/2
52/3 52/3 52/4 53/3
53/11 54/3 55/10 55/16
55/17 55/18 59/12
59/18 59/19 60/9 60/15
60/17 61/5 61/6 64/8
65/7 65/7 65/9 67/5
70/3 76/15 78/9 79/1
health [8] 64/16 64/21
65/2 75/14 78/18 78/20
78/22 79/5
hear [6] 4/3 4/5 20/25
31/19 40/17 41/25
heard [10] 4/4 7/1
20/25 27/5 29/15 31/19
53/9 62/3 62/5 65/25
hearing [7] 7/18 54/7
54/8 54/13 71/5 76/13
76/19
hearings [1] 76/20
heavily [1] 48/24
held [3] 5/15 13/22
31/23
helmets [1] 54/20
help [1] 24/8
helped [1] 60/6
her [2] 8/14 45/15
here [20] 3/13 6/16
7/14 8/4 11/6 14/25
18/23 20/13 21/4 23/1
24/5 26/7 32/5 32/8
38/5 50/13 68/20 69/11
70/20 71/8
hesitant [1] 9/12
Hey [2] 26/13 35/16
hide [1] 53/20
higher [2] 47/2 77/12
highly [1] 65/9
hilarious [3] 44/5
46/16 67/9
him [45] 4/5 21/25 22/2
23/20 23/20 24/8 24/11
24/16 25/6 25/7 25/14
25/16 25/19 27/20
27/21 28/5 28/11 28/17
28/21 29/1 29/3 29/8
31/17 38/8 40/13 41/4
42/9 43/17 43/22 53/20
54/25 55/3 59/16 60/3
60/6 60/14 61/11 61/15
65/9 65/23 66/8 68/4
72/10 73/20 78/10
himself [5] 59/23 61/4
65/22 66/21 67/21
his [105]
history [41] 11/6 12/21

**H**
**history... [39]** 14/7
14/10 18/1 29/21 29/23
30/4 30/14 30/15 30/22
31/14 31/17 32/11 37/9
38/7 38/10 40/2 40/10
40/13 40/14 40/14
45/20 46/9 46/19 47/11
48/20 48/22 51/19 54/5
58/4 58/6 58/11 60/22
63/13 63/21 64/5 64/17
69/24 72/8 77/13
**Hodges [1]** 54/21
**Hodgkins [6]** 45/4 45/8
46/8 47/5 73/4 73/9
**hold [2]** 39/10 69/12
**holding [3]** 42/18 43/9
67/3
**home [8]** 24/10 34/5
56/5 56/20 56/22 57/4
61/17 72/19
**homeless [1]** 61/14
**honest [1]** 25/24
**honestly [1]** 56/6
**Honor [29]** 3/2 3/16
4/19 4/20 4/25 5/19 7/2
7/3 7/7 21/2 29/16
32/15 32/16 40/19
40/23 42/1 44/17 46/7
47/12 47/18 48/9 49/3
49/16 49/21 50/7 53/19
78/17 79/14 79/19
**HONORABLE [1]** 1/11
**hope [1]** 31/18
**hopefully [1]** 70/18
**horrible [1]** 59/10
**hostile [1]** 59/18
**hours [5]** 25/20 25/20
60/11 60/17 61/4
**house [2]** 43/17 61/6
**housing [1]** 61/19
**how [23]** 3/18 8/24
13/6 23/20 24/23 27/4
28/1 32/24 38/7 42/9
48/7 50/15 50/20 50/23
52/11 52/23 53/1 54/6
55/20 60/5 60/6 69/23
71/15
**however [10]** 16/14
22/9 22/15 39/16 41/7
63/9 71/18 72/14 76/7
77/11
**humble [1]** 70/22
**hurt [1]** 48/6
**husband [1]** 45/15

**I**
**I also [3]** 24/3 31/20
46/18
**I am [8]** 9/12 38/3
38/16 50/17 68/1 73/18
73/22 76/5
**I assume [1]** 27/12
**I believe [4]** 5/15 8/12
17/14 45/12
**I can [8]** 23/21 25/4
25/17 26/5 36/19 38/17
60/13 79/4

**I did [18]** 4/18 19/24
20/4 20/6 20/7 25/14
26/8 26/10 26/22 27/12
34/13 34/15 34/22
36/15 44/12 44/21
62/10 73/21
**I didn't [3]** 20/4 20/7
34/13
**I don't [9]** 18/12 22/8
27/21 37/5 37/24 56/5
68/12 71/2 79/22
**I don't have [3]** 6/24
22/20 47/21
**I guess [2]** 26/1 26/3
**I have [8]** 3/20 7/16
12/21 29/13 39/7 47/15
71/14 71/17
**I haven't [1]** 26/24
**I hope [1]** 31/18
**I just [9]** 8/5 26/3 32/22
36/6 41/7 44/24 50/22
66/18 66/19
**I know [3]** 58/6 62/15
62/17
**I mean [8]** 26/1 26/16
34/21 44/24 69/24 70/1
72/17 79/4
**I should [7]** 4/17 40/24
40/25 45/23 62/14
62/15 64/2
**I think [72]** 5/19 5/21
5/22 6/23 7/19 9/16
17/25 18/13 18/23 19/3
20/19 21/3 21/5 22/9
22/25 23/1 23/3 23/4
23/18 24/2 24/14 24/19
24/19 24/22 26/3 26/14
26/22 28/19 29/13 31/5
31/9 32/16 32/18 34/1
34/3 35/11 35/13 36/6
36/10 36/22 38/17 39/9
41/21 46/16 46/21
47/25 48/12 50/7 50/9
50/14 52/5 54/11 54/21
58/10 58/12 59/14 60/3
60/6 60/8 60/18 64/7
64/24 67/19 68/2 68/24
71/3 71/9 71/24 72/6
72/16 79/4 79/6
**I thought [2]** 31/21
72/25
**I understand [2]** 7/24
65/14
**I want [10]** 32/23 32/24
36/19 42/3 44/17 47/15
50/7 55/7 57/7 76/9
**I was [3]** 20/7 20/9
62/12
**I will [8]** 38/15 40/7
71/7 76/5 76/8 76/12
78/8 78/9
**I Wouldn't [6]** 19/24
20/4 26/21 27/11 34/13
44/12
**I'd [1]** 32/24
**I'll [15]** 3/20 3/22 4/2
4/4 7/20 23/15 27/3

51/10 54/4 63/2 65/16
76/16
**I'm [26]** 8/3 8/11 20/24
22/1 24/2 31/19 34/1
34/25 36/25 37/4 39/25
41/13 41/15 41/16
44/20 45/18 50/24 56/8
58/25 62/21 63/10 66/5
66/24 70/2 70/3 79/12
**I'm going [3]** 8/3 22/1
24/2
**I'm not [7]** 34/1 41/13
50/24 56/8 58/25 66/24
70/3
**I'm not sure [1]** 34/25
**I'm sorry [5]** 8/11
39/25 45/18 62/21 66/5
**I've [24]** 4/6 7/22 7/23
10/12 31/18 39/8 57/24
58/20 60/22 60/23
60/24 61/23 62/8 62/10
62/11 62/19 63/7 65/13
68/22 68/23 73/2 73/2
73/15 80/1
**identified [3]** 4/17
12/12 15/19
**identify [1]** 67/21
**idiots [1]** 24/23
**ignorance [1]** 62/17
**ignore [3]** 29/9 50/19
53/16
**II [4]** 31/17 38/3 40/14
40/14
**III [1]** 38/10
**illicit [1]** 37/22
**Illinois [2]** 24/5 79/11
**illustrative [1]** 16/20
**image [1]** 70/20
**images [1]** 36/4
**imagine [2]** 59/7 59/9
**impact [6]** 30/4 32/10
48/4 53/22 58/24 65/13
**importance [1]** 60/10
**important [11]** 11/14
21/5 27/4 29/11 30/5
32/7 50/9 50/14 53/23
60/4 76/13
**impose [1]** 63/17
**imposed [6]** 57/3 63/23
73/1 74/15 77/17 78/5
**imposes [1]** 78/6
**imposition [1]** 76/3
**impression [2]** 69/17
69/18
**improper [1]** 16/18
**in.' [2]** 20/19 35/11
**inability [1]** 38/24
**inaccurate [1]** 22/8
**inaccurately [1]** 35/1
**incarceral [1]** 72/25
**incarceration [1]** 50/4
**incendiary [1]** 51/17
**include [15]** 4/7 7/11
9/18 13/14 13/19 15/24
16/3 17/21 18/1 18/2
30/20 41/3 65/2 74/17
79/10

11/11 11/19 11/23 12/4
12/16 12/24 13/3 13/12
14/11 15/19
**includes [15]** 9/1 10/13
11/3 12/13 12/18 16/7
16/16 16/18 16/19 17/2
17/5 17/20 27/13 37/7
77/3
**including [6]** 8/6 13/13
15/16 17/1 64/12 64/19
**inclusion [1]** 17/1
**incomplete [1]** 22/9
**inconsistent [5]** 22/16
22/23 33/22 35/12
35/22
**incorporate [1]** 8/4
**incorrectly [2]** 52/11
52/24
**increase [1]** 30/7
**increased [1]** 15/1
**indeed [2]** 7/6 7/12
**Indiana [1]** 2/4
**indicate [1]** 9/5
**indicates [1]** 67/18
**indicating [1]** 78/19
**indication [2]** 57/16
60/4
**indictment [2]** 6/3 16/9
**individual [2]** 43/25
45/21
**individuals [2]** 44/25
72/15
**ineffective [3]** 31/24
32/3 32/5
**influence [1]** 24/2
37/17 37/18
**influenced [1]** 49/6
**information [4]** 52/18
75/24 75/25 76/1
**injury [1]** 12/4
**inner [1]** 43/14
**inpatient [1]** 75/10
**inside [9]** 27/13 42/14
43/17 43/22 44/10 45/3
55/2 68/8 68/9
**Insider [1]** 42/20
**Insofar [1]** 37/3
**instant [1]** 37/12
**instead [1]** 50/1
**insult [1]** 68/17
**intend [1]** 25/9
**intended [4]** 6/7 14/3
14/4 15/6
**intends [2]** 63/14 79/19
**intent [21]** 14/8 15/14
20/13 20/14 23/5 23/10
23/11 25/8 25/8 25/15
25/17 30/23 35/3 35/5
39/17 46/23 56/10
65/19 65/24 67/15
67/22
**intention [2]** 28/3 72/1
**interactions [1]** 23/22
**interfered [1]** 19/1
**interference [9]** 5/7
5/12 12/6 12/16 16/6
17/6 18/7 19/10 38/22

**interfering [1]** 7/9
**interpretation [2]** 9/18
17/18
**interpretations [1]**
9/16
**interpretative [1]** 12/22
17/23
**interpreted [2]** 6/18
17/23
**interrupt [2]** 22/7 40/21
**intervene [1]** 53/3
**intervening [1]** 37/13
**interview [8]** 4/13 22/1
24/4 24/18 26/25 67/6
67/8 67/17
**interviewed [3]** 21/15
25/25 41/4
**intimidating [1]** 10/18
**introduce [1]** 67/24
**investigation [6]** 3/23
4/8 4/24 16/9 64/11
77/2
**investigations [1]** 6/3
**invitation [1]** 51/21
**inviting [1]** 51/3
**involve [2]** 6/19 44/25
**involved [4]** 14/21 31/6
39/13 62/12
**involvement [1]** 50/20
**involves [1]** 39/23
**involving [4]** 12/10
14/20 15/21 38/11
**is [247]**
**is there [3]** 44/22 69/10
78/15
**isn't [5]** 16/4 28/21
50/17 55/11 55/12
**issue [24]** 5/19 5/22
6/19 6/23 7/4 7/17 7/22
8/15 19/15 19/16 20/21
21/4 21/9 28/9 28/11
28/12 29/19 32/6 32/10
52/15 53/4 53/13 53/14
79/24
**issued [1]** 11/22
**issues [8]** 4/2 21/11
32/24 60/2 64/16 64/21
70/1 79/7
**it [121]**
**it would be [1]** 39/14
**it's [53]** 5/14 6/9 6/14
7/13 8/23 9/4 9/8 9/25
10/9 10/19 16/5 20/19
21/5 22/9 25/14 25/16
26/14 27/15 29/11
34/19 34/23 35/11
36/17 37/14 38/4 44/14
46/25 49/17 49/21 50/3
50/9 50/14 53/19 53/19
53/23 56/9 57/8 57/15
58/22 59/8 59/10 59/11
60/4 60/13 66/17 68/2
68/5 68/16 70/17 74/1
76/13 79/4 79/25
**its [4]** 12/18 18/1 48/12
57/19
**itself [1]** 57/6 59/14

**J**

**James [2]**  1/14 3/5
**james.d.peterson [1]**  1/17
**January [20]**  13/5 18/3 18/5 24/21 42/7 43/12 47/6 48/19 49/24 50/23 51/12 51/16 51/17 51/19 51/20 54/6 54/25 57/6 67/17 70/25
**January 6th [17]**  18/3 18/5 24/21 42/7 43/12 47/6 48/19 49/24 50/23 51/12 51/16 51/17 54/6 54/25 57/6 67/17 70/25
**job [1]**  61/19
**join [1]**  63/3
**joke [1]**  57/17
**Journal [1]**  20/2
**Journal-Register [1]**  20/2
**journalist [1]**  20/1
**JR [2]**  1/7 3/4
**judge [13]**  1/11 5/15 5/21 7/23 8/7 8/10 8/13 8/17 10/3 10/18 36/20 69/14 72/9
**Judge Cooper [1]**  72/9
**Judge McFadden [2]**  5/15 10/3
**Judge McFadden's [4]**  5/21 7/23 8/7 8/13
**judges [1]**  8/6
**judgment [2]**  74/1 77/23
**judicial [13]**  5/14 5/25 6/3 6/10 6/19 7/12 7/13 10/2 10/2 10/21 13/2 16/10 17/14
**July [1]**  81/7
**jumping [1]**  56/1
**June [1]**  1/6
**jurisdiction [1]**  76/6
**jury [1]**  41/19
**just [50]**  3/18 3/20 4/6 4/22 7/2 7/20 7/25 8/2 8/5 9/20 16/3 17/9 21/3 23/7 26/3 26/12 29/18 32/22 32/22 32/23 36/4 36/6 36/21 38/5 41/7 41/10 41/24 44/6 44/24 45/7 49/3 50/22 57/10 57/17 63/7 63/24 64/5 65/3 65/9 66/18 66/19 67/13 68/11 69/7 70/6 70/17 70/23 71/12 77/8 79/2
**justice [40]**  5/5 5/5 5/8 5/12 5/23 6/17 7/8 7/9 7/11 8/9 8/17 8/19 9/1 9/4 9/9 9/10 9/11 9/22 10/2 10/6 10/14 10/15 11/3 11/24 12/3 12/6 12/7 12/10 12/17 14/15 15/21 16/7 17/7 17/24 18/6 18/8 19/11 28/17 28/18 69/11
**justice,' [1]**  17/13

**K**

**keep [1]**  76/14
**kicked [1]**  57/1
**kind [6]**  21/3 31/10 36/9 66/15 69/25 73/14
**kinds [1]**  64/3
**knew [2]**  66/24 68/6
**knives [1]**  20/14
**know [59]**  13/7 20/17 23/6 23/20 23/20 26/7 26/12 26/18 28/17 31/21 34/16 34/23 35/3 35/7 35/8 35/9 35/12 36/14 36/17 37/17 38/9 42/9 45/7 45/19 46/3 46/12 48/5 51/25 54/13 54/16 55/13 57/24 58/3 58/6 61/18 62/15 62/17 64/24 64/25 65/18 65/20 66/2 67/5 67/7 67/15 67/19 68/1 68/22 69/10 69/19 69/23 70/2 70/4 70/8 70/9 70/13 71/11 73/11 73/12
**known [1]**  66/12
**Kollar [1]**  8/10
**Kollar-Kotelly [1]**  8/10
**Kotelly [1]**  8/10

**L**

**lack [6]**  25/22 43/25 44/1 58/23 64/23 68/24
**language [5]**  30/20 51/8 51/17 51/22 53/9
**large [3]**  14/20 14/20 42/22
**largely [3]**  22/3 38/11 77/9
**last [6]**  6/5 23/21 25/20 32/24 53/6 61/11
**later [5]**  11/21 26/7 34/13 42/24 67/10
**latex [3]**  45/10 54/21 73/10
**law [10]**  6/8 8/18 9/23 11/10 11/11 25/25 32/3 62/17 63/24 70/6
**lawful [1]**  27/7
**lawnmower [1]**  60/16
**lawyer [1]**  77/25
**lawyers [1]**  28/20
**lay [1]**  76/22
**layperson [2]**  23/6 25/9
**lays [2]**  40/19 42/1
**leader [2]**  52/1 71/19
**leading [2]**  43/21 51/16
**learned [2]**  24/14 61/10
**least [9]**  17/2 32/9 35/13 35/20 36/9 38/25 65/20 66/10 74/24
**leave [3]**  20/8 23/15 69/4
**leaves [1]**  67/12
**led [1]**  58/10
**left [5]**  43/6 43/21 43/24 57/10 68/15
**legal [7]**  5/23 10/16

53/2
**legally [1]**  44/11
**length [4]**  28/12 52/16 59/16 69/21
**less [3]**  56/20 56/21 77/13
**let [14]**  3/18 4/6 7/19 7/25 8/14 11/5 17/9 23/16 29/18 29/19 41/24 64/5 70/20 77/8
**let's [2]**  26/14 35/17
**level [35]**  5/6 8/8 12/1 12/5 13/11 13/12 14/13 15/1 15/2 15/7 15/7 19/11 19/18 20/23 23/2 31/15 33/9 37/1 38/21 39/3 39/4 39/13 39/15 39/22 40/1 40/1 40/6 45/10 46/3 57/11 57/13 71/18 72/1 72/8 72/16
**levels [6]**  33/9 34/2 38/12 40/11 73/17 73/21
**lied [3]**  45/14 56/3 72/7
**life [8]**  48/1 58/16 61/8 61/18 64/9 64/13 65/6 65/14
**light [3]**  57/22 61/23 63/13
**like [23]**  6/8 20/6 26/10 32/14 32/25 34/15 36/15 38/8 39/1 44/10 45/2 48/14 49/19 53/9 53/22 54/19 54/21 55/19 56/18 57/15 65/10 73/10 78/16
**likelihood [1]**  29/23
**likely [1]**  69/1
**limitations [1]**  78/6
**limited [4]**  5/13 5/14 10/2 13/2
**limiting [1]**  17/5
**line [7]**  42/15 42/18 42/25 46/23 66/6 66/20 66/21
**lined [1]**  20/11
**list [9]**  3/20 10/25 10/25 16/2 16/5 16/15 16/19 17/4 21/11
**listed [1]**  16/14
**listen [2]**  43/17 49/17
**listening [2]**  51/25 52/1
**literally [1]**  57/9
**litigated [1]**  28/9
**litigation [1]**  35/4
**little [3]**  66/5 67/1 67/23
**live [2]**  46/1 76/7
**lives [1]**  61/5
**local [2]**  19/19 74/18
**long [10]**  18/17 29/6 34/5 42/9 60/14 61/4 64/17 65/14 69/20 70/21
**longer [2]**  38/13 61/13
**look [5]**  8/25 16/21

**looked [2]**  8/15 8/18
**looks [3]**  9/15 16/18 55/18
**lord [1]**  52/1
**lose [1]**  70/14
**losing [2]**  61/6 61/7
**loss [1]**  59/5
**lot [2]**  46/5 71/3
**lower [2]**  31/25 38/16
**luck [1]**  80/6
**Lustig [2]**  2/9 3/8

**M**

**made [27]**  11/15 17/10 19/14 19/20 19/23 22/23 23/3 28/5 28/23 34/4 38/23 42/17 45/1 45/1 49/5 49/24 50/1 50/5 57/7 57/14 57/21 57/24 62/22 64/13 67/22 68/25 75/4
**magazine [1]**  67/17
**main [2]**  29/7 33/11
**maintenance [2]**  8/19 9/20
**major [1]**  70/4
**make [32]**  23/18 27/4 32/18 42/23 53/9 62/9 62/12 66/18 66/19 69/5 76/14 76/22 78/23
**makes [4]**  36/9 41/1 48/12 69/9
**makeup [1]**  71/5
**making [3]**  29/3 57/22 76/21
**malicious [4]**  20/13 20/16 25/8 25/10
**man [7]**  19/25 54/7 55/11 55/12 60/9 70/1 72/24
**mandatory [2]**  32/1 74/12
**manifested [2]**  48/2 59/14
**Manual [2]**  11/23 11/23
**many [6]**  18/13 28/19 54/19 60/2 60/17 65/5
**marijuana [12]**  30/23 31/3 31/4 31/5 31/7 37/15 37/23 37/23 38/11 40/11 41/8 64/18
**marijuana-related [3]**  31/5 37/15 40/11
**matter [4]**  22/18 33/25 69/4 81/4
**matters [1]**  11/6
**Matthew [1]**  7/4
**may [9]**  7/18 13/9 22/15 30/21 35/15 37/9 69/15 69/20 75/25
**maybe [2]**  23/5 64/23
**McConnell's [1]**  45/25
**McFadden [3]**  5/15 8/17 10/3
**McFadden's [4]**  5/21 7/23 8/7 8/13
**me [39]**  3/18 4/6 7/20

0/25 8/14 8/23 9/8 9/17 10/1 10/9 11/5 13/20 14/3 15/14 17/9 17/11 19/14 20/8 20/15 22/20 23/4 23/16 29/18 29/19 31/12 32/6 32/22 33/6 36/23 40/1 41/24 47/4 63/1 64/5 66/17 68/5 70/23 76/17 77/8
**mean [15]**  10/8 10/15 26/1 26/16 27/11 34/21 36/2 44/24 56/18 66/19 69/24 70/1 72/17 79/4 79/4
**meaning [1]**  15/14
**meaningful [1]**  70/16
**means [7]**  8/20 9/6 9/9 9/10 9/25 16/19 76/6
**meant [3]**  16/15 17/3 70/19
**mechanical [1]**  2/15
**media [5]**  19/19 49/7 56/3 57/2 62/21
**medical [1]**  64/2
**medicating [1]**  64/21
**medication [2]**  78/24 79/2
**medications [2]**  75/18 78/21
**meet [1]**  19/10
**meets [1]**  37/5
**MEHTA [1]**  1/11
**member [1]**  43/5
**memo [7]**  4/16 40/19 41/2 42/1 44/18 46/13 49/4
**memorandum [4]**  4/9 4/14 17/11 57/20
**mens [1]**  23/7
**mental [8]**  64/16 64/21 65/2 75/14 75/18 78/20 78/22 79/5
**mere [3]**  13/9 65/3 70/8
**merely [1]**  16/20
**Merit [1]**  2/10
**merits [1]**  50/3
**message [1]**  36/21 42/25 69/8
**messages [2]**  57/19 67/15
**met [1]**  18/14
**methods [1]**  75/9
**might [2]**  37/8 54/24
**mind [6]**  26/6 34/18 35/18 36/3 65/21 69/15
**mine [1]**  28/17
**minimal [1]**  14/22
**minimize [3]**  26/11 35/9 44/13
**minimum [3]**  19/5 32/1 32/9
**minor [1]**  37/10
**minutes [7]**  32/23 52/22 63/1 66/3 67/10 67/13 68/8
**misdemeanor [2]**  37/11 72/19
**misdemeanors [2]**

**M**

misdemeanors... **[2]**
38/11 72/17
**mistake [2]** 52/9 55/5
**misunderstanding [1]**
32/3
**mitigate [1]** 36/21
**mitigating [3]** 49/23
71/8 71/10
**mob [2]** 42/13 43/5
**mockery [1]** 69/9
**modern [1]** 9/10
**moment [2]** 21/15
29/18
**momentarily [1]** 63/2
**month [3]** 63/8 74/5
75/21
**months [20]** 40/5
45/11 45/11 45/19 46/4
46/4 46/6 50/4 61/16
63/11 71/6 71/6 71/6
71/18 72/3 72/9 72/10
74/3 74/3 74/6
**morality [1]** 9/24
**more [30]** 5/13 6/18
6/24 14/2 14/9 14/21
17/9 17/25 23/7 25/20
28/21 32/14 37/18 45/2
46/5 47/7 47/19 47/21
48/24 51/10 52/22
56/19 58/2 58/8 64/18
68/9 72/5 73/7 76/21
79/21
**morning [6]** 3/2 3/11
3/12 3/14 3/19 61/10
**Morrison [5]** 45/5
45/12 47/5 73/4 73/10
**most [5]** 7/16 13/13
23/4 55/22 60/8
**motion [1]** 78/6
**motivates [1]** 28/6
**move [3]** 48/6 50/2
79/14
**moved [1]** 58/21
**moves [1]** 58/19
**moving [1]** 20/24
**Moynihan [2]** 58/5 72/4
**MPD [2]** 19/5 67/10
**Mr [1]** 51/23
**Mr. [138]**
**Mr. Adams [110]**
**Mr. Adams' [15]** 4/13
7/19 17/10 19/18 23/2
31/14 34/3 36/7 37/14
39/18 58/15 61/3 70/24
72/1 76/10
**Mr. Allan [2]** 47/8
73/12
**Mr. Hodges [1]** 54/21
**Mr. Hodgkins [1]** 73/9
**Mr. Moynihan [1]** 72/4
**Mr. Rebegila [1]** 56/24
**Mr. Smock [3]** 49/5
50/6 62/1
**Mr. Wilson [2]** 56/6
56/18
**Mr. Wood [2]** 72/22
72/23

73/10 73/11
**Ms. Morrison [1]** 73/10
**Ms. Priola [1]** 71/22
**Ms. Shrewsbury [1]**
60/14
**Ms. Stottlemyre [1]**
73/11
**much [9]** 14/2 36/1
41/9 50/15 54/7 56/20
56/21 60/6 69/20
**multiple [1]** 37/24
**must [7]** 63/15 63/20
74/23 75/1 75/8 75/18
75/23
**my [20]** 17/8 23/12
35/18 36/21 38/18
47/20 50/8 58/11 58/21
62/21 62/22 63/12 66/4
66/5 70/22 71/15 72/11
76/10 77/12 79/1

**N**

**name [3]** 5/15 20/1
31/22
**narrow [1]** 15/7
**nation's [1]** 51/18
**national [3]** 52/15 53/4
53/13
**natural [1]** 14/2
**naturally [1]** 18/1
**nature [12]** 23/14
26/11 28/16 34/8 41/21
42/3 54/11 60/23 61/19
61/21 63/20 65/16
**near [1]** 67/5
**necessarily [1]** 61/2
**necessary [2]** 61/25
63/18
**ned [1]** 2/7
**need [10]** 42/4 44/3
54/10 54/10 61/22
63/22 64/3 70/5 76/15
76/23
**needed [2]** 49/20 64/1
**needs [2]** 65/1 69/24
**negates [1]** 44/6
**neither [1]** 72/14
**never [4]** 20/9 51/19
54/18 71/25
**nevertheless [3]** 18/12
42/12 65/23
**Nevin [2]** 1/18 3/5
**newborn [1]** 59/6
**news [3]** 42/20 43/11
43/12
**next [4]** 19/16 29/19
52/25 54/12
**night [1]** 61/11
**no [36]** 1/5 3/3 4/15
4/19 4/20 20/8 20/13
20/13 20/14 20/15
21/20 22/2 28/14 28/17
29/4 29/16 32/15 32/16
36/13 37/12 38/13
44/23 47/19 47/19
48/10 55/1 55/3 56/8
56/15 62/16 62/17

78/23
**non [1]** 72/25
**non-incarceral [1]**
72/25
**none [1]** 16/3
**north [2]** 46/23 66/7
**not [144]**
**notable [1]** 10/19
**notation [1]** 9/4
**note [5]** 11/14 16/18
16/23 31/20 45/23
**Note 2 [1]** 16/18
**noted [10]** 8/5 8/23
16/3 32/7 33/17 38/22
41/1 41/7 59/20 78/19
**notes [4]** 9/5 16/23
30/25 41/6
**nothing [7]** 6/16 14/7
15/4 23/23 23/23 59/16
59/18
**notice [1]** 77/22
**noticed [4]** 10/12 20/17
26/13 35/9
**notwithstanding [2]**
65/11 78/8
**November [1]** 30/2
**now [13]** 14/11 15/2
16/2 23/5 28/22 32/5
35/14 40/7 41/25 43/17
64/7 71/25 78/9
**number [12]** 5/2 14/20
23/22 26/22 27/2 28/25
58/3 58/19 58/21 60/15
61/6 71/20
**numbers [1]** 43/6
**NW [3]** 1/20 2/4 2/12

**O**

**object [1]** 13/23
**objected [2]** 5/9 75/3
**objection [3]** 78/18
78/22 78/23
**objectives [1]** 63/18
**observing [1]** 55/18
**obstruct [2]** 12/2 75/9
**obstructed [1]** 19/2
**obstructing [3]** 7/8
10/13 12/2
**obstruction [7]** 11/24
12/10 13/17 14/15
15/10 15/21 15/25
**obstructive [4]** 12/25
13/13 13/23 15/16
**obviously [8]** 7/3 12/13
27/19 48/12 48/14
49/10 58/5 79/24
**occasionally [2]** 41/8
64/18
**occupation [1]** 42/9
**occupy [8]** 26/18 35/14
42/8 42/12 54/24 65/19
65/22 67/16
**occurred [6]** 57/9
57/12 57/13 57/21
60/16 62/11
**occurring [1]** 28/5
**October [1]** 11/22

**odds [1]** 35/13
**off [3]** 50/1 66/5 70/17
**offender [1]** 38/4
**offenders [1]** 38/14
**offense [37]** 14/13
14/19 15/1 21/9 21/14
22/12 30/9 30/17 31/6
31/10 32/1 33/8 33/9
33/14 37/12 38/21 39/4
39/13 39/15 39/16
39/18 39/19 39/22
39/25 40/1 40/1 40/6
42/4 45/10 46/3 60/24
63/21 63/23 63/25
65/17 71/18 72/8
**offenses [6]** 12/10
15/21 17/12 25/15 31/3
37/15
**offering [1]** 79/15
**office [15]** 1/19 2/3 3/8
19/17 56/2 66/24 74/13
75/2 75/23 75/25 76/1
76/17 77/1 77/3 77/6
**office's [1]** 4/8
**officer [5]** 2/9 45/16
66/16 75/12 75/16
**officers [9]** 19/5 20/10
42/19 43/3 66/7 66/9
66/10 67/10 68/17
**official [1]** 2/11 6/22
11/16 11/18 13/1 13/1
13/14 13/17 13/17
15/17 15/25
**often [1]** 60/13
**Okay [15]** 3/11 3/17
4/21 6/25 7/15 29/17
33/5 47/13 47/23 49/1
79/3 79/13 79/17 79/23
80/4
**old [2]** 64/7 72/24
**older [1]** 38/11
**once [4]** 27/13 43/8
55/13 68/13
**one [45]** 9/15 9/24
12/23 14/25 16/18 17/4
17/9 17/25 18/9 18/13
20/8 23/22 24/7 24/17
25/14 25/24 26/22 27/2
28/25 30/6 30/18 31/3
31/20 40/21 40/24
40/25 44/22 47/15
51/11 51/13 54/16 57/1
57/14 59/22 59/22 61/6
66/10 70/17 70/18
70/18 70/19 74/23 76/9
78/1 78/18
**one-time [3]** 70/18
70/18 70/19
**ones [1]** 55/22
**ongoing [1]** 59/25
**only [16]** 17/19 17/23
18/12 30/15 32/18
34/21 38/23 43/21
47/25 48/5 57/12 65/25
70/20 71/4 72/17 79/9
**open [5]** 20/18 26/13
28/12 35/10 35/16

**opened [2]** 20/18 35/10
**opinion [4]** 5/21 7/23
16/22 16/23
**opinions [1]** 8/7
**opposed [2]** 41/17
56/18
**opposite [1]** 57/18
**opposition [1]** 17/11
**options [1]** 74/14
**order [6]** 19/9 35/6
39/2 50/9 76/12 77/4
**ordered [1]** 74/8
**original [4]** 12/1 12/12
14/5 15/7
**originally [3]** 12/8
12/15 12/23
**other [32]** 9/16 9/17
13/16 14/8 16/7 16/11
19/23 20/3 21/11 23/13
28/8 29/24 31/4 32/18
36/6 36/13 37/12 40/24
41/22 44/10 47/15
54/14 56/19 65/21
66/13 68/4 68/13 70/10
73/16 77/10 79/7 79/9
**others [3]** 52/14 68/18
73/10
**otherwise [2]** 14/21
69/1
**ought [4]** 37/1 38/14
47/24 48/8
**our [22]** 7/13 23/22
25/5 32/17 40/19 42/1
42/1 42/2 43/14 44/2
48/17 49/18 49/21 50/3
51/18 60/16 61/16
61/20 70/11 70/20
78/18 79/14
**out [17]** 13/21 13/24
20/9 20/9 20/11 40/20
42/1 43/22 45/18 46/1
55/12 57/1 66/18 66/19
67/11 67/13 69/2
**outlet [3]** 42/20 43/11
43/12
**outpatient [1]** 75/10
**outset [1]** 8/5
**outside [1]** 45/16
**outweigh [1]** 35/23
**outweighed [2]** 22/15
33/21
**over [16]** 23/21 25/20
29/22 42/13 51/11
51/11 51/14 51/14
51/15 51/15 52/10
52/11 52/18 52/18 63/2
76/8
**over-represents [1]**
29/22
**override [1]** 41/22
**overstatement [1]**
63/12
**overturn [1]** 44/8
**overwhelm [2]** 42/23
66/20
**overwhelmed [1]**
49/20
**overwhelming [1]**

**O**

overwhelming... [1]
46/22
own [4] 62/10 64/20
65/18 66/8
Oxley [5] 11/11 14/11
14/13 14/24 15/5

**P**

p.m [2] 63/5 80/10
packed [1] 54/23
page [1] 8/2
pages [1] 30/10
paired [1] 10/10
pairs [1] 9/24
papers [7] 45/17 45/18
45/24 45/25 72/5 73/11
73/13
parading [3] 55/9
55/24 61/24
paragraphs [1] 37/16
parallelism [1] 17/16
paraphernalia [2] 31/5
31/8
parenthetical [1] 9/1
park [1] 70/9
parliamentarian [1]
66/4
parse [1] 34/16
part [9] 12/18 23/10
25/15 44/13 51/5 55/1
57/16 74/14 80/1
participants [1] 14/21
participate [6] 18/12
33/13 49/12 68/16
75/10 75/14
participated [2] 27/7
34/9
participation [3] 46/22
75/13 75/17
particular [6] 15/11
17/22 44/24 56/16
65/21 68/11
particularly [3] 18/17
22/3 58/12
parties [2] 3/21 4/4
parties' [1] 40/16
parting [1] 39/7
pass [1] 70/17
passed [3] 11/8 14/10
59/6
past [7] 37/22 42/21
43/5 44/15 66/21 66/22
66/23
patriot [1] 49/15
patriotic [1] 49/9
patriotism [1] 49/21
pay [2] 74/8 76/3
payments [1] 75/20
PDF [1] 30/11
peaceful [5] 35/15
42/12 43/1 51/13 53/21
peaceful-protest [1]
35/15
Pelosi's [1] 56/2
penalties [1] 15/10
Pence [1] 53/2
Pence's [1] 66/24

people [29] 12/4 23/5
24/23 25/1 25/3 28/5
39/1 43/19 44/7 51/3
53/13 53/22 54/15
54/19 55/4 55/16 55/23
58/24 59/13 59/13
66/11 66/13 69/10
69/12 70/10 70/14 71/3
71/16 71/20
people's [1] 62/9
percent [1] 77/13
perception [1] 62/9
perhaps [9] 10/19
10/20 35/8 37/22 41/14
43/10 64/22 64/22
65/21
period [3] 18/11 18/18
37/13
periodic [1] 74/24
perjury [1] 16/10
permission [2] 77/24
79/20
permit [1] 78/8
person [13] 3/9 12/4
18/12 21/6 30/24 36/4
48/14 48/20 50/15
55/25 56/4 59/17 59/19
personal [4] 30/23
31/7 48/22 48/22
personality [1] 71/4
persons [1] 30/15
persuasive [1] 7/10
pertinent [1] 20/21
perverting [2] 10/14
11/2
Peterson [1] 1/14 3/5
phone [4] 46/3 57/2
72/7 73/14
photographs [1] 67/21
photos [3] 45/9 45/17
45/18
phrase [5] 9/7 9/20
9/25 10/7 17/13
physical [4] 8/20 9/25
12/4 66/16
physician [2] 75/19
78/21
pictures [1] 45/14
place [3] 31/17 66/1
70/11
placement [1] 74/24
Plaintiff [1] 1/5
plan [8] 42/8 50/8
54/17 55/11 55/4 55/12
65/21 68/11
planning [4] 14/22
15/3 55/2 68/3
played [5] 52/12 52/21
53/5 53/18 61/1
plea [6] 22/10 22/17
22/22 22/24 41/17 72/2
plead [1] 41/13
pleas [1] 55/9
please [1] 76/17
pleasure [1] 23/24
Plexiglass [1] 52/4
plus [2] 7/5 61/16
plus-three [1] 7/5

podium [1] 52/3
point [16] 5/18 20/24
24/7 30/7 30/13 30/17
31/16 32/18 47/12
50/16 50/21 51/13
51/23 53/21 57/11
78/16
points [16] 29/9 30/8
30/14 30/16 30/22 31/1
31/1 31/16 33/6 33/12
36/8 38/10 40/2 40/12
40/14 46/10
police [17] 19/4 19/5
19/5 42/15 42/19 42/20
42/23 43/3 43/7 43/21
45/16 46/22 49/20 66/6
66/16 66/20 68/14
political [2] 8/20 69/25
pose [1] 78/11
position [6] 5/13 7/13
42/2 47/1 49/21 50/3
positive [3] 37/21 41/8
65/5
positively [1] 32/10
possessing [1] 74/20
possession [6] 30/22
31/4 31/4 31/6 31/9
38/12
possessory [1] 31/3
possibility [1] 17/6
possible [2] 76/25
79/11
post [3] 19/19 22/22
68/23
post-plea [1] 22/22
post-stipulated-trial [1]
19/19
posted [1] 30/11
potential [2] 28/15
48/4
prayer [1] 43/21
pre [2] 11/11 31/1
pre-status [1] 31/1
preceded [1] 16/16
premature [1] 16/8
preparation [1] 15/3
73/8
preparations [1] 29/4
prepare [1] 22/6
prepared [2] 26/18
35/14
prescribed [2] 75/19
78/21
present [4] 30/9 31/15
35/19 78/12
presentation [1] 70/24
presentence [7] 3/23
4/7 4/24 64/11 74/14
77/2 77/6
presently [1] 37/6
President [25] 27/3
49/6 50/20 50/23 51/1
51/6 51/12 51/15 51/21
51/24 52/2 52/5 52/7
52/13 52/16 52/25 53/2
53/6 53/14 53/24 54/8
58/9 58/13 60/25 66/24

president [2] 27/24
27/3 60/25
President Trump's [2]
51/24 58/9
President's [1] 70/25
Presidential [2] 44/9
52/3
press [1] 43/23
presumably [1] 5/13
pretrial [4] 37/20 41/9
59/3 64/20
pretty [1] 27/12
Prettyman [1] 2/12
prevent [1] 42/16
preview [1] 3/18
previously [1] 7/4
primarily [1] 64/17
primary [5] 9/22 23/13
33/10 33/11 76/21
Priola [1] 71/22
prior [7] 22/11 31/2
37/11 37/12 50/23
53/25 58/22
prison [2] 53/17 56/23
Prisons [1] 74/2
proactive [1] 42/7
probably [4] 29/6
55/21 67/22 79/7
probation [21] 2/9 3/8
4/8 5/6 19/17 20/22
21/21 36/25 39/8 56/4
57/3 74/13 75/2 75/12
75/15 75/23 75/25
76/16 77/1 77/3 77/6
problematic [1] 36/22
proceed [4] 3/14 3/18
32/25 41/20
proceeding [21] 8/4
9/19 10/11 11/16 11/19
11/19 13/1 13/3 13/14
13/15 13/17 13/18
13/19 13/22 13/25
15/17 15/25 16/4 16/13
17/7 78/25
proceedings [32] 1/10
2/15 3/10 5/14 5/25
6/10 6/19 6/22 7/13
10/3 10/16 10/20 10/21
10/24 11/4 13/2 13/2
17/15 18/2 18/2 18/3
18/5 18/9 18/10 18/16
19/1 19/22 38/25 39/2
65/25 80/10 81/4
process [4] 5/11 36/11
69/9 70/12
produced [1] 2/15
professionally [1] 65/7
program [4] 75/12
75/13 75/15 75/17
progress [4] 76/12
76/17 76/18 76/20
prohibited [1] 75/8
promote [1] 63/24 70/6
promulgated [1] 12/8
12/24 13/21 15/18
proof [1] 56/9
proper [2] 9/23 15/14
property [3] 12/4 45/22

proposed [4] 30/6
30/11 31/8 60/21
proposing [1] 30/19
prosecuted [2] 12/11
15/22
prosecution [1] 18/24
protect [1] 63/25
Protection [1] 11/9
protest [4] 27/8 35/15
49/12 51/7
protesting [1] 27/17
provide [6] 4/3 61/17
63/24 64/1 70/6 75/23
provided [5] 12/9
24/20 57/25 58/15 59/2
provider [6] 60/5 61/15
75/16
provides [1] 9/8 16/2
33/7
providing [1] 76/14
provisions [4] 12/11
12/12 15/19 15/22
PSR [1] 37/16
psychologist [2] 59/2
59/21
public [4] 2/3 11/9
36/17 64/1
pull [1] 15/13
punish [1] 14/16
punishment [5] 16/1
50/13 61/17 63/24 70/7
purporting [1] 49/18
purpose [1] 76/21
purposefully [1] 50/2
purposes [8] 8/3 22/14
35/15 38/1 40/7 40/8
63/9 77/25
pursuant [1] 78/3
push [1] 42/21
pushed [1] 53/12
put [3] 50/23 70/2
78/16
putting [1] 45/10

**Q**

qualifies [1] 21/24
qualify [1] 18/5
qualities [1] 71/10
quality [1] 71/8
quasi [2] 7/13 10/2
quasi-judicial [2] 7/13
10/2
question [2] 23/1
47/20
questions [1] 24/11
quick [1] 78/17
quickly [1] 54/23
quite [2] 41/13 57/18
quoted [1] 20/3
quoting [1] 17/10

**R**

raise [2] 32/9 54/1
raised [2] 32/6 44/20
ramifications [1] 59/4
range [10] 13/6 13/9
15/16 17/20 38/16 40/4

**R**

range... [4]  40/9 46/20 63/11 72/9
rather [5]  10/25 17/20 17/25 18/25 76/22
re [1]  76/25
re-entering [1]  76/25
rea [1]  23/7
reaching [2]  46/24 46/25
reaction [1]  51/22
read [7]  7/20 7/20 7/23 7/25 11/3 18/1 69/16
reading [2]  14/2 17/4
reads [1]  36/18
ready [1]  3/14
real [2]  48/1 69/24
real-life [1]  48/1
reality [1]  44/6
really [21]  5/25 11/5 23/24 28/6 36/1 36/11 36/22 44/25 47/5 50/14 53/23 55/1 59/11 59/12 60/3 60/4 60/8 60/9 69/10 69/12 71/14
Realtime [1]  2/11
reason [8]  8/25 17/23 29/11 33/11 34/2 48/10 70/4 72/18
reasonable [2]  23/12 34/11
reasoning [2]  7/14 17/8
reasons [2]  18/4 77/14
Rebegila [3]  56/24 72/12 72/13
receive [1]  73/17
received [11]  3/20 3/23 4/6 4/23 30/21 45/19 56/4 60/4 71/18 72/3 77/19
recently [2]  7/16 37/18
recess [5]  33/3 33/4 63/4 63/5 80/9
reckoning [1]  44/1
recognized [1]  22/21
recommendation [4] 4/9 42/3 61/16 79/10
recommended [3] 19/17 20/22 74/13
recommending [2]  5/6 47/2
record [16]  5/17 7/21 7/25 8/3 19/3 19/14 41/25 45/7 64/10 71/7 73/2 77/8 78/16 78/18 80/1 81/3
recorded [1]  2/15
recording [3]  26/25 43/9 67/3
records [1]  16/25
recover [2]  48/6 70/22
redactions [1]  79/21
reduction [8]  19/18 20/23 29/2 29/12 36/23 36/24 40/10 40/12
refer [2]  6/12 17/14
reference [3]  6/10

referenced [2]  12/11 15/22
referred [3]  7/7 30/7 53/3
referring [2]  41/14 43/10
reflect [12]  19/13 30/15 34/6 40/10 44/15 63/12 63/23 67/15 68/24 70/5 73/18 77/12
reflected [5]  61/14 64/11 64/19 72/20 73/2
reflecting [2]  25/22 34/17 57/15
reflects [6]  31/14 36/10 36/11 48/19 61/22 65/24
Refraining [1]  74/21
refuse [1]  20/8
regarding [1]  44/18
regardless [2]  30/14 34/3
Register [1]  20/2
Registered [1]  2/10
regular [2]  37/23 37/23
regulations [2]  75/11 75/15
reiterate [1]  63/7
related [4]  6/8 31/5 37/15 40/11
relating [1]  14/15
relationships [1]  59/13
release [7]  74/6 75/21 75/24 76/16 78/6 77/1 78/10
relevant [2]  14/25 20/12
relieving [1]  73/19
relishing [1]  43/13
rely [1]  9/12
remains [1]  28/12
remember [2]  21/5 31/22
remorse [3]  43/25 46/13 46/14
removal [1]  39/1
remove [1]  79/4
repeat [1]  64/10
reply [1]  4/15
report [8]  3/24 4/8 4/24 64/11 74/15 76/17 77/2 77/6
reported [1]  35/1
reporter [10]  2/10 2/10 2/11 2/11 24/10 26/24 27/24 28/23 35/2 57/6
reports [1]  57/13
represent [1]  19/8
representation [2] 62/18 77/20
representatives [1] 43/14
represented [1]  58/4
represents [1]  29/22
request [2]  38/17 79/20
requested [5]  4/12

required [2]  53/2 78/20
requirement [2]  18/14 28/14 79/6
requires [1]  23/7
requiring [2]  22/5 28/21
requisite [1]  35/5
reserve [1]  29/18
residence [1]  77/4
resource [1]  9/16
resources [16]  6/7 6/13 12/20 16/12 18/21 18/22 19/4 19/5 19/9 22/5 33/15 61/12 64/23 73/20 76/15 76/23
respect [10]  16/24 26/21 33/6 40/25 46/8 46/17 46/18 59/21 63/24 70/6
respectful [2]  23/23 59/17
respects [2]  18/8 71/20
respond [1]  53/13
responded [1]  14/23
response [2]  15/9 53/17
responsibility [30] 21/7 21/24 22/2 22/14 22/17 25/23 29/8 33/8 33/12 33/18 33/20 33/22 34/7 34/12 36/8 36/20 36/23 36/24 41/24 46/10 46/20 47/11 50/19 62/19 62/20 68/25 69/13 71/9 72/16 77/14
responsible [2]  18/7 69/7
restitution [2]  75/3 75/20
restrict [1]  17/5
restricted [2]  39/7 39/14
result [1]  44/2
resulted [1]  38/24
results [2]  44/8 51/2
resume [2]  38/25 39/2
resuming [1]  18/25
retain [1]  76/8
return [2]  67/14 77/5
returned [1]  19/21
returns [1]  69/22
reviewed [3]  3/20 3/23 4/7 4/13 4/23 80/1
Rhodes [5]  7/17 7/21 8/1 8/23 9/12
rid [3]  46/3 72/7 73/13
rifled [4]  45/14 45/17 72/5 73/11
rifling [1]  43/19
right [34]  3/13 4/22 5/1 5/2 8/19 8/22 9/21 9/23 10/4 10/8 10/9 19/16 22/19 23/8 27/22 29/14 32/22 33/1 33/25 40/15 40/17 41/19 50/5 50/6 62/2 63/1 63/6 71/15

right-size [1]  71/15
rightly [1]  30/25
riot [3]  44/2 44/5 44/14
rioter [2]  42/7 43/20
rioters [5]  42/16 43/22 66/3 66/20 67/11
rise [7]  5/11 10/8 13/9 23/2 33/2 63/3 80/8
risk [1]  78/12
RMR [2]  81/2 81/8
road [1]  24/7
role [4]  44/16 60/25
room [2]  55/18 56/10
rope [1]  54/7
rule [4]  4/2 8/22 10/4 10/8
ruled [3]  7/4 7/10 7/21
rules [2]  75/11 75/15
ruling [1]  8/3
run [1]  74/7

**S**

sad [1]  71/13
said [43]  8/1 8/2 9/12 13/7 13/14 14/9 15/15 17/3 20/12 20/17 20/18 22/8 23/25 24/2 24/17 24/18 26/13 27/2 27/6 27/14 27/15 32/2 34/21 35/10 38/1 39/11 40/7 40/24 41/12 41/20 42/11 46/12 51/4 51/13 52/10 56/8 62/10 65/5 67/7 68/20 68/23 71/25 73/21
same [9]  7/14 22/25 28/20 39/21 39/23 39/23 46/14 56/24 67/8
sanction [3]  8/21 10/10 50/10
sanctum [1]  43/14
Sarbanes [5]  11/11 14/11 14/13 14/24 15/5
Sarbanes-Oxley [5] 11/11 14/11 14/13 14/24 15/5
save [1]  33/15
saw [8]  24/19 28/4 43/19 43/20 45/15 50/1 57/13 57/18
say [18]  15/20 22/10 23/21 27/23 28/21 32/14 33/10 36/19 46/8 47/20 47/21 54/2 54/9 56/6 64/8 64/25 70/23 71/7
saying [15]  13/24 20/4 25/14 26/7 26/12 27/3 27/23 34/22 34/24 44/10 46/14 46/15 50/17 58/14 67/7
says [6]  21/6 27/10 27/11 34/13 36/14 37/8
scam [3]  51/18 53/4 53/14
scene [1]  67/9

scope [3]  15/3 15/7 44/13
score [2]  32/11 63/13
screaming [1]  68/10
seal [1]  52/3
seat [1]  44/8
second [5]  13/5 40/22 66/22 67/2 68/12
second-floor [1]  67/2
Secondly [1]  18/20
section [1]  1/20 11/11 11/12 12/9 14/12 14/17 15/4 15/20 22/18 33/24 24/5
security [3]  52/15 53/4 53/13
see [10]  6/1 17/22 21/11 25/7 37/22 42/21 51/15 51/19 55/14 66/10
Seefried [3]  5/15 8/8 8/13
seeing [2]  50/24 66/13
seek [1]  31/24
seeking [3]  32/12 33/11 55/11
seem [5]  13/20 23/14 64/21 64/22 68/4
seems [5]  15/13 32/6 65/10
seen [4]  26/24 58/20 67/3 67/3
self [3]  64/21 78/9 78/13
self-medicating [1] 64/21
self-surrender [2]  78/9 78/13
sell [1]  30/23
Senate [31]  18/19 20/10 27/9 27/25 38/23 38/25 43/6 43/8 45/1 45/3 45/8 45/13 45/16 46/25 55/11 55/12 55/13 55/14 56/8 56/17 58/1 58/8 62/15 67/2 67/12 68/8 68/11 71/23 71/23 72/5 72/15
Senator [1]  45/25
Senators' [1]  43/20
sends [1]  69/8
sense [4]  64/8 67/22 69/9 71/2
sensibility [1]  34/19
sentence [38]  17/12 28/15 30/22 38/2 38/15 40/8 44/3 47/2 48/5 48/13 50/3 53/16 56/4 56/14 56/20 57/2 60/21 61/13 61/21 63/9 63/10 63/17 63/22 65/14 69/20 69/21 70/4 70/5 71/15 72/10 72/25 73/18 73/24 77/5 77/12 77/17 78/5 78/7
sentenced [5]  30/3 46/20 55/24 74/5 78/9
sentences [3]  64/3 72/19 72/20

**S**

**sentencing [28]** 1/10
3/13 4/10 4/15 4/16
7/17 11/22 11/23 14/4
14/4 14/12 14/14 14/18
14/23 17/11 30/1 31/25
32/12 38/6 40/19 44/18
57/19 63/14 63/19
74/14 77/20 79/15
79/16

**Sentencing
Commission [6]** 11/22
14/4 14/12 14/18 14/23
63/14

**Sentencing
Commission's [1]**
38/6

**sentencings [1]** 71/14
**sentiments [1]** 26/19
**separate [1]** 56/25
**series [2]** 16/16 49/24
**serious [9]** 13/13 45/2
56/19 58/2 58/3 58/8
58/23 64/18 72/6
**seriously [3]** 28/2
36/12 60/18
**seriousness [4]** 29/22
61/22 63/23 70/5
**serve [1]** 74/5
**Service [1]** 59/3
**set [6]** 9/13 18/1 31/23
55/2 63/16 63/19
**several [2]** 52/7 58/21
**severity [1]** 48/19
**shall [4]** 74/11 75/5
77/5 77/21
**share [3]** 8/14 11/5
76/1
**she [8]** 8/12 8/13 45/16
45/18 46/13 71/22 72/2
72/2
**should [27]** 4/17 6/17
7/14 17/15 17/23 21/19
31/20 36/12 38/7 40/24
40/25 45/23 47/1 48/15
49/12 49/13 49/22
50/15 54/7 55/20 56/12
62/14 62/15 64/2 66/12
68/13 70/17
**shouldn't [4]** 25/2
33/10 56/17 70/16
**show [2]** 49/19 66/8
**showed [1]** 68/14
**shown [1]** 69/24
**shows [1]** 42/6
**shrewsbury [4]** 2/2 2/8
3/7 60/14
**shy [1]** 60/25
**shying [1]** 50/13
**sic [1]** 54/21
**side [3]** 20/25 24/7
49/19
**sight [1]** 70/14
**sign [2]** 43/10 67/4
**signaling [1]** 10/25
**significance [1]** 44/13
**significant [4]** 22/13
33/19 59/1 61/21

**simple [1]** 35/16
**simply [3]** 32/19 34/17
35/7
**since [4]** 25/24 37/17
40/5 62/19
**sincere [1]** 49/23
**sincerely [1]** 49/7
**sincerity [1]** 62/22
**sir [5]** 3/12 62/4 62/7
62/24 80/6
**situation [3]** 28/25
56/9 62/23
**six [4]** 31/16 38/10
40/2 66/3
**size [1]** 71/15
**skewing [2]** 10/16
10/23
**slept [1]** 61/11
**slight [1]** 39/7
**slightly [2]** 22/9 77/12
**small [1]** 31/6
**smock [6]** 2/2 2/7 3/7
49/5 50/6 62/1
**smoothest [1]** 76/24
**so [103]**
**so I think [4]** 6/19 14/2
23/12 32/7
**So it's [1]** 9/8
**so this is [1]** 45/4
**social [2]** 56/3 57/1
**sole [1]** 18/15
**some [23]** 17/15 18/18
24/2 35/7 41/1 41/14
53/21 55/16 57/16
57/17 58/12 58/13 64/8
64/20 65/24 66/15 69/9
69/21 70/1 71/8 71/20
72/11 73/18
**somebody [7]** 33/23
34/12 35/6 65/10 71/24
71/24 71/25
**somehow [4]** 21/21
50/24 56/20 78/25
**someone [4]** 36/23
38/8 38/9 56/18
**something [17]** 6/8
6/18 27/18 36/12 48/15
56/11 58/20 59/2 59/3
59/6 59/9 59/14 59/23
60/18 67/5 68/10 70/13
**sometimes [2]** 52/6
60/1
**somewhat [1]** 35/12
**somewhere [1]** 66/12
**soon [2]** 34/5 66/6
**sophistication [1]** 68/3
**sorry [7]** 8/11 39/10
39/25 40/21 45/18
62/21 66/5
**sort [15]** 5/14 7/25 21/9
23/14 25/21 26/4 26/11
36/21 50/8 50/10 57/16
57/17 65/22 66/8 77/7
**source [2]** 10/8 19/19
**speak [1]** 44/3
**Speaker [1]** 56/2
**speaking [1]** 52/2

**Spearie [1]** 20/1
**special [3]** 70/11 74/8
75/6
**specific [6]** 14/19 42/4
44/3 44/22 56/10 70/3
**specifically [4]** 16/17
20/8 29/25 69/23
**specify [1]** 31/8
**speech [7]** 51/12 51/24
52/8 53/7 53/21 54/8
54/13
**spend [2]** 50/15 54/7
**spent [1]** 24/15
**spirit [1]** 31/9
**spoke [1]** 69/2
**spoken [3]** 25/19 34/24
53/24
**spot [2]** 24/11 64/25
**Springfield [2]** 19/25
79/11
**sprinkled [1]** 53/21
**stability [1]** 58/23
**standing [1]** 69/14
**stands [4]** 33/3 63/4
72/21 80/9
**start [3]** 4/6 5/4 50/7
**state [8]** 8/21 9/25 20/2
26/6 34/17 36/3 74/18
**state's [2]** 8/21 10/10
**stated [2]** 15/18 59/5
**statement [3]** 25/7
48/4 64/24
**statements [31]** 19/19
19/20 19/23 20/21
21/25 22/22 23/2 23/3
23/13 26/5 28/7 28/22
28/23 28/25 34/3 35/7
35/22 36/10 41/21
42/23 48/11 49/7 49/7
51/5 57/5 57/8 57/15
67/25 68/23 68/25 69/5
**STATES [18]** 1/2 1/4
1/11 1/19 3/3 7/17 8/10
45/4 50/20 51/22 52/2
52/5 52/14 53/7 53/15
53/24 54/8 58/14
**statistics [2]** 52/17
52/23
**status [7]** 30/4 30/8
31/1 38/12 40/3 40/12
65/8
**statute [4]** 14/7 17/19
63/19 78/5
**statutes [4]** 5/24 15/11
17/20 17/25
**statutory [2]** 12/11
12/12 15/19 15/22
**stay [1]** 42/17
**steady [1]** 65/10
**Steal [1]** 67/4
**stenography [1]** 2/15
**steps [1]** 71/11
**Steven [1]** 20/1
**still [7]** 20/5 26/8 27/19
34/14 43/3 62/20 69/17
**stipulate [2]** 23/11 36/3
**stipulated [20]** 19/19

25/16 28/13 33/13
33/23 34/6 34/9 35/23
35/24 35/25 36/2 36/4
36/19 41/17 41/20
68/23 72/4
**stipulated-facts [2]**
25/16 28/13
**stipulation [3]** 20/6
34/15 36/15
**stole [2]** 45/21 45/24
73/13
**stolen [2]** 46/2 49/8
**stood [2]** 45/9 68/20
**stop [2]** 28/5 67/3
**stopped [2]** 18/9 49/25
**stopping [1]** 18/10
**Stottlemyre [8]** 45/5
45/5 45/12 45/15 46/12
47/6 73/4 73/11
**Street [3]** 1/15 1/20
65/22
**strength [4]** 43/6 49/14
53/10 54/10
**strictly [1]** 37/25
**strongly [4]** 24/1 24/20
27/2 60/10
**struggles [1]** 48/22
**stuck [1]** 24/6
**studied [1]** 7/22
**studies [1]** 69/21
**stuff [1]** 54/23
**subject [4]** 13/22 13/25
15/24 16/1
**subjected [1]** 58/20
**submit [3]** 74/23 75/7
76/17
**submitted [1]** 4/11
**subprovision [1]** 28/10
**subsection [1]** 22/14
**subsequent [1]** 78/24
**subsequently [1]**
48/25
**substance [7]** 64/16
64/17 74/20 74/22 75/7
75/8 75/10
**substances [1]** 37/22
**substantial [18]** 5/7
6/6 8/9 12/5 12/6 12/16
12/19 16/6 16/12 17/6
18/7 18/20 18/22 19/9
19/10 38/22 47/7 73/8
**substantially [1]** 29/22
**subtle [3]** 53/19 53/20
54/9
**such [7]** 22/16 31/13
33/22 41/23 75/21 78/1
78/6
**suffered [2]** 59/1 64/12
**sufficient [3]** 14/16
61/24 63/17
**suggest [4]** 9/17 14/8
15/6 34/17
**suggested [2]** 48/5
69/19
**suggesting [5]** 26/13
36/13 50/17 66/24
71/25

**suggestion [1]** 36/11
**suggests [4]** 6/17
35/17 35/18 66/15
**Suite [1]** 2/5
**sum [1]** 75/21
**summarized [2]** 31/18
32/17
**supervise [2]** 75/12
75/17
**supervised [2]** 74/6
76/7
**supervision [10]** 30/9
37/20 40/4 48/3 64/20
74/11 74/16 74/24 76/6
76/8
**support [4]** 42/2 61/4
61/9 62/10
**supposed [2]** 43/15
49/14 65/25
**Supreme [3]** 15/9
16/21 17/2
**Supreme Court [1]**
17/2
**Supreme Court's [2]**
15/9 16/21
**sure [8]** 16/2 23/19
34/25 41/13 47/17
54/16 76/14 76/22
**surprise [1]** 59/11
**surprisingly [1]** 64/15
**surrender [2]** 78/9
78/13
**susceptible [1]** 58/13
**symbol [1]** 71/21
**symbolized [1]** 70/19
**system [2]** 28/17 28/18

**T**

**take [18]** 10/4 26/4
29/5 32/8 32/23 42/10
47/12 48/11 48/15
53/22 56/12 56/14
62/20 66/1 70/21 72/2
75/18 78/20
**taken [8]** 22/21 24/13
62/19 65/15 68/22
73/15 73/20 80/1
**takes [3]** 21/4 28/2
60/18
**taking [5]** 36/12 46/1
55/15 61/2 73/22
**talk [8]** 3/25 47/15
50/22 51/10 54/5 58/5
58/9 60/1
**talked [22]** 6/14 6/21
6/22 24/22 24/22 27/1
39/8 51/2 51/3 52/8
52/16 53/1 54/18 57/5
58/19 59/15 59/16
59/21 60/22 60/23
60/24 61/23
**talking [6]** 24/16 25/9
25/16 51/6 51/18 56/23
**talks [5]** 6/2 6/6 6/13
59/8 60/10
**tamper [1]** 75/9
**tampering [2]** 10/17
11/15

94

**T**

tangible [1] 16/25
taunt [1] 68/17
team [2] 51/2 51/6
teleprompters [1] 52/4
tell [3] 25/4 25/17
60/13
telling [2] 52/14 53/15
ten [2] 37/11 61/16
tens [1] 54/14
tent [8] 42/8 54/23
54/25 55/2 65/23 68/4
68/6 68/7
term [11] 8/17 10/1
10/13 10/14 10/19
10/22 11/2 17/1 17/17
17/24 74/6
termination [2] 16/8
77/7
terms [19] 10/22 19/4
26/6 33/15 34/11 35/20
36/2 37/5 38/15 50/16
61/18 68/3 69/21 72/13
73/8 73/22 74/3 75/20
78/13
test [1] 74/23
tested [2] 37/21 41/7
testimony [1] 16/10
testing [4] 37/23 41/10
75/7 75/9
tests [1] 74/25
text [3] 8/16 42/24
57/19
than [26] 7/12 7/24
10/21 14/22 23/7 26/19
28/21 34/20 44/10 45/3
46/5 47/3 47/3 47/7
56/21 58/2 61/13 61/25
63/18 65/21 68/4 69/8
72/1 72/6 73/8 77/13
thank [13] 5/1 19/13
21/2 29/14 33/1 50/4
50/5 62/1 62/24 62/25
79/8 79/23 80/3
thank you [6] 19/13
21/2 50/4 62/1 62/24
80/3
that [580]
that's [47] 5/8 9/6 9/21
10/19 11/6 11/16 13/7
18/17 21/9 21/19 25/8
25/13 25/17 25/20
26/16 26/18 27/10
27/12 28/6 28/11 28/12
29/11 29/13 30/18 32/7
39/4 41/5 49/1 49/21
52/13 55/21 56/3 56/11
59/1 59/6 59/23 60/3
60/18 63/17 65/20
67/16 71/12 72/5 72/11
77/17 78/4 78/5
theft [1] 45/22
theft-of-government-pr
operty [1] 45/22
their [12] 18/9 18/10
42/23 43/4 44/18 45/1
46/13 49/4 53/9 58/22
71/4 71/5

Handle [4] 4/14 32/25
34/23 35/17 39/8 42/21
43/5 45/19 46/1 48/11
53/15 55/6 63/8 72/18
73/5 76/9
themselves [4] 18/16
19/1 48/2 69/12
then [27] 3/25 4/2 4/3
4/6 4/14 6/13 15/20
26/11 32/25 37/17
38/25 43/24 45/6 45/16
45/21 46/1 46/2 46/18
47/20 51/20 52/16 55/7
56/3 67/1 69/4 72/6
79/9
there [41] 4/17 5/2 6/11
8/2 8/5 9/16 10/20
17/15 19/3 20/7 20/11
22/1 23/13 24/11 24/24
31/21 34/18 34/23
37/23 40/15 41/14
43/19 44/22 52/9 53/1
56/9 56/11 64/9 65/5
66/11 68/2 69/10 71/8
71/12 72/10 76/8 77/10
78/15 78/22 78/23 79/6
there's [19] 4/14 6/16
14/7 14/9 14/9 15/4
17/22 21/20 24/10
28/14 28/24 36/1 41/14
41/16 47/19 55/1 56/9
71/10 78/25
thereafter [1] 74/25
therefore [3] 13/9
17/15 76/3
these [16] 3/9 8/24
19/20 23/5 25/3 26/4
28/7 32/24 37/16 44/2
45/23 47/3 51/11 55/9
62/19 71/14
they [23] 13/8 28/19
30/16 34/4 34/6 35/14
42/22 45/13 45/14
45/19 49/22 51/13
58/10 61/11 67/11
67/23 67/24 68/24
69/12 70/15 71/5 74/17
75/20
they're [1] 69/14
they've [2] 32/6 58/21
thing [10] 28/8 31/20
36/6 40/24 52/8 52/25
53/6 54/16 62/8 79/9
things [19] 14/25 16/25
20/3 23/17 23/25 24/1
24/13 44/10 50/9 52/7
54/9 54/10 58/13 61/19
62/10 63/2 68/1 70/23
78/17
think [105]
thinking [3] 38/7 40/7
56/13
thinks [2] 27/17 38/13
Third [1] 13/11
this [105]
This is [1] 3/3
THOMAS [3] 1/7 3/4
71/11

those [43] 4/2 13/25
15/11 17/25 18/4 20/25
23/16 24/1 26/23 27/15
30/3 31/11 34/10 34/16
35/1 36/3 36/24 39/2
39/22 41/2 41/22 47/5
48/8 48/10 57/8 57/22
58/1 58/3 67/24 68/25
69/3 69/16 72/14 72/19
72/20 73/7 73/15 73/16
74/7 74/15 76/20 77/14
79/17
though [6] 18/15 20/5
26/9 31/8 34/14 42/11
thought [4] 31/21
54/24 57/16 72/25
thoughts [2] 7/24
26/19
thousands [3] 44/7
54/14 70/10
threat [2] 13/9 78/11
threatening [2] 10/18
12/3
three [19] 5/6 7/5 8/8
12/5 12/21 13/12 15/7
19/11 19/18 20/23
31/15 34/2 37/1 39/3
44/25 47/3 47/5 73/17
73/21
three-level [9] 5/6 8/8
12/5 13/12 15/7 19/11
19/18 37/1 39/3
threw [1] 54/23
through [17] 12/13
14/6 32/24 42/25 43/20
45/14 45/17 55/10
55/16 56/1 56/6 60/14
66/4 67/2 72/5 73/11
79/16
throughout [8] 21/13
21/20 23/22 24/15
24/25 25/5 25/22 27/16
ties [1] 58/10
tighten [1] 15/10
time [35] 9/2 9/2 9/6
13/18 18/11 18/18
20/11 20/19 24/11
24/16 26/6 26/14 29/5
30/16 31/25 35/11 44/5
49/25 50/15 54/7 54/17
57/1 58/14 59/13 60/11
66/16 66/25 67/18
70/18 70/18 70/19
70/21 72/24 75/22 78/6
times [2] 56/25 58/21
timing [3] 38/5 66/5
66/5
titled [2] 19/24 81/4
today [9] 11/17 11/20
11/24 12/9 12/18 49/5
61/11 68/20 69/18
together [1] 15/13
told [12] 20/8 20/10
25/13 25/18 26/17
35/13 35/25 42/20
43/11 43/11 59/24
65/20

took [5] 20/14 45/9
45/14 45/17 45/18
total [3] 39/25 40/13
74/10
totally [2] 44/6 54/2
touch [1] 44/17
traces [1] 10/7
traditionally [1] 30/13
training [1] 64/2
trama [1] 59/12
transaction [1] 39/24
transcript [3] 1/10 2/15
81/3
transcription [2] 2/15
transfer [1] 76/6
transition [1] 76/24
translated [1] 64/15
traps [1] 76/22
trauma [4] 58/17 58/18
64/12 64/15
traumatic [1] 64/8
traveled [1] 43/16
treat [2] 38/3 49/22
treated [5] 28/17 28/19
29/9 31/16 55/21
treating [3] 71/16
75/19 78/21
treatment [15] 29/1
60/5 60/6 61/15 64/24
65/1 65/2 65/3 75/11
75/14 75/16 77/5 77/7
78/23 79/5
tremendous [2] 55/5
58/17
trespass [3] 39/10
39/12 39/17
trespassing [1] 44/7
trial [27] 19/19 19/22
22/5 22/6 22/11 22/24
23/10 25/16 28/13 29/5
29/6 29/10 33/13 33/16
33/23 34/6 34/9 35/23
35/24 36/1 36/19 41/18
41/19 41/20 67/24
68/23 72/4
tried [3] 28/5 66/17
71/14
trouble [1] 76/21
troubles [1] 36/7
true [7] 11/16 16/13
21/25 33/17 37/14 41/7
68/16
Trump [2] 27/3 60/25
Trump's [3] 49/6 51/24
58/9
trusting [1] 59/13
truth [4] 29/7 35/25
48/11 69/3
truthfully [3] 21/8
21/13 22/12
try [5] 42/21 44/8 65/24
71/15 73/20
trying [5] 25/10 25/11
42/16 60/20 69/11
69/12
turn [7] 10/15 29/19
36/20 40/16 42/17

turned [1] 50/1
two [37] 14/25 15/2
15/2 18/8 20/23 26/7
30/4 30/7 30/13 30/17
30/19 30/25 31/1 31/16
32/12 32/24 33/9 34/12
36/8 36/18 37/10 37/14
38/12 39/22 40/3 40/11
40/12 44/15 55/23 56/4
56/25 57/3 64/23 66/11
72/14 74/24 78/17
two-level [2] 15/2
20/23
two-point [4] 30/7
30/13 30/17 31/16
type [2] 13/21 78/12

**U**

U.S [6] 7/5 14/14 16/22
19/25 45/6 77/3
U.S. [1] 76/1
U.S. Attorney's Office
[1] 76/1
U.S.C [4] 11/12 39/4
63/16 78/3
ultimate [4] 32/11
38/15 40/8 63/9
ultimately [5] 24/8 41/9
60/20 63/8 70/14
unable [1] 43/7
undebatable [1] 21/12
under [29] 5/8 6/1 9/23
11/25 12/11 13/4 15/2
16/1 16/25 17/12 21/5
21/23 21/23 22/18
28/14 28/23 29/1 29/20
30/3 31/12 33/24 37/3
37/17 37/18 39/12
39/16 53/1 57/22 61/20
underlie [1] 33/14
understand [6] 7/24
24/3 28/1 53/12 65/13
65/14
understanding [1]
17/16
understood [2] 15/23
68/13
unfair [1] 38/4
UNITED [18] 1/2 1/4
1/11 1/19 3/3 7/17 8/10
45/4 50/20 51/22 52/2
52/5 52/14 53/7 53/15
53/24 54/8 58/14
United States [12]
7/17 8/10 45/4 50/20
51/22 52/5 52/14 53/7
53/15 53/24 54/8 58/14
United States of [1]
3/3
universe [1] 48/18
unlawful [2] 11/16
74/21
unlawfully [1] 74/20
unless [2] 69/13 71/12
unnecessary [5] 6/6
12/19 16/11 18/21 19/8
until [4] 20/9 68/14

## U

until... [2] 69/14 75/21
untreated [1] 64/22
unusual [1] 28/24
unwarranted [1] 64/4
unwillingness [2] 34/7 46/24
up [15] 20/11 38/9 40/13 43/10 50/24 51/16 51/19 51/23 55/2 60/21 62/7 67/5 68/14 77/15 78/24
upbringing [1] 48/1
upcoming [2] 30/1 31/11
upon [8] 16/10 55/10 56/7 56/16 68/12 75/21 77/6 78/13
upstairs [1] 66/22
upwards [1] 75/22
us [20] 20/19 24/18 24/22 25/13 25/18 25/22 26/15 27/6 27/15 35/11 48/23 49/19 59/8 59/9 59/17 59/18 59/19 59/24 60/11 70/20
usdoj.gov [2] 1/17 1/22
use [8] 8/24 26/4 30/23 31/7 37/23 53/10 54/10 74/21
used [11] 9/21 10/19 10/24 17/17 17/24 26/23 43/4 44/15 51/12 51/22 75/8
useful [2] 8/24 55/22
uses [3] 10/22 37/24 53/9
using [4] 22/5 51/8 51/17 53/20

## V

variance [3] 32/20 38/2 40/9
varied [3] 72/10 77/9 77/9
various [2] 3/25 36/4
varying [2] 63/10 73/23
veracity [1] 48/10
verdict [2] 6/3 16/9
versus [5] 3/4 7/17 8/10 45/4 45/6
very [22] 5/21 7/2 7/16 13/20 23/20 24/1 26/18 28/24 57/20 59/1 60/7 60/10 60/18 61/5 61/6 62/12 64/13 64/17 65/7 65/9 66/17 72/24
vests [1] 54/20
Vice [2] 53/2 66/23
vicious [1] 20/16
victim [4] 11/9 11/15 12/25 39/23
video [7] 4/10 52/12 52/21 53/5 53/18 55/15 66/18
videos [3] 55/16 66/7 66/8

videotaping [1] 66/5
view [5] 32/8 61/20 63/12 70/22 77/12
views [2] 62/10 69/3
violation [5] 13/9 38/20 52/19 78/25 79/6
violations [1] 76/9
violence [18] 13/10 24/21 28/3 28/4 34/18 43/3 54/18 57/12 57/13 57/20 57/25 62/11 62/13 68/16 68/19 68/19 69/25 69/24
violent [3] 25/1 25/4 68/21
Virginia [1] 19/6
virtue [1] 38/5
visualizing [1] 66/13
vocational [1] 64/2
voice [1] 27/4
voices [1] 53/9
voluntarily [1] 23/8
votes [1] 52/11
vs [1] 1/6
vulnerability [1] 70/24
vulnerable [3] 71/3 71/4 71/4

## W

waiting [1] 42/21
waive [1] 41/19
waives [1] 76/3
walk [1] 70/9
walked [2] 20/11 68/13
walking [2] 42/13 55/10
walks [1] 55/15 66/21 66/23
Wall [1] 65/22
wandering [2] 56/6 56/15
want [18] 20/25 23/18 24/3 27/11 28/3 32/23 32/24 36/19 42/3 44/17 44/21 47/15 47/19 50/7 50/22 55/7 57/7 76/9
wanted [3] 62/8 62/12 78/18
wants [3] 49/11 49/11 53/13
warning [1] 58/22
warranted [3] 30/21 37/10 72/25
warrants [1] 39/3
was [133]
Washington [10] 1/6 1/16 1/21 2/5 2/13 19/21 49/9 51/3 65/22 65/24
wasn't [10] 25/10 25/11 34/18 35/16 44/11 49/17 50/8 55/2 68/3 68/14
watches [1] 51/23
waved [1] 45/25
way [21] 6/11 6/14 6/21 8/15 11/3 13/21 24/6 24/7 28/16 28/18

42/23 45/1 45/6 48/2 53/1 53/2 56/8 59/18
ways [4] 30/5 39/8 56/19 58/12
we [55] 3/14 4/3 5/4 6/11 6/21 13/7 20/11 25/19 26/22 34/16 35/4 40/16 40/17 41/10 42/2 47/2 47/3 48/11 48/23 50/10 50/14 50/16 50/16 50/19 50/20 51/20 52/5 53/15 53/20 53/23 54/9 54/10 54/16 55/13 56/14 57/7 57/25 58/7 58/9 58/19 59/15 59/16 60/1 60/1 60/4 60/17 60/25 61/2 61/10 62/16 67/5 69/11 70/13 70/17 76/18
we believe [1] 42/2
we will [1] 4/3
we'd [1] 42/21
we'll [3] 3/18 3/25 32/25
we're [12] 3/13 23/19 27/14 28/22 48/21 50/12 50/13 54/1 54/4 69/11 76/14 79/15
we've [10] 22/21 23/20 23/20 24/14 24/15 27/1 28/9 28/11 54/18 60/20
weapons [1] 20/14
wearing [3] 54/20 54/20 54/20
website [1] 30/11
week [2] 29/6 60/12
week-long [1] 29/6
weigh [1] 48/24
weight [1] 47/24
well [14] 4/5 4/10 5/20 23/21 32/19 33/16 45/24 51/5 60/7 62/2 64/10 74/12 77/13 80/7
well-aware [1] 32/19
went [10] 15/20 21/16 27/13 35/14 45/16 52/22 54/14 54/25 56/1 56/11
were [42] 4/10 12/13 13/12 14/19 15/11 19/1 19/6 19/20 19/20 24/23 30/3 34/4 34/23 35/1 36/7 37/24 42/20 42/23 43/15 44/7 45/13 45/19 47/3 52/11 53/24 54/9 55/17 56/15 57/14 58/1 58/7 61/12 62/16 65/25 67/24 69/3 69/6 71/3 72/17 72/19 73/22 79/6
what [104]
what's [1] 60/3
whatever [2] 49/11 72/17
whatsoever [2] 54/9 55/4
when [40] 9/6 9/8 9/24 10/10 11/18 12/8 14/10

24/12 25/7 25/24 27/1 28/4 31/25 34/12 35/25 36/8 39/16 42/15 43/10 43/11 48/12 49/16 51/13 54/23 54/25 55/14 55/20 56/6 56/13 58/9 59/8 59/15 60/1 69/4 69/12 69/16 70/1
where [15] 7/24 26/5 28/25 36/5 37/7 43/14 50/8 55/21 56/9 58/21 62/16 66/25 68/14 76/7 77/15
whether [7] 21/6 21/7 28/9 34/4 38/2 49/22 69/2
which [47] 4/13 8/11 8/12 8/18 9/23 10/5 10/15 11/7 11/9 12/13 12/18 12/24 13/14 14/11 15/11 15/24 16/3 17/11 17/14 22/1 22/10 25/23 29/7 30/1 31/14 31/17 31/23 34/4 35/13 38/17 38/20 40/12 41/10 42/15 44/7 53/12 54/9 55/23 57/15 66/3 67/6 67/17 69/5 70/21 71/22 72/15 77/3
while [11] 19/14 23/9 30/9 37/22 43/19 45/3 60/16 68/9 71/23 74/11 74/16
White [1] 8/11
who [28] 22/17 23/19 24/23 25/1 25/3 33/23 38/9 45/1 45/1 45/12 48/5 48/14 49/19 55/9 55/11 55/12 55/25 56/4 56/18 56/24 56/25 58/1 58/7 59/2 59/17 60/9 66/9 77/11
who's [1] 65/11
whole [2] 34/1 44/2
why [77] 5/4 8/13 8/14 10/1 10/9 17/23 34/25 40/17 41/5 42/2 47/2 50/16 52/17 52/19 60/3 77/9 77/15
wide [1] 15/16
wild [1] 51/4
wilfulness [1] 35/18
will [27] 4/3 19/13 22/13 29/24 37/2 38/15 38/19 39/22 40/1 40/4 40/7 44/3 51/4 71/7 73/18 73/24 74/1 75/12 75/16 75/20 76/5 76/8 76/12 76/22 78/8 78/9 79/17
William [3] 2/10 81/2 81/8
willing [1] 69/13
willingness [2] 41/13 41/17
Wilson [5] 55/25 56/5 56/18 72/12 72/13

window [1] 56/1
wish [6] 5/17 7/1 29/15 62/2 62/5 77/22
wishes [2] 4/4 31/18
within [6] 8/20 55/17 74/23 76/16 76/18 77/22
without [5] 13/23 13/24 30/23 58/22 77/24
witness [4] 10/17 11/9 11/15 12/25
WL [1] 8/11
women [1] 45/13
won't [2] 58/5 64/10
wonder [1] 60/16
Wood [4] 7/4 72/12 72/22 72/23
word [9] 16/16 16/17 16/19 17/4 26/4 51/11 51/13 53/21 67/16
words [16] 13/16 23/6 24/2 26/23 27/15 34/16 34/22 34/24 35/1 49/17 53/24 62/21 65/19 69/16 70/25 71/5
work [4] 23/24 60/9 60/10 65/8
worked [1] 65/7
working [2] 60/15 60/17
works [2] 60/11 61/4
world [1] 70/20
worried [1] 70/3
would [59] 4/7 9/18 13/14 13/20 13/21 13/22 15/23 15/24 15/25 19/7 23/11 26/4 27/7 27/8 27/24 29/2 29/5 29/9 29/9 30/4 30/7 30/14 30/17 31/9 31/15 31/17 32/1 32/18 32/22 34/10 34/17 34/21 34/25 36/22 38/6 39/13 39/14 39/18 40/10 40/12 46/8 46/13 47/4 47/8 48/5 56/8 59/20 59/25 61/13 61/15 65/14 66/12 69/1 73/20 78/15 78/20 79/7 79/9 79/20
wouldn't [9] 18/15 19/24 20/4 26/7 26/21 27/11 34/13 44/12 57/21
writer [1] 8/2
written [2] 8/7 20/1
wrong [3] 24/22 44/12 69/8
wrongly [3] 52/10 52/17 52/19
wrote [1] 8/1

## Y

Yates [1] 16/22
Yeah [2] 23/16 44/20
year [3] 23/21 25/20 30/2

**Y**

**years [8]** 11/21 37/11
44/15 56/4 56/23 57/3
64/7 72/24
**yelling [1]** 67/5
**yes [10]** 3/15 3/16 25/2
34/9 34/9 40/23 46/7
47/12 49/3 62/6
**yesterday [1]** 4/12
**you [130]**
**you'll [2]** 74/8 76/7
**you're [2]** 56/13 76/23
**you've [2]** 22/8 32/16
**young [1]** 72/24
**younger [1]** 70/1
**your [39]** 3/2 3/16 4/19
4/20 4/25 5/19 7/2 7/3
7/7 21/2 29/16 32/15
32/16 40/19 40/23 42/1
44/17 46/7 47/12 47/12
47/18 48/9 49/3 49/16
49/21 50/7 53/19 69/3
69/15 74/16 75/12
75/17 75/19 77/16
77/20 77/20 78/17
79/14 79/19
**Your Honor [29]** 3/2
3/16 4/19 4/20 4/25
5/19 7/2 7/3 7/7 21/2
29/16 32/15 32/16
40/19 40/23 42/1 44/17
46/7 47/12 47/18 48/9
49/3 49/16 49/21 50/7
53/19 78/17 79/14
79/19
**youth [1]** 70/2

**Z**

**Zachary [1]** 55/25
**Zaremba [3]** 2/10 81/2
81/8