UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **THOMAS B. ADAMS, JR.,** <br><br> Defendant. | Crim. Action No. 21-354 (APM) |

**<u>UNOPPOSED MOTION TO MODIFY TERMS OF SUPERVISED RELEASE</u>**

Thomas Adams, through undersigned counsel, respectfully requests this Court to modify his terms of supervised release to permit him to travel without prior approval from the Court or his probation officer within the entire state of Illinois and the Eastern District of Missouri.

Mr. Adams lives in Springfield, Illinois, which is in the Central District of Illinois and a short distance from the other two Illinois districts and the Eastern District of Missouri. Under the standard conditions of supervised release, Mr. Adams must seek permission from either the Court or his probation officer prior to traveling outside of the Central District of Illinois. Mr. Adams is currently suffering from some medical issues and doctors outside of his judicial district have better availability to see him in a timely manner. Additionally, Mr. Adams was permitted to travel without advanced permission through all of Illinois and the Eastern District of Missouri while on pretrial release, recognizing that individuals often have need to travel beyond their judicial district as part of everyday life. Mr. Adams has been compliant with

his terms of supervised release since his release in January. The government does not oppose this modification of Mr. Adams's conditions of release.

For the foregoing reasons, Mr. Adams respectfully requests this Court to modify his terms of supervised release to permit him to travel without prior approval within the State of Illinois and the Eastern District of Missouri.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
DIANE SHREWSBURY
COURTNEY MILLIAN
Assistant Federal Public Defenders
625 Indiana Ave NW, Suite 550
Washington, DC  20004
(202) 208-7500