UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **THOMAS B. ADAMS, JR.,** <br><br>         **Defendant.** | Crim. Action No. 21-354 (APM) |

# ORDER

Upon consideration of Mr. Adams's unopposed motion to modify the terms of supervised release, it hereby ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that Mr. Adams is permitted to travel within the state of Illinois and the Eastern District of Missouri without prior approval from the Court or his probation officer.

Date: _____

                                                              The Honorable Amit P. Mehta
                                                              United States District Judge