# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | No. 21-cr-354 (APM) |
| **THOMAS B. ADAMS, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEAL

**Name and address of appellant:**   Thomas B. Adams, Jr.

**Name and address of appellant's attorney:**   Diane A. Shrewsbury
Courtney L. Milllian
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offense:** 18 U.S.C. 1752(a)(1); Temporary Residence Of The President; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (2)

**Concise statement of judgment or order, giving date, and any sentence:** The Court sentenced the Defendant to a period of incarceration of time served with twelve (12) months of supervised release to follow. Defendant was further ordered to pay a special assessment of $25 and restitution of $500. The Court granted the USA's oral Motion to Dismiss Count 1 of the Indictment. Bond Status of Defendant: Appeared remotely/placed on supervised release;

**Name of institution where now confined, if not on bail:**   N/A

    I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.


November 26, 2024                                                                    Thomas B. Adams, Jr.
DATE                                                                                             APPELLANT

CJA, NO FEE _____FPD_____                    Diane Shrewsbury
PAID USDC FEE __NO_____                       Courtney L. Millian
PAID USCA FEE __NO_____                       ATTORNEYS FOR APPELLANT

Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes